**FILED**
5/3/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Megan Mason,

vs.

Timothy Evans et al
)

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(**NON-PRISONER CASE**)

Case number: **1:22-CV-2315**

**JUDGE NORGLE
MAGISTRATE JUDGE KIM**

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✔] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[✔] to request an attorney

1. *Are you employed?*
   [✔] Yes   Name and address of employer: Jefferies Financial LLC
              Total amount of monthly take-home pay: $6,000
   [ ] No    Date(s) of last employment: _____   Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [✔] Not married
   [ ] Yes   Name and address of spouse's employer: _____
              Total amount of spouse's monthly take-home pay: _____
   [ ] No    Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (*list the 12-month total for each*)

   Self-employment, business, or profession: $ _____
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ _____
   Unemployment, public assistance, or welfare: $ _____
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money**: $ _____

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? [✔] Yes [ ] No   If yes, how much? $500

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? [✔] Yes [ ] No

   If yes, list each item of property and state its approximate value:
   I have a 401k at Fidelity but I have a loan against the full balance of approximately $5,000..

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? [✔] Yes [ ] No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   A.D.M. and T.M.M. live 50% with me, per divorce agreement, I claim T.M.M. as a dependent.

   I contribute approximately $1,000 per month in extra medical costs and other child related expenses.

7. *Debts and financial obligations*: List any amounts you owe to others:
   Total Amount: $87,000
   Please see attached list.
   Monthly Minimum Debt Payments: $2,700

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:
   I am currently in the process filing for bankruptcy and have completed the required fiancial education component. My monthly debt related expenses plus my rent exceed my monthly take home pay. I believe a review of my Complaint might make clear how my legal debt in particular has accrued as well as provide clear reasons that I feel it is likely that I will lose my job in the next few months.

   I have also experienced a reduction of about $40,000 in annual compensation due to market conditions.

Date:   __May 2, 2022__          *Megan Mason* (signature)

                                                                          *Applicant's signature*
                                                                          Megan Mason
                                                                          *Printed name*

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

| Megan Mason Debt Worksheet IFP Submitted May 2, 2022 | | | | |
|---|---|---|---|---|
| | APR | Annual Fee | Balance | Monthly Payment |
| Citi 4216 | 20% | | $9,200 | -$135 |
| First Technology Federal Credit Union (Payoff) | 11% | $0 | $15,000 | -$400 |
| Discover | 0% | $0 | $2,000 | -$40 |
| Capital One 7403 | 25% | $0 | $750 | -$50 |
| Capital One 7533 | 21% | $0 | $3,500 | -$50 |
| Citi Rewards 6056 (B) | 23% | $0 | $2,700 | -$72 |
| Alliant | 14% | $0 | $6,000 | -$175 |
| Prosper | 29%% | | 15000 | -$600 |
| Comenity | 25%% | | 1800 | -$35 |
| Apple | 21% | | 500 | -$35 |
| Nelnet Student Loans | | | $10,887 | -$110 |
| Michael Bender | | | $8,000 | -$500 |
| Christopher Wherman | | | $6,000 | -$500 |
| Athletico Physical Therapy | | | $500 | |
| Diane Mason | | | $5,000 | |
| Northshore University Health System | | | $500 | |
| | | | | |
| | | Total | $87,337 | -$2,702 |