IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEGAN MASON,<br><br>      Plaintiff,<br><br>v.<br><br>THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, et al.,<br><br>      Defendants. | Case No. 1:22-cv-02315<br><br>Hon. Charles R. Norgle |

### ORDER

Plaintiff's motion to proceed in forma pauperis [3] is denied. Plaintiff avers that her monthly take-home pay is $6,000. While she asserts that she has incurred debts such that her expenses "exceed [her] monthly take home pay," she claims she is in the process of filing for bankruptcy, and the Court finds Plaintiff fails to show that paying the requisite filing fee will prevent her from providing for life's necessities. Dkt. 3 at 2; see Zaun v. Dobbin, 628 F.2d 990, 992 (7th Cir. 1980). Plaintiff shall pay the requisite filing fee of $402 on or before 6/30/22, otherwise this case may be dismissed. LR 3.3(f).

IT IS SO ORDERED.

ENTER:

*[signature]*

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: May 5, 2022