# CIVIL COVER SHEET

ILND 44 (Rev. 09/20)

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

**FILED** 6/21/2022 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**22CV2315**

## I. (a) PLAINTIFFS
Megan Mason; A.D.M. by his mother; T.M.M. by his mother

## DEFENDANTS
The Circuit Court of Cook County Illinois; The Clerk of the Circuit Court of Cook County Illinois; Iris Martinez; et al

**(b)** County of Residence of First Listed Plaintiff: Cook County
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant: Cook
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Check one box, only.)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government not a party.)*
- [ ] 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excludes Veterans)
- ☐ 153 Recovery of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 530 General
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Habeas Corpus:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### PROPERTY RIGHTS
- ☐ 820 Copyright
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAXES
- ☐ 870 Taxes (U.S. Plaintiff or Defendant
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Arts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- [x] 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/ Disabilities- Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

## V. ORIGIN *(Check one box, only.)*
- [x] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
*( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*
42 U.S.C. Code 1983: multiple; 18 U.S. Code Chapter 96 § 1962, multiple

## VII. PREVIOUS BANKRUPTCY MATTERS
*(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

## VIII. REQUESTED IN COMPLAINT:
☐ Check if this is a **class action** under Rule 23, F.R.CV.P.
Demand $ 20,000,000.00
CHECK Yes only if demanded in complaint:
Jury Demand: [x] Yes ☐ No

## IX. RELATED CASE(S) IF ANY *(See instructions):*
Judge: Johnson
Case Number: 2016 D 9534

## X. Is this a previously dismissed or remanded case?
☐ Yes ☐ No If yes, Case # _____ Name of Judge _____

Date: 5/3/2022

Signature of Attorney of Record: /S/Megan Mason, pro se

# Table of Contents Complaint Filed by Megan Mason

I. **OVERVIEW** (p.4)

II. **BASIS FOR JURISDICTION** (p.4-5)

III. **LAWS** (p.5-6)

IV. **PARTIES** (p.6-9)

V. **FACTS** (p.10-68)

- Background (p.10-13)
- Facts related to the Bender Syndicate (p.13-53)
- Facts related to the customs unique to the Domestic Relations Division of the Circuit Court of Chicago under Grace Dickler (p.53-60)
- Facts related to ongoing civil rights violations by the office of Iris Martinez (p.60-66)
- Urgent concerns (p.66-68)

VI. **CLAIMS** (p.64-69)

**42 U.S. CODE § 1983 Claims**

- Complaint 1 Iris Martinez et al (p.64-65)
- Complaint 2 Grace Dickler et al (p.65-67)

**RICO CLAIMS**

- Complaint 3 The Bender Syndicate (p.67-75)

VII. **PRAYER FOR RELIEF** (p.75-81)

- **<u>PRELIMINARY INJUNCTIVE RELIEF URGENTLY SOUGHT</u>** (p.75-77)
- Regular relief and injunction sought (p.77-81)

VIII. **EXHIBITS** (p. 82)

A. Notices returned.

B. "No motions are being filed right now" Email Megan Mason

C. "Took a pandemic to stop Peter's abuse of you!" Email Brad Trowbridge

D. "Zoom court?" Email Megan Mason

E. "Anything I need to know?" Email Brad Trowbridge

F. "Anything filed against me?" Email Megan Mason

G. "I filed a complaint with the ARDC" Email Megan Mason

H. "I want to be paid" Email John Palen

I. "This wasn't meant for Ms. Mason" Email John Palen

J. Business Plan A.D.M.

K. Custody Evaluation Without Scope Email Megan Mason

L. PRTSC Strange Adults in Children's Home Mason

M. PRTSC Failure to Supervise Children Mason

N. PRTSC Harassment Mason

O. Motion to Allocate Fees Mason

P. Subpoena Wehrman Payments Mason

Q. Motion to Quash Subpoena Wehrman

R. Response to Motion to Quash Subpoena Mason

S. Petition to Substitute Judge Mason

T. Petition to Transfer Venue in the Interest of Justice Mason.

U. Appellate Brief Mason

V. Trying to schedule

W. The Customer Care Email Anonymous Clerk

X. Please may i have a hearing date

Y. Brinkmeier Email

Z. Brunner notes

AA. Affidavit opposing Brinkmeier withdrawal

BB. This is an exhibit email

CC. Blechman letter

DD. Brinkmeier email 2

EE. Spoke to Bender email

FF. Don't Email me, Kaye Mason email

GG. Second Motion to Terminate GAL

HH. Motion Instanter to Terminate Parenting Rights

II. Affidavit opposing Johnson

JJ. Prayer of Thanksgiving

KK. Corrupted Service 29 April 2022

LL. Motion to Sanction Protected Speech

MM. Petition to impose financial pain in retaliation for free and truthful speech

NN. Trowbridge fraud letter

OO. Blechman Email