IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEGAN MASON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CIRCUIT COURT OF COOK COUNTY ILLINOIS, et al., <br><br> Defendants. | Case No. 1:22-cv-02315 <br><br> Hon. Charles R. Norgle |

## ORDER

Plaintiff has filed a motion for preliminary injunction and temporary restraining order [10]. With respect to those Defendants who have been served, they may respond to the motion for preliminary injunction within 21 days. Plaintiff may reply within 7 days. In light of this briefing schedule, no parties are required to appear on July 1, 2022, and no appearances are required at this time.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 30, 2022