[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

Plaintiff )
)
) Case Number: 1:22-CV-2315
v. )
)
Circuit Court of Cook County ) Judge: Charles Norgle
Illinois )
)
Defendant )

## NOTICE OF MOTION

**TO:**    Ms. Grace Dickler
     50 W. Washington St.
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Friday, July 1, 2022 **at** 9:30 am **,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Charles Norgle or any judge sitting in his or her stead in **Courtroom** 2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on 6/29/2022 , I provided service to the person or persons listed above by the following means: Hand delivered to mail bin 19 attention Judge Grace Dickler Rm. 1905

Signature: /S/Megan Mason      Date: 6/30/22

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.      Phone: 917.518.1808

     Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]