[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

Plaintiff ) )
)
v. )
Circuit Court of Cook County )
Illinois )
)
Defendant )

Case Number: 1:22-CV-2315

Judge: Charles Norgle

## NOTICE OF MOTION

**TO:**    Mr. Timothy Evans
50 W. Washington St.
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on <u>Friday, July 1, 2022</u> **at** <u>9:30 am</u>, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge <u>Charles Norgle</u> or any judge sitting in his or her stead in **Courtroom** <u>2341</u> of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on <u>6/29/22</u>, I provided service to the person or persons listed above by the following means: <u>Hand delivered to mail bin 26, attention Judge Evans rm. 2600</u>

Signature: <u>/S/Megan Mason</u>     Date: <u>6/30/22</u>

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.     Phone: 917.518.1808

Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]