**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MEGAN MASON, Plaintiff; | Case Number: 1:22-CV-2315 |
| A.D.M., by his mother, Megan Mason, Plaintiff; | |
| T.M.M., by his mother, Megan Mason, Plaintiff; | ORAL ARGUMENT IS REQUESTED |
| **Vs.** | |
| THE CIRCUIT COURT OF COOK COUNTY ILLINOIS, Defendant, et al; | |

<u>PLAINTIFFS' AFFIDAVIT IN SUPPORT OF A TEMPORARY RESTRAINING ORDER AGAINST: THE CIRCUIT COURT OF COOK COUNTY ILLINOIS; IRIS MARTINEZ; GRACE DICKLER; TIMOTHY EVANS; ROBERT JOHNSON; CHRISTOPHER WEHRMAN; STEVEN KLEIN; MICHAEL BENDER; GERALD BLECHMAN; JOHN PALEN; KAYE MASON; AND LORIE GARNER.</u>

I, Megan Mason, plaintiff and mother to plaintiffs A.D.M. and T.M.M., in case 1:22-CV-2315 before this Court, am seeking a temporary restraining order to prevent any party named in this suit or any individual under the supervision or authority of an individual named in this suit be prevented from incarcerating me, modifying or terminating my parental rights, or levying fees or sanctions upon me in any form.

I submit this affidavit in support of my previously filed PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER and ask that the motion be treated on an emergency basis. The basis for my request for a temporary restraining order and emergency preliminary injunction are the same.

The basis for my request and the real risk to me and my children if an order is not issued has been thoroughly documented in the underlying complaint in case 1:22-CV-2315. To summarize: defendants Christopher Wehrman, Michael Bender and Steven Klein have all been accused in the case before this court of engaging in racketeering activities including identity theft, money laundering, obstruction of justice, wire fraud, mail fraud and witness intimidation. These individuals continue as of this writing to refuse to step down from case 2016 D 9534 in which I and the father of plaintiffs A.D.M. and T.M.M. are parties.

Mr. Wehrman, Mr. Klein and Mr. Bender are, as of this writing, moving that on July 5th, 2022 Judge Robert Johnson, defendant in this suit and alleged co-conspirator, revoke my parenting rights, issue $100,000 or more in fees and sanctions, order a section 205 examination without basis and to incarcerate me indefinitely. These parties have not made a pretense of legitimacy, such as by presenting evidence or giving appropriate notice in the state court filings, and are clearly acting to have me silenced as a desperate attempt to hide their felonious acts.

I believe I have shown specific facts, through the complaint and Motion for Preliminary Injunction and Temporary Restraining Order that show that, " immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition". I can provide further documentation or explanation if needed.

I beg this Court to swiftly intervene to stop any defendant in this lawsuit from continuing as a judge, attorney, court appointee or other authority over any of the plaintiffs in this suit. One need not make a single determination as to the veracity of my claims to understand that a party being sued in a federal court ought not to use the authority of a state government to imprison, impoverish or abuse a federal witness testifying against that person in federal court.

As a pro se litigant I have made exhaustive efforts to notify the parties. However, although Christopher Wehrman and Steven Klein have refused to waive service, refused to be available to receive a summons, and refused to file an appearance or appoint someone else to file an appearance on their behalf, they readily quote this lawsuit in their activities in state court. This is to say, there is no question that Christopher Wehrman, Michael Bender, Robert Johnson, Steven Klein and Gerald Blechman know that they are being sued in the Northern District of Illinois because they have referred to this complaint explicitly in lower court filings. There is no question that all these parties know the specific allegations of crime I have made against them, raised far before the May 3, 2022 civil suit was formally filed. There is no question that they know I want to arrange service of process.

There is no question that parties know about the specific motion for a temporary restraining order. The basic request - that this Court order that no defendant I'm suing imprison me, take my children or otherwise punish me through state court activities simultaneous to this suit - has been

stated in the initial complaint and the motion, both of which parties have received electronically and in paper form. So I do not believe there is a legitimate question as to whether I have tried to notify parties because I don't think any party could or would claim ignorance of this suit or my belief that defendants in this suit ought not to act as attorney, judge or court appointee in any matter in which I or my children are parties.

As a basis for a Temporary Restraining Order without need of service, and for a ruling on my Motion for Preliminary Injunction on an Emergency Basis, I am expected to state that I have made serious efforts to notify parties. I have. I am further expected to give the "reasons why it should not be required". Christopher Wehrmand and Steven Klein, as I have documented in my complaint, have a long history of deceitful practices in their dealings with me such as denial of service, refusal to give notice, and on five occasions scheduling or holding hearings without informing me.

