AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Megan Mason et al )
)
)
)
)
  *Plaintiff(s)* )
v. ) Civil Action No. 1:22-CV-2315
)
The Circuit Court of Cook County et al )
)
)
)
  *Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Johnson
50 W. Washington St., Rm. 2108
Chicago, IL 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Mason
419 Greenleaf Ave.
Wilmette, IL 60091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 2 7 2022           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

x I served the summons on *(name of individual).* Betty in Chief Judge Timothy Evans's Office , who is
designated by law to accept service of process on behalf of *(name of organization)* The Circuit Court of Cook County Illinois,
Grace Dickler, Timothy Evans, and Robert Johnson on *(date)* June 28, 2022 ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 29, 2022

_____
*Server's signature*

Robert Frank
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Please see affixed description of service.

On Tuesday, June 28, 2022 at approximately 12:50 pm I entered courtroom 1905 of the Circuit Court Cook County at the Daley Center. I was accompanied by Megan Mason, plaintiff.

Upon entering the courtroom we were told by a young woman, "Court is in recess, we'll be back at 1:00pm". Ms. Mason said, "We're not here for court, we need to serve Judge Dickler a summons. The young lady said, I don't know where Judge Dickler is.

Ms. Mason asked the young lady what her name is. She replied, "Olivia". Ms. Mason asked, "What's your last name?". The young lady replied, "I'm not going to tell you. I just work here.".

Eventually a woman came from behind the courtroom and said, "You need to go to Judge Evans's office on the 26th floor, they can receive service there." Ms. Mason asked the woman her name, she replied, "Patricia Kelly".

I accompanied Ms. Mason to Judge Timothy Evans's office on the 26th floor. A man with the id "Franklin" opened the door. We explained that we needed to serve summonses on behalf of the Circuit Court of Cook County, Grace Dickler, Timothy Evans, and Robert Johnson. The man named Franklin told us to wait outside the door.

A woman came to the door of Judge Evans's office and said, "I can take those". Ms. Mason asked her her name. She replied, "Betty". Ms. Mason asked for her last name. The woman calling herself Betty said, "I don't give my last name".

I personally handed to the woman, on the instruction of Patricia Kelly and Franklin, the summonses affixed here.

Respectfully Submitted,

/S/ Robert Frank
_____

Robert Frank
June 30, 2022

175 W Jackson Blvd #200,
Chicago, IL 60604
(773) 849-3378