AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Megan Mason et al )
)
)
)
*Plaintiff(s)* )
v. )
) Civil Action No. Case Number: 1:22-CV-2315
The Circuit Court of Cook County et al )
)
)
)
*Defendant(s)* )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Iris Martinez
Office of the Clerk of the Circuit Court of Cook County
50 W. Washington St., Suite 1001
Chicago, IL 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Megan Mason
419 Greenleaf Ave.
Wilmette, IL 60091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 27 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

**x** I served the summons on *(name of individual).* Betty in Chief Judge Timothy Evans's Office , who is
designated by law to accept service of process on behalf of *(name of organization)* The Circuit Court of Cook County Illinois, Grace Dickler, Timothy Evans, and Robert Johnson on *(date)* June 28, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 29, 2022

_____
*Server's signature*

Robert Frank
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Please see affixed description of service.

On Wednesday, June 29 at approximately 1:25pm I entered the office of Ms. Iris Martinez, Clerk for the Circuit Court of Cook County. Employees of the Court Ms. Joanne Zmysliwska and Ms. Vanesssa Soto were present, as well as a male security guard. I informed Ms. Zmysliwska that I was there to serve a summons upon Ms. Martinez.

Ms. Martinez said she needed to get someone from legal downstairs and made a phone call. Approximately five minutes later a man entered the office. He said he was a Deputy Chief Counsel for the Court. When asked his name, he responded, "Alvin Portis".

I handed the Stamped Summons and Amended Complaint as well as The Plaintiffs' Motion for Preliminary Injunction and a Temporary Restraining Order and Notice of a Motion for a Temporary Restraining Order.

Respectfully Submitted,

/S/ Robert Frank
_____

Robert Frank
July 1, 2022

175 W Jackson Blvd #200,
Chicago, IL 60604
(773) 849-3378