[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

)
Plaintiff )
)  Case Number: 1:22-CV-2315
v. )
Circuit Court of Cook County )  Judge: Charles Norgle
Illinois )
)
Defendant )

## NOTICE OF MOTION

**TO:** Ms. Iris Martinez
50 W. Washington St.
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on ~~Friday, July 1, 2022~~ **at** ~~9:30 am~~ ~~, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge~~ ~~Charles Norgle~~ ~~or any judge sitting in his or her stead in~~ **~~Courtroom~~** ~~2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present~~ **the following motion attached hereto:** Mm

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on 6/29/22, I provided service to the person or persons listed above by the following means: I observed the document to be hand delivered from Robert Frank to attorney Alvin Portis in Iris Martinez's office

Signature: /S/ Megan Mason          Date: 7/1/22

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.          Phone: 917.518.1808

Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]