[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

Plaintiff

v.

Circuit Court of Cook County Illinois

Defendant

Case Number: 1:22-CV-2315

Judge: Charles Norgle

## NOTICE OF MOTION

**TO:** Mr. Christopher Wehrman
~~KGW Law~~
~~410 N. Michigan Ave., Suite 400~~ Katz, Goldstein & Warren
~~Chicago, IL 60611~~ 2345 Waukegan Rd Suite 150, Bannockburn, IL 60015

**PLEASE TAKE NOTICE** ~~that on~~ Friday, July 1, 2022 ~~at~~ 9:30 am ~~, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge~~ Charles Norgle ~~or any judge sitting in his or her stead in~~ **Courtroom** 2341 ~~of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present~~ **the following motion attached hereto:**

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on 6/30/22 , I provided service to the person or persons listed above by the following means: I placed the motion and notice of motion in plain sight on the desk of the receptionist At KGW Law

Signature: /S/ Megan Mason          Date: 7/1/22

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.          Phone: 917.518.1808

Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]