[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

Plaintiff

v.

Circuit Court of Cook County Illinois

Defendant

Case Number: 1:22-CV-2315

Judge: Charles Norgle

## NOTICE OF MOTION

**TO:** Mr. Matthew Link
50 W. Washington St.
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on ~~Friday, July 1, 2022~~ **at** ~~9:30 am~~, ~~or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Charles Norgle or any judge sitting in his or her stead in~~ **Courtroom** ~~2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present~~ **the following motion attached hereto:**

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on 6/29/22, I provided service to the person or persons listed above by the following means: Hand delivery to the mail bin for floor 20 in the Circuit Court

Signature: /S/ Megan Mason          Date: 7122

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.          Phone: 917.518.1808

Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]