Case: 1:22-cv-02315 Document #: 28 Filed: 07/11/22 Page 1 of 1 PageID #:1038

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

)
Plaintiff )
)  Case Number: 1:22-CV-2315
v. )
Circuit Court of Cook County )  Judge: Charles Norgle
Illinois )
)
Defendant )

## NOTICE OF MOTION

**TO:**   Mr. Michael Bender

150 N. Michigan Ave., #2130

Chicago, IL 60601

**PLEASE TAKE NOTICE** that on ~~Friday, July 1, 2022~~ **at** ~~9:30 am~~ ~~, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge~~ ~~Charles Norgle~~ ~~or any judge sitting in his or her stead in~~ **Courtroom** ~~2341~~ ~~of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present~~ **the following motion attached hereto:**

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I provided service to the person or persons listed above by the following means: I left the notice of motion and motion in clear site at the security desk of 150 N. Michigan Ave. and Mr. Bender was notified by a phone call from security and an email from me that a package was delivered for him

Signature: /S/ Megan Mason                   Date: 7/11/2022

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.                   Phone: 917.518.1808

Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]