However I can think of no more significant "reason why [notice] should not be required" than that the parties are, as of this writing, engaging in grotesque efforts to evade service and to impede the functioning of our federal judiciary. For reasons I can only speculate, Mr. Wehrman has for several months been providing me with a fraudulent business address. This is not a singular typo, or accidentally using an old address. Mr. Wehrman made up a fake address and has been using this on court filings in case 2016 D 9534 and as his formal email signature.

Mr. Steven Klein has been added as a defendant in the amended complaint filed June 21 and, as with all other parties, I attempted to deliver Mr. Klein's complaint, waiver of service forms (and stamped self addressed envelope), signed consent for magistrate hearing form, and the motion described here. As is allowed under the Federal Rules of Civil Procedure, I intended to leave these documents with Mr. Klein, with Mr. Klein's secretary or on the inbox for his office. To this end I went to his office on the afternoon of June 29, 2022.

I identified the location of Mr. Klein and Mr. Wehrman's Chicago office from Mr. Wehrman's professional email signature on an email sent to me on Tuesday, June 28, 2022. I identified this same address in a court filing submitted by Mr. Wehrman, on the affidavit filed in the Circuit Court, in which he asserts that the pleading is truthful and accurate, and emailed to me on Tuesday, June 28, 2022. The address on both these documents reads: KGW Law, 410 N. Michigan, Avenue, Suite 400.

I personally visited suite 400 of 410 N. Michigan Avenue yesterday and checked in to security, I proceeded to the fourth floor. There is only one business in suite 400, Oil Dri, a mineral company. I spoke to the receptionist and she stated she has never heard of KGW Law. I spoke to the security guard in the lobby and she stated she has never heard of KGW Law. Mr. Wehrman has presented himself as working at this non-existent address for several months.

It demeans this court as well as me to spend time in chasing parties who are willfully attempting to obstruct justice.

This Court need not take my word for these matters but I ask that I not be imprisoned, deprived of my motherhood, or otherwise abused by these parties in state court actions while these facts are considered. By separate motion I am requesting that this Court order defendants Christopher Wehrman, Steven Klein, Michael Bender, Gerald Blechman, John Palen, and Bradley Trowbridge to, within fourteen days be available to receive their summons, to waive service or to explain why they cannot receive their summons.

I simply do not understand how defendant Michael Bender can claim to not be available waive service or to receive a summons stamped by the Clerk for the Northern District of Illinois but he can be available to file a motion asking defendant Robert Johnson to imprison me. How can he use an email address to threaten to retaliate against me as a federal witness, as I allege this supposed legal activity is intended to do, but then claim he did not receive the federal pleadings sent to that same email address?

I simply don't understand why defendants Christopher Wehrman and Steven Klein can file a spurious motion to have my mental health examined in furtherance of litigation to impede my civil rights but they can't be available to waive service or to receive a summons issued by the Northern District of Illinois.

How can the aforementioned defendants be available on July 5, 2022 for a hearing in state court but none can be available between May 3, 2022 and today to receive or waive formal service and file an appearance in a serious matter before federal court?

I am therefore not asking the Court to simply consider that I have made exhaustive efforts to formally serve these parties and am unable to reach them. I am in regular contact with them. I receive contact from them almost daily. I can reach them on the phone through their secretary. They simply refuse to be served. For this reason, while I understand that rules of service and the time frames allowed under Federal Rules of Civil Procedure need to be followed and the defendants' rights respected, I ask this Court to not reward or condone cheating.

I'm not worried about whether or not I'm ultimately shown to be right on these issues, as I'm confident I will. I'm worried about being at liberty physically, mentally and emotionally until such time as my serious allegations can be addressed by this court. I'm worried about being sent to Cook County jail under the authority of Judge Evans, also named in this suit, and I'm worried about not coming out of Cook County Jail.

It would be impossible for this Court to form an opinion on the case 2016 D 9534 based only on my statements. But if Judge Dickler is simply ordered to transfer the case to Lake County, which is the same distance from parties' home as the current court, is it not reasonable to expect that any serious legal matters will be heard by the neutral judge in the neutral venue? There is an immense amount for me to lose if I am not given emergency relief, but no defendant in this case who is engaged in legitimate legal activity should fear that a neutral judge in a neutral county would do anything but rule according to the law.

Please use whatever authority you have to put a stop to activity by these parties under the guise of case 2016 D 9534 before I or my children are harmed irreparably.

Respectfully Submitted by

/S/ Megan Mason
Plaintiff Pro Se and Mother to Plaintiffs A.D.M. and T.M.M.

June 30, 2022