# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MEGAN MASON,<br>Plaintiff;<br><br>A.D.M., by his mother, Megan Mason,<br>Plaintiff;<br><br>T.M.M., by his mother, Megan Mason,<br>Plaintiff;<br><br>**Vs.**<br><br>THE CIRCUIT COURT OF COOK<br>COUNTY ILLINOIS, Defendant, et al; | Case Number: 1:22-CV-2315 |

## PLAINTIFFS' EMERGENCY MOTION TO ORDER US MARSHAL SERVICE OF PROCESS ON DEFENDANTS MICHAEL BENDER; BRADLEY TROWBRIDGE; CHRISTOPHER WEHRMAN; JOHN PALEN; GERALD BLECHMAN AND THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS AND MOTION TO EXTEND DEADLINE FOR SERVICE

**Overview**

I, Megan Mason, plaintiff pro se in this case and mother to plaintiffs A.D.M. and T.M.M. ask this court to assist, by order of US Marshal service or other appropriate and safe method that this Court deems fit, in the service of summons and complaint upon defendants who refuse to waive or receive service or to file an appearance in this matter. I have documented herein particularly the exhaustive efforts to formally provide service upon a group of defendants who know they are being sued and are yet hindering the efforts to formally commence this action.

Because of the good faith effort I have made to serve parties who refuse to acknowledge this lawsuit I am also seeking an extension in the deadline for service in this action to a date that this Court finds to be just based on the evidence provided here and time required to execute US Marshal service of process or other method deemed appropriate by this Court in a civil matter.

With respect to the five individuals who have evaded service aggressively, they have been fully cognizant of this lawsuit for more than two months and I so I ask that this Court please enter this motion instanter in consideration of the long time plaintiffs in this matter have already waited due to some defendants' intentional refusals to allow this Court to commence action, documented in detail below.

1. According to Federal Rules of Civil Procedure rule 4. M. reads:

   *(m) TIME LIMIT FOR SERVICE. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause*

*for the failure, the court must extend the time for service for an appropriate period."*

2. Illinois law allows for special order when parties are unable to be served, " (735 *ILCS 5/2-203.1) (from Ch. 110, par. 2-203.1)Sec. 2-203.1. Service by special order of court.* **If service upon an individual defendant is impractical** *under items (1) and (2) of subsection (a) of Section 2-203,* **the plaintiff may move, without notice, that the court enter an order directing a comparable method of service. The motion shall be accompanied with an affidavit stating the nature and extent of the investigation made to determine the whereabouts of the defendant and the reasons why service is impractical** *under items (1) and (2) of subsection (a) of Section 2-203, including a specific statement showing that a diligent inquiry as to the location of the individual defendant was made and reasonable efforts to make service have been unsuccessful. The court may order service to be made in any manner consistent with due process."*

3. This action formally commenced with the filing of the original complaint on May 3, 2022. In normal situations service will have been required upon defendants by August 2, 2022.

4. It is impossible to meet this deadline due to refusal of parties to acknowledge or receive service, the long wait to coordinate US Marshal Service in a civil matter, and particular legal constraints on individuals physically contacting individuals who are sitting judges, judicial candidates or otherwise employed in sensitive professions. Therefore an extension of the deadline for service to October 2, 2022 or another date this Court deems appropriate, is necessary.

5. I am seeking this Court's assistance in providing service upon five personally named defendants: Michael Bender, Christopher Wehrman, Bradley Trowbridge, John Palen and Gerald Blechman  who have known since around May 13th, 2022 that they are defendants in this lawsuit in which I am plaintiff along with my minor children. (Exhibit A).

6. I am also seeking assistance in providing service upon The Circuit Court of Cook County, Illinois.

7. I am also seeking assistance in service of process on two individuals, Kaye Mason and Lorie Garner, who have received service via State's Attorneys, but not accepted counsel from these States Attorneys, and for whom I wish to avoid any lingering questions of the parties having been served in the future.

8. All personally named defendants in this motion have engaged in acts to hinder, deter and obfuscate the commencement of actual proceedings in this case, making urgent court intervention necessary. I have detailed specific acts and evidence that demonstrate each party knows he or she is a defendant and yet will not receive service of process.

9. Defendant Michael Bender has known for three months that he is a defendant in this lawsuit and is actively evading commencement of action in this matter.

   a. Michael Bender first became aware that he was named as a defendant in Case Number: 1:22-CV-2315 on or before May 13, 2022. On May 13 I emailed a copy of the complaint, waiver of service, consent for magistrate form and explanation that these documents would be mailed to his regular work email address mbender@caesarbenderlaw.com . (Exhibit A)

   b. For the last four years, Michael Bender has served as plaintiffs A.D.M.'s and T.M.M.'s court ordered Guardian Ad Litem and is still serving in this role as of this filing..

   c. On or around May 19, 2022 Mr. Bender received the complaint, two copies

of the waiver of service form, a stamped envelope and a consent for

magistrate hearing form at the address on file in Domestic Relations matter

2016 D 9540, 150 N Michigan Ave #2130, Chicago, IL 60601. At this time

Mr. Bender declined to waive service.

d.  On several occasions subsequent to the commencement of this lawsuit on

May 3, 2022, Mr. Bender has emailed me or responded to emails in which I

am copied through his role as my children's GAL, using the email address

mbender@caesarbenderlaw.com.

e.  On June 20th, Mr. Bender used this email address to serve upon me a

petition for rule to show cause in which he sought my incarceration.

f.  On June 3, 2022, Mr. Bender received service in case 2016 D 9534 in which

he serves as GAL, of a pleading from Mr. Christopher Wehrman that directly

refers to this lawsuit. (Exhibit C)

g.  On June 29th Mr. Bender received an email with a digital copy of the Motion

for Preliminary Injunction as well as the Amended Complaint (Exhibit B).

h.  At around 4pm on June 30, 2022 I called Mr. Bender's place of business,

Caesar Bender Law, and spoke to a receptionist named Allie. I informed

Allie that I needed to arrange delivery of some documents for Mr. Bender.

Allie put me on hold briefly and then told me that she'd reach out to Mr.

Bender's assistant and get back to me. She never returned my call.

i.   On July 5th, 2022 Mr. Bender attended a hearing via Zoom at 11:30 with

defendants Robert Johnson and Christopher Wehrman in attendance as well

as  Jillian Westerfield, Robert Frank and Diane Mason as civil rights

witnesses on my behalf. At this time I orally presented before Mr. Bender a

motion that defendant Robert Johnson, still acting in the role of presiding

judge on this case step down and transfer this case to a neutral county due to

the fact that Mr. Bender, Mr. Wehrman and Judge Johnson are all named in

defendants in this federal suit. At this time Mr. Bender heard personally from

me that he is defendant in Case Number: 1:22-CV-2315.

j. On July 6th at approximately 1:15 pm, Diane Mason, my mother, visited the

address I believe to be Michael Bender's address, 7328 Keystone Avenue in

Skokie. There was a red red Jaguar brand automobile parked in the driveway

I believe belongs to Mr. Bender with the license plate V 63 7319. My mother

rang the bell and there was no response. I held down the button on the

intercom and said, "We have some papers for Michael Bender". Nobody

answered the door.  (Exhibit D)

k. On July 8th at approximately 3:50pm I left a paper copy of a Notice of

Motion and Motion for Preliminary Injunction for Mr. Bender at his business

address, 150 N. Michigan Ave. (Exhibit E)

l. Mr. Bender knows he is being sued and is easily and readily available to

send and receive documents through the course of his job as an attorney, but

he refuses to do so.

m. Mr. Bender is a former judge and actively working as a guardian ad litem

which makes me fear inadvertently violating the law if I take actions

necessary to arrange personal service such as following him, monitoring him or researching his personal details.

10. Defendant Christopher Wehrman has known for three months that he is a defendant in this lawsuit and is actively evading commencement of action in this matter.

   a. Christopher Wehrman first became aware that he was named as a defendant in Case Number: 1:22-CV-2315 on or before May 13, 2022. On May 13 I emailed a copy of the complaint, waiver of service, consent for magistrate form and explanation that these documents would be mailed to his regular work email address cwehrman@kgwlaw.com . (Exhibit A).

   b. On several occasions subsequent to the commencement of this lawsuit on May 3, 2022, Mr. Wehrman has emailed me or responded to emails in which I am copied, using the email address cwehrman@kgwlaw.com. Mr. Wehrman has used this email address to log in to the Circuit Court filing system and file at least five pleadings in retaliatory actions against me since the commencement of Case Number: 1:22-CV-2315 on May 3, 2022.

   c. Since around February 2022, Mr. Wehrman has claimed to have a place of business at the Wrigley Building in Chicago. He used this address in his email signature and in the attestations with every court filing between February, 2022 to as recently as July 5th, 2022. In these he states his place of business to be: "KATZ, GOLDSTEIN & WARREN Chicago Office 410 N. Michigan Ave., Suite 400".  (Exhibit F, Exhibit G)

   d. This is in fact the office of Oil Dri, a mineral company and it is my

understanding that neither Mr. Christopher Wehrman nor his partner Mr. Steven Klein has ever had office space there.

e.  On  May 18th, 2022 I sent the complaint, two copies of the waiver of service form, a stamped self addressed envelope, and consent to magistrate hearing to Mr. Wehrman at this address which I now understand to be the office of unaffiliated Oil Dri Corporation.

f.  On June 29th Mr. Wherman received an email with a digital copy of the Plaintiffs' Motion for Preliminary Injunction as well as the Amended Complaint (Exhibit B).

g.  On June 29th at approximately 3pm I attempted to visit the office Mr. Wehrman represented to me as his and his partner Steve Klein's place of business at 410 N. Michigan Ave., Suite 400, Chicago, IL. I signed in with the security guard and went to the fourth floor where I found Suite 400, the only suite on the floor, occupied by a company called Oil Dri. I entered the door and asked the receptionist if an attorney or law firm shared offices. She looked confused and said, "No.". I asked if she'd heard of Chris Wehrman, Steve Klein or KG Law." She said, "No.". I returned downstairs where the security guard smiled and shook her head. She said, "I was wondering what law firm you were going to. I don't know anything about a law firm in this building". (Exhibit J, Exhibit K)

h.  Although Mr. Wehrman has not and will not file an appearance or waive service in this matter, he has nevertheless used his position as an Illinois

8

officer of the court to reference Case Number: 1:22-CV-2315 directly in Illinois court filings. On June 3, 2022 Christopher Wehrman filed a document called, "Petition for Prospective Attorney's Fees and for Allocation of Expert and GAL Fees" filed by the Clerk of the Circuit Court of Cook County" (Exhibit C) in which he addressed this pleading and asked the court to impose $25,000 in penalties on me for filing a complaint in federal Court.

i. In paragraph 18 and 19, Mr. Wehrman wrote ostensibly on Mr. Matt's behalf, "p. 18. Megan Matt has further filed a $20,000,000 federal lawsuit to intimidate Peter Matt and the court system. p. 19. "Peter Matt's counsel estimates that her prospective attorney's (sic) and costs in preparing for this matter for the ongoing litigation of (sic) $25,000".

j. I have only filed one suit in federal court in which direct damages are estimated to start at $20,000,000, this one, in which Mr. Wehrman is named as a defendant. At present Mr. Peter Matt is not a defendant in this or any suit I, Megan Matt (nka Megan Mason) have filed in federal court, so Mr. Wehrman was responding, through his own state court filing, to this suit while ostensibly representing Mr. Matt.

k. On June 30, 2022, I searched for Mr. Wehrman's address as filed with the Illinois Bar. I created a screenshot showing Mr. Wehrman's address, as publicized by the Illinois Bar on that date. On that date Mr. Wehrman had elected to have his business address available to the public and listed it as:

Katz, Goldstein & Warren, 2345 Waukegan Rd Suite 150, Bannockburn, IL 60015. (Exhibit L)

l. On June 30, 2022 at approximately 3:15 pm I delivered to Mr. Wehrman a Notice of Motion as well as the Motion for Preliminary Injunction to his office at KGW Law in Bannockburn, Illinois. (Exhibit M)

m. On the afternoon of June 30th, 2022 I called KG Law, based at what I now understand to be the firm's only office in Bannockburn, and explained to the receptionist that I needed to find a time to serve documents to Mr. Wehrman at home or at his place of business. I was transferred by the receptionist to Mr. Wehrman's assistant, Aneta Sniadala. I told Ms. Sniadala I needed to find five minutes in Mr. Wehrman's schedule to arrange service of documents at his home or place of business. Ms. Sniadala said, "That's not how it works, you have to find him."

n. Since June 30, 2022, Mr. Wherman has removed any contact address from the Illinois Bar database in an act, I believe, was intended to further hinder and obstruct service of process in this matter.

11**.** Defendant Jonathan Palen has known for three months that he is a defendant in this lawsuit and is actively evading commencement of action in this matter**.**

a. Dr. John Palen first became aware that he was named as a defendant in Case Number: 1:22-CV-2315 on or before May 13, 2022. On May 13 I emailed a copy of the complaint, waiver of service, consent for magistrate form and explanation that these documents would be mailed to his regular work email

address jpalen@johnpalenphd.com. (Exhibit A).

b. On June 29th Dr. Palen received an email with a digital copy of the Motion for Preliminary Injunction as well as the Amended Complaint at this same email address (Exhibit B).

c. On July 7, 2022, I called Dr. Palen at the phone number he used when appointed as parenting coordinator, which he displays on his website and in his email signature: 847-967-1695. I left a voicemail indicating I had to arrange delivery of papers for him. He did not return my call.

d. On July 8, 2022 I attempted to deliver a hard copy of the motion for preliminary injunction, the emailed copy of which Dr. Palen had received on June 29th, to his office at 5225 Old Orchard Road, Suite One, Skokie, Illinois 60077.

e. I first met Dr. Palen in 2020 and my family worked with him virtually so I never visited an office for Dr. Palen when he was appointed as my family's parenting coordinator. Throughout that time I understood his address to be 5225 Old Orchard Road, Suite One, Skokie, Illinois 60011 based on his email signature. It is still the address Dr. Palen lists to advertise his business on PsychologyToday.com, on his own website and in his email signature. On July 12th, 2022 at around 7am I took a screenshot of Dr. Palen's website, www.johnpalenphd.com, which still indicates his address to be 5225 Old Orchard Road, Suite 1, Skokie, Illinois (Exhibit H).

f. However when I arrived at 5225 Old Orchard Road in Skokie on July 8th,

2022, I found Suite One to be occupied by a home healthcare agency called Living Spring Services. I spoke to the receptionist, Leslie, and she told me Dr. John Palen was not based there and never had been to her knowledge. (Exhibit I)

g. On July 11th at around 2 pm I called the main number for Living Spring Services. She explained to me that the company has no affiliation with Dr. John Palen. She said she was told that Suite 1 had not been occupied by another tenant since at least before August 2021.

12. Defendant Gerald Blechman has known for three months that he is a defendant in this lawsuit and is actively evading commencement of action in this matter.

a. Dr. Gerald Blechman first became aware that he was named as a defendant in Case Number: 1:22-CV-2315 on or before May 13, 2022. On May 13 I emailed a copy of the complaint, waiver of service, consent for magistrate form and explanation that these documents would be mailed to his regular work mailing address to the email address Dr. Blechman uses professionally gablechman@aol.com (Exhibit A).

b. On around May 19th, 2022, Dr. Blechman received the original complaint, waiver of service forms and stamped return envelope and consent for magistrate hearing form at his place of business, 1751 S. Naperville Rd., Suite 206, Wheaton, Illinois.

c. No attorney representing Gerald Blechman has filed an appearance as of this filing and no waiver of service has ever been returned to me on his behalf.

d.   On June 27th, 2022 a summons to Gerald Blechman was issued by the Clerk for the Northern District of Illinois for Case Number 1:22-CV-2315.

e.   On June 29th Dr. Blechman received an email with a digital copy of the Motion for Preliminary Injunction as well as the Amended Complaint at this same email address (Exhibit B).

f.   On July 5th, 2022 I attended a hearing with defendant Judge Robert Johnson presiding. Defendant Judge Johnson ordered me, as defendant in Illinois case 2016 D 9534, to arrange a meeting with defendant Dr. Blechman before July 12th, 2022 in order to facilitate defendant Dr. Blechman's custody evaluation.

g.   In the months prior to the July 5th, 2022 order, I had tried several times to email or call Dr. Blechman regarding a solicitation of money which I wanted him to explain but had not been able to reach  him. (Exhibit O)

h.   On July 6th, 2022 at approximately 1:15pm I visited Dr. Blechman's office in Wheaton, Illinois, more than an hour drive from my home in Wilmette, Illinois in traffic. My mother and I attempted to visit Dr. Blechman's office and found it dark and empty. I called Dr. Blechman and reached his voicemail. Dr. Blechman never returned my call. (Exhibit N)

i.   On July 7th at 7 am I emailed Mr. Bender and Mr. Wehrman and explained that Dr. Blechman was not returning calls or emails and I had found his office dark with a note stuck into the door. I asked if they knew if Dr. Blechman was well. Neither party responded. (Exhibit O)

j.   On July 8th, under Court order to contact Dr. Blechman, I had still received no return to my calls, emails or office visit. So at around noon I called the Wheaton Police Department and explained I was under Court order to contact Dr. Blechman and asked if they could please confirm if he was well. They agreed to do a welfare check on Dr. Blechman.

k.   On July 8th I received a call back from Officer Justin Sanchez from the Wheaton Police Department at around 12:30 pm from phone number (630) 386-5692. Officer Sanchez advised me that Dr. Blechman did not wish to have any contact with me based on advice he's received from legal counsel. Officer Sanchez said he advised me that it is in my interest not to have any more contact with Dr. Blechman.

l.   I agree with Dr. Blechman, Dr. Blechman's attorney and Officer Sanchez that it is best for me to have little to no physical contact or direct communication with Dr. Blechman or any other party involved in this case.

m.   Dr. Blechman, having retained counsel, clearly knows he has been named as a defendant in this suit, though he has yet to file an appearance and persists in evading service.

13. Defendant Bradley Trowbridge  has known for three months that he is a defendant in this lawsuit and is actively evading commencement of action in this matter**.**

a.   Bradley Trowbridge first became aware that he was named as a defendant in suit on or before May 13, 2022. On May 13 I emailed a copy of the

14

complaint, waiver of service, consent for magistrate form to the email
address Mr. Trowbridge uses professionally brad@bradtrowbridge.com
(Exhibit A). In this email I explained that these documents would be mailed
to his regular work mailing address.

b. On or around May 19, 2022 Mr. Trowbridge received a copy of the original
complaint and other documents sent previously by email at the address I
knew to be his business address while his client, 3257 N Sheffield Ave #104,
Chicago, IL 60657.

c. Mr Trowbridge has corresponded with me using this mailing address within
the last six months and this remains the mailing address on his website,
bradtrowbridge.com.

d. It is my understanding that Mr. Trowbridge uses the email
brad@bradtrowbridge.com and the mailing address 3257 N Sheffield Ave
#104, Chicago, IL 60657 for correspondence, registration, and
documentation related to his ongoing campaign to be elected a Circuit Court
Judge, for which he recently won the Cook County Democratic Party
nomination.

e. No party representing Bradley Trowbridge has filed an appearance as of this
filing and no waiver of service has ever been returned to me on his behalf.

f. On June 27th, 2022 a summons to Bradley Trowbridge was issued by the
Clerk for the Northern District of Illinois for Case Number 1:22-CV-2315.

g. On June 29th Mr. Trowbridge received an email with a digital copy of the

Motion for Preliminary Injunction as well as the Amended Complaint at this same email address (Exhibit B).

h. On June 29th I received an automatic email from Mr. Trowbridge in response to the motion and notice of motion, stating, "I will be out of the office from June 18, 2022, through June 29, 2022. My assistant will be checking my email frequently. Thank you." (Exhibit Q)

i. I have not received a response from Mr. Trowbridge or his assistant.

j. On the morning of July 8th, 2022, I accompanied Robert Frank to Mr. Trowbridge's office where he rang the bell for Suite #104 or 3257 Sheffield Ave. Nobody responded. (Exhibit P)

k. Mr. Trowbridge has instructed me by prior written communication not to communicate with him.

l. Mr. Trowbridge is a court appointed child rep and a judicial nominee which, like Mr. Bender, makes me reasonably believe that I am in legal peril should I engage in tracking or forcing physical contact with Mr. Trowbridge, particularly after he has instructed me to have no contact with him.


14. The executive and legal authorities of the Circuit Court of Cook County Illinois understand that the Court itself is being sued and have not responded to my requests made to them for a communication contact or filed an appearance. I have followed the steps necessary to sue a municipal body as required by the Federal Rules of Civil Procedure and local rules to the best of my ability and believe Court intervention is necessary here. A party

received service on behalf of The Circuit Court of Cook County Illinois but as of this filing I do not have an individual contact related to this matter, namely an attorney.

    a. My original legal contact on behalf of the Circuit Court of Cook County, Illinois has been Brianna Steger who wrote to me following the filing of a Petition to Substitute Judge for Cause in January, 2022 at which time I had asked Judge Dickler for federal whistleblower protection. At that time I did not understand Judge Dickler rules on or would be ruling on a case involving me and wrote to her in her administrative capacity. However Ms. Steger wrote to chastise me for ex parte communication.

    b. As Ms. Steger is an attorney for the Circuit Court of Cook County I have since this time considered her as 1. A legal representative of the court and, until recently, 2. The only legal representative of the Court to communicate with me. So on May 3, 2022, I wrote, "Would you please provide the full contact for the Attorney Representing the Court in the Northern District of Illinois on matters relating to Color of Law violations by and within the Circuit Court? Would you also please provide the contact information for the firm representing the Clerk of The Circuit Court?". (Exhibit R)

    c. Ms. Steger has never responded.

    d. I delivered the initial case documents to Ms. Steger, the only attorney of record for my contact with the court. I placed the envelope containing the original complaint, two waivers of service forms and return envelope, and the consent for magistrate hearing in the floor 19 bin in an envelope

addressed to Ms. Steger with the date of delivery, May 19, 2022 indicated on the package. I placed the envelope in this bin at the instruction of a uniformed security officer named Franklin who attends Judge Evans's office door and informed me that all court mail, including first class mail, is delivered into the bins with a number for the floor of the recipient indicated. (Exhibit S)

e.  It is my understanding that on May 19th, 2022 Ms. Steger received these documents.

f.  No party representing The Circuit Court of Cook County Illinois has filed an appearance as of this filing and no waiver of service has ever been returned to me on said Court's behalf.

g.  On June 27th, 2022 a summons to The Circuit Court of Cook County was issued by the Clerk for the Northern District of Illinois for Case Number 1:22-CV-2315.

h.  On June 28th, 2022, I accompanied Robert Frank to serve process upon the Court. On the instruction of Judge Grace Dickler, via her secretary Patricia Kelly, Mr. Frank and I went to the 26th floor where he gave the summons and other documents to a woman named Betty who came out from Judge Timothy Evans's office, who said, "I can take those". (Exhibit T)

i.  At this same time the woman named Betty received service in this same suit on behalf of Chief Judge Evans, chief executive of the municipal entity known as The Circuit Court of Cook County.

15. I am also seeking the Court's assistance in service of process on two individuals who, as of this filing, have had service informally received and acknowledged by a State's Attorney representing employees of The Circuit Court of Cook County Illinois but have not as of this filing retained those attorneys.

      a.   These defendants are Ms. Kaye Mason and Ms. Lorie Garner (AKA "Laurie" Garner), both employees of The Circuit Court of Cook County Illinois named personally.

      b.   In the event that one or both of these two individuals declines to be represented by the States Attorneys, I do not know if these attorneys can confirm that the parties are aware of the lawsuit. Out of an abundance of caution, I would therefore ask this Court to order service of process of the summons and amended complaint on Ms. Kaye Mason and Ms. Lorie Garner (aka "Laurie Garner"), employees of the Circuit Court of Cook County, Illinois.

      c.   Summonses were issued for Ms. Kaye Mason and Ms. Lorie Garner (aka "Laurie Garner") on June 27th, 2022.

16. Given the vast number of hindrances I have described and the fact that most defendants in federal suits waive service and in this lawsuit eight have not, I can't help but fear that some of these individuals are acting in concert as a strategy to stop this lawsuit from happening. My children and I ought not to be denied justice by defendants' efforts to "run down the clock".

17. I have contacted US Marshal service to get a better understanding of the steps necessary

for the service of process in a civil matter and was told that I would not personally be able to arrange service in less than thirty days and perhaps as long as sixty days due to the large volume of civil processes in queue.

18. I have not been able to find a private process server willing to serve powerful attorneys and The Circuit Court itself.

18. Although I require assistance, I believe, in physically serving individuals, there is no question of how to find these parties, communicate with these parties or contact these parties. All parties for whom assistance in service is required are active members of the Illinois Bar or active appointees or employees of the Circuit Court of Cook County.

19. The Northern District of Illinois encourages efiling.

20. All unrepresented defendants and all attorneys who have filed an appearance in this lawsuit have email addresses, access to a computer and use email communications as a daily, regular form of communication. I know of no financial, geographical, philosophical or other basis for any defendant in this suit to insist on receiving documents in paper form.

Wherefore I ask that this Court:

A. Enter an order instanter for US Marshal Service of process on defendants Michael Bender, Christopher Wehrman, Gerald Blechman, Jonathan Palen, Bradley Trowbridge, Kaye Mason and Lorie Garne (AKA "Laurie" Garner) or any other means of service that this Court deems just, efficient and safe for all parties.

B. Extend the deadline to serve parties to October 2, 2022 or any other date this Court deems just in consideration of the facts herein.

C.  Order all defendants in this matter or attorneys who have filed or will file an appearance in this case to use email for ongoing delivery of pleadings unless and until such time as they have sought and obtained a specific exemption from this Court.

D.  Order that The Circuit Court of Cook County Illinois file an appearance or that this Court please advise me of any failures in my attempts to serve The Circuit Court of Cook County Illinois and any corrections I may make for my errors.

E.  That parties Christopher Wehrman and Jonathan Palen be ordered to reimburse me for the cost of printing and shipping legal pleadings to business addresses they knew to be fraudulent.

F.  That parties Christopher Wherman, Jonathan Palen, Gerald Blechman, Michael Bender and Bradley Trowbridge be ordered to pay any costs associated with effecting service, including US Marshal service fees if ordered.

G.  Any sanctions that this Court sees fit to impose on parties that are seen to be obstructing or hindering the just functioning of this Court particularly by individuals who are bound by oath to uphold the laws of this land and the proper functioning of our courts.

H.  Any other relief or guidance that this Court sees fit to provide and any order that this Court believes will encourage more transparent, direct engagement by parties in the judicial process.

Respectfully Submitted by,

/S/ Megan Mason

Plaintiff Pro Se and on behalf of Plaintiffs A.D.M. and T.M.M.

### Affidavit in support of pro se filing

I attest that the statements made in this motion are true to the best of my knowledge. I

submit this filing under threat of perjury and am willing to testify under oath to the same.

/S/ Megan Mason July 12, 2022

Megan Mason
419 Greenleaf Ave.
Wilmette, IL 60091
917.518.1808

**Exhibit A**

 Gmail

Megan M <megan42@gmail.com>

---

## Federal Complaint
2 messages

---

**Megan Mason** <megan42@gmail.com>                     Fri, May 13, 2022 at 9:28 AM
To: "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>, Christopher Wehrman <cwehrman@smbtrials.com>, John Palen <jpalen@johnpalenphd.com>, Brad Trowbridge <brad@bradtrowbridge.com>, "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>, gablechman <gablechman@aol.com>

Parties,

You are all named as defendants in the attached complaint before The Honorable Judge Charles Norgle and Magistrate Judge Young Kim in the Northern District of Illinois. I will be providing you with the complaint via Fedex shipped today or tomorrow. In the meantime it is attached here and I would like to ask:

1. Please waive summons. In exchange for sparing the time and expense of personal service you are given 60 days to respond to the Complaint. If you fail to waive service you will be required to pay costs associated with formal service and reply sooner

2. I have agreed to have the case heard by Magistrate Judge Kim in order to access a swifter resolution. If you agree, please sign the consent to have the case heard by a magistrate judge.

3. If you are presently involved in this case and can think of any conflict between your involvement and your status as a defendant in a federal suit in which I am the plaintiff please take the appropriate actions.

Sincerely,
Megan Mason

---

**3 attachments**

 **Waiver of the Service of Summons.pdf**
263K

**Complaint Mason.pdf**
15526K

**Magistrate Consent.pdf**
210K

---

**Megan Mason** <megan42@gmail.com>                     Fri, May 13, 2022 at 9:31 AM
To: "Patricia Kelly (Chief Judge's Office)" <patricia.kelly@cookcountyil.gov>

Good morning, Ms. Kelly. Would you please forward the below message and attachments to Judge Dickler.

Kind Regards,
Megan Mason
[Quoted text hidden]

---

**3 attachments**

**Waiver of the Service of Summons.pdf**
263K

**Complaint Mason.pdf**
15526K

**Magistrate Consent.pdf**
210K



**Exhibit B**

Megan M <megan42@gmail.com>

---

## Courtesy Copies of Plaintffs' Motion for Preliminary Injunction and Temporary Restraining Order and Amended Complaint Federal Case 1:22-CV-2315

11 messages

---

**Megan Mason** <megan42@gmail.com>                                        Wed, Jun 29, 2022 at 6:12 AM
To: "Patricia Kelly (Chief Judge's Office)" <patricia.kelly@cookcountyil.gov>, "Kaye Mason (Chief Judge's Office)"
<kaye.mason@cookcountyil.gov>, Michael I Bender <mbender@caesarbenderlaw.com>, "Christopher D. Wehrman"
<CWehrman@kgwlaw.com>, gablechman <gablechman@aol.com>, John Palen <jpalen@johnpalenphd.com>, Brad
Trowbridge <brad@bradtrowbridge.com>, "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>,
"courtclerk (Circuit Court)" <courtclerk@cookcountycourt.com>
Cc: Molly E Caesar <mcaesar@caesarbenderlaw.com>, Aneta Sniadala <ASniadala@kgwlaw.com>, Justyn Brodacz
<JBrodacz@caesarbenderlaw.com>, Cford@kgwlaw.com, "Steven H. Klein" <sklein@kgwlaw.com>,
Matthew.Link@cookcountyil.gov, CivilRightsDivision@usdoj.gov, igoldstein@kgwlaw.com, twarren@kgwlaw.com,
mfisher@kgwlaw.com, patrick.johnson2@usdoj.gov, john.lausch@usdoj.gov, aemmanuel@injusticewatch.org

Parties,

You have all been named as defendants personally, in your professional capacity or both in Case 1:22-CV-2315 in the Northern District of Illinois, before the Honorable Charles Norgle. You all received the original complaint and learned of the allegations made toward you therein - personally and professionally - on or before May 19, 2022. I am also a federal witness against many of you in criminal investigations related to many of the same crimes described clearly and truthfully in this civil complaint.

Without exception, you have all obfuscated and attempted to hinder justice in this matter by - contrary to the Rule 4 of the Federal Rules of Civil Procedure - refusing to waive formal service. As of this writing more than thirty days after you received this Complaint none of you have filed an appearance or designated an attorney to file an appearance to answer for these very serious and, I maintain, truthful allegations I have made against you before this Court. You have been and will continue to be fully informed of the allegations against you. You must answer.

**On Friday, July 1, 2022, I will present the attached Motion for Preliminary Injunction and Temporary Restraining Order before the Honorable Judge Charles Norgle or any judge sitting in his stead in Courtroom 2341of the Northern District of Illinois at 9:30 a.m. or soon thereafter.** Before that time I assume all parties will have received both actual notice of the suit against you as presented to you on or before May 19th, 2022 as well as formal service. You all are in receipt of the Motion for Preliminary Injunction as filed and attached here, and as clearly described in the Complaint you received on May 19th, 2022.

**Exhibit B Continued**

You all understand that you are defendants in this suit and I ask you to act ethically, with dignity, and without further acts of witness intimidation, obstruction of justice, witness retaliation or other serious federal crimes, as are occurring at present. The people of Illinois don't have time for nonsense.

In particular I would like to note that Judges Dickler, Evans and Johnson are, through your professional capacity, authorized to reprimand or curtail, even imprison, citizens before you who attempt to evade service, obstruct justice, tamper with witnesses and evidence, intimidate their accusers or otherwise seek to avoid honest, just accountability before the law.  Answer for your alleged crimes or misdeeds. It is your duty and your obligation. You have no right to curtail justice that you claim to impose on others.

Until you have acted in accordance with your responsibility under federal law to waive service, I have arranged formal service of process  of the documents attached here:

A Copy of the Stamped Summonses
A Copy of the Notice of Motion for Each Party
A Copy of the Amended Complaint for Case 1:22-CV-2315
A Copy of the Motion for Preliminary Injunction and Temporary Restraining Order
A Copy of the Signed Consent for Magistrate Hearing


These documents are being provided to: The Circuit Court of Cook County, Judge Timothy Evans, Judge Grace Dickler, Judge Robert Johnson, Mr. Michael Bender, Mr. Bradley Trowbridge, Mr. Christopher Wehrman, Ms. Iris Martinez, Ms. Dorothy Brown, Dr. John Palen, Dr. Gerald Blechman, Ms. Kaye Mason, Ms. Lorie Garner. Defendants Steven Klein and Matthew Link are also being provided the Complaint, Motion and Notice of Motion and are encouraged to waive service according to Rule 4 of the Federal Rules of Civil Procedure.

I look forward to your professional and collegial collaboration in coordinating the hand delivery of each of your summonses and other documents and I trust that if any party should believe that he or she has a basis to oppose my Motion for Preliminary Injunction, he or she will present that claim on Friday before Judge Norgle.

I would also like to remind all parties who are witnesses to federal crimes and perhaps, due to junior status, required as part of your job to commit acts in furtherance of your supervisors' personal crimes: you have a duty to cease involvement in crimes and to report acts such as obstruction of justice, filing of fraudulent court documents and

**Exhibit B Continued**

federal witness tampering and intimidation when you are aware of them. I would consult with a federal criminal attorney in situations where you may be confused as to whether an action you are asked to perform is a protected legal activity or a criminal act. I would also encourage you to report payments you observe to your employers from funds you know to be laundered. I encourage anyone of conscience to cease participating in acts of federal witness retaliation and intimidation orchestrated by other parties. I would encourage any party of conscience to report federal crimes to the F.B.I. by calling (312) 421-6700.

Kind Regards,
Megan Mason

---

**5 attachments**

 **Stamped 22cv2315Amended  Comp rRC (1).pdf**
6045K

 **Stamped Plaintiff MP 1-22-CV-2315 RC.pdf**
4060K

 **NOMs.pdf**
4543K

**Summonses.pdf**
2563K

**Magistrate Consent.pdf**
326K

---

**Brad Trowbridge** <brad@bradtrowbridge.com>                     Wed, Jun 29, 2022 at 6:13 AM
To: megan42@gmail.com

I will be out of the office from June 18, 2022, through June 29, 2022. My assistant will be checking my email frequently. Thank you.

--
**Brad Trowbridge**
**The Law Offices of Bradley R. Trowbridge**
**3257 N. Sheffield Suite 104**
**Chicago, IL 60657**
**P: 773-784-9900**
**E: brad@bradtrowbridge.com**

PRIVACY AND CONFIDENTIALITY NOTICE
The information contained in this communication is confidential and may be legally privileged. If you are not the intended recipient you are notified that any disclosure, copying, distribution or taking action based on the contents is strictly prohibited. If you received this communication in error, please immediately notify us at (773) 784-9900.

---

**postmaster@cookcounty.onmicrosoft.com** <postmaster@cookcounty.onmicrosoft.com>     Wed, Jun 29, 2022 at 6:15 AM
To: megan42@gmail.com

**Delivery has failed to these recipients or groups:**

DocuSign Envelope ID: 30DE2796-1845-43A5-BFDF-C02CB0A19557

All Domestic Relations cases will be heard by phone or video.
Go to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7A8KAcSi8E%3d&portalid=0
to get more information and Zoom Meeting IDs.
Remote Court Date: No hearing scheduled

**Exhibit C**

FILED
6/3/2022 1:31 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2016D009534
Calendar, 23
18153868

ATTORNEY NO. 35024

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF:　　　　　　)
PETER MATT,　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　)
　　　　　　　　　　　　　　　　)　　No. 2016 D 9534
And　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
MEGAN MATT,　　　　　　　　　　)
　　　　　Respondent.　　　　　　)

**PETITION FOR PROSPECTIVE ATTORNEYS' FEES,**
**AND FOR ALLOCATION OF EXPERT AND GAL FEES**

　　　　NOW COMES the Petitioner, PETER MATT, individually and by and through his attorneys,

KATZ, GOLDSTEIN & WARREN, who hereby presents his Petition for Prospective Attorney Fees,

and For Allocation of Expert and GAL Fees, pursuant to 750 ILCS 508(a), 750 ILCS 5/506, and 750

ILCS 5/604.10(b), and in support thereof, hereby states as follows:

1.　　　The parties were married on January 24, 2007 in New York.

2.　　　As a result of their marriage, two children were born to parties, namely:

　　　　Angus, born August of 2008; and Theodore, born February of 2012.

3.　　　On September 27, 2017 a Judgment for Dissolution of Marriage (Judgment),

　　　　incorporating a Marital Settlement Agreement, was entered in this matter,

　　　　thereby dissolving the bonds of matrimony between the parties. **See Exhibit**

　　　　**A, Judgment and Marital Settlement Agreement, incorporated by**

　　　　**reference.**

4.　　　On September 27, 2017, an Allocation Judgment and Joint Parenting Agreement

　　　　(JPA) was also entered in this matter allocating parenting time and joint decision-

　　　　making authority amongst the parties. **See Exhibit B, Allocation Judgment,**

　　　　**incorporated by reference.**

1

FILED DATE: 6/3/2022 1:31 PM　2016D009534

DocuSign Envelope ID: 30DE2796-1845-43A5-B7DF-C02CB0419557

## Exhibit C Continued

FILED DATE: 6/3/2022 1:31 PM  2016D009534

5.  There has been significant post-decree litigation related to the minor children including multiple petitions for rule to show cause filed by Peter Matt (which have been granted or granted in part), petitions for rule to show cause filed by Megan Matt (leading to the appointment of a Section 604.10(b) evaluator), a recent serious of motions filed by Megan Matt to increase the costs of litigation and otherwise seek to embarrass and defame Peter Matt along with his counsel, the GAL, the Court, and the court staff.

6.  On June 6, 2019, on this Court appointed Michael Bender as the Guardian Ad Litem. **See Exhibit C, Court Order dated June 6, 2019, incorporated by reference.**

7.  The GAL order required each party to pay one-half of the GAL retainer, and the GAL fees have been allocated 50/50 from that date forward.

8.  Through April 30, 2022, PETER MATT has paid 50% of all of the GAL fees and is current on her obligation to same, totaling $11,233.96 paid.

9.  Although the GAL fees have been related to the GAL's investigation on pending issues and concerns raised by MEGAN MATT, they have also been increased by repeated returns to Court for MEGAN MATT's failure to comply with court orders and failure to continue with ABA Therapy for Angus.

10. Although PETER MATT has continued to pay one-half of the GAL fees, he should be reimbursed under Section 508(b) for all fees and costs associated with MEGAN MATT's contempt findings, as well as the costs incurred for MEGAN MATT's new filing in the Northern District of Illinois.

DocuSign Envelope ID: 30DE2796-1845-43A5-B7DF-C02CB0419557

## Exhibit C Continued

FILED DATE: 6/3/2022 1:31 PM   2016D009534

11.     This Honorable Court also appointed a Section 604.10(b) evaluator, Dr. Gerald Blechman, **See Exhibit D, Court Order dated September May 25, 2021, incorporated by reference.**

12.     Pursuant to the order appointing Dr. Blechman, each party was to pay 50% towards the retainer.

13.     Through April 11, 2022, PETER MATT has paid $8,900.00 to Dr. Blechman for Dr. Blechman's investigation and appearances in this matter.  MEGAN MATT has not paid her 50%, and instead PETER MATT has been paying her portion.

14.     Upon information and belief, MEGAN MATT has not made any payments beyond her retainer payment.

15.     PETER MATT retained the counsel of Steven H. Klein and Christopher D. Wehrman to represent him in the above cause while they were located at Swanson, Martin & Bell, LLP.  He is now represented by both attorneys at their new firm of Katz, Goldstein & Warren.

16.     Christopher D. Wehrman, who is a partner at Katz, Goldstein & Warren and an experienced practitioner in matrimonial law.  He received his law degree from the Michigan State University Detroit College of Law in 2002, his Master's Degree in Public Administration from Michigan State University in 2002, and his undergraduate degree from Michigan State University in 1998. He received his certification for family law mediation through the Northwestern University and is a member of the Chicago Collaborative Law

**Exhibit C Continued**

FILED DATE: 6/3/2022 1:31 PM    2016D009534

Group and member of the American Academy for Certified Financial Litigators. His rate is $375.00 per hour

17.   There is currently a pending a motion by Peter Matt for Rule 137 Sanctions, a Motion for to Modify Parenting Time and Allocation of Parental Responsibilities based in part on MEGAN MATT's continued non-compliance with court orders as well as Dr. Blechman's preliminary recommendations, and Motion for Entry of QMCSO.

18.   MEGAN MATT has further filed a $20,000,000 federal lawsuit to further intimidate PETER MATT and the court system.

19.   PETER MATT's counsel estimates that her prospective attorneys' and costs in preparing this matter for the ongoing litigation of $25,000.00.

20.   PETER MATT lacks the financial resources to pay for his attorneys' fees and costs in these proceedings and will be greatly prejudiced in his ability to assert his rights in this matter unless MEGAN MATT is ordered to advance such funds on his behalf.

16.   Section 5/508(a) of the IMDMA provides, in relevant part, as follows:

The court from time to time, after due notice and hearing, and after considering the financial resources of the parties, may order any party to pay a reasonable amount for his own or the other party's costs and attorney's fees. Interim attorney's fees and costs may be awarded from the opposing party, in a pre-judgment dissolution proceeding in accordance with subsection (c-1) of Section 501 and in any other proceeding under this subsection. At the conclusion of any pre-judgment dissolution proceeding under this subsection, contribution to attorney's fees and costs may be awarded from the opposing party in accordance with subsection (j) of Section 503 and in any other proceeding under this subsection. Fees and costs may be awarded in any proceeding to counsel from a former client in accordance with subsection (c) of this Section. Awards may be made in connection with the following:
    (1) The maintenance or defense of any proceeding under this Act.

4

DocuSign Envelope ID: 30DE2796-1845-42A5-B7DF-C02CB0419557

FILED DATE: 6/3/2022 1:31 PM    2016D009534

(2) The enforcement or modification of any order or judgment under this Act.

(3) The defense of an appeal of any order or judgment under this Act, including the defense of appeals of post-judgment orders.

(3.1) The prosecution of any claim on appeal (if the prosecuting party has substantially prevailed).

(4) The maintenance or defense of a petition brought under Section 2-1401 of the Code of Civil Procedure seeking relief from a final order or judgment under this Act. Fees incurred with respect to motions under Section 2-1401 of the Code of Civil Procedure may be granted only to the party who substantially prevails.

(5) The costs and legal services of an attorney rendered in preparation of the commencement of the proceeding brought under this Act.

(6) Ancillary litigation incident to, or reasonably connected with, a proceeding under this Act.

(7) Costs and attorney's fees incurred in an action under the Hague Convention on the Civil Aspects of International Child Abduction.

All petitions for or relating to interim fees and costs under this subsection shall be accompanied by an affidavit as to the factual basis for the relief requested and all hearings relative to any such petition shall be scheduled expeditiously by the court. All provisions for contribution under this subsection shall also be subject to paragraphs (3), (4), and (5) of subsection (j) of Section 503.

The court may order that the award of attorney's fees and costs (including an interim or contribution award) shall be paid directly to the attorney, who may enforce the order in his or her name, or that it shall be paid to the appropriate party. Judgment may be entered and enforcement had accordingly. Except as otherwise provided in subdivision (e)(1) of this Section, subsection (c) of this Section is exclusive as to the right of any counsel (or former counsel) of record to petition a court for an award and judgment for final fees and costs during the pendency of a proceeding under this Act.

21.     The Affidavits of PETER MATT and Christopher D. Wehrman are attached hereto

and made a part hereof as Exhibits "A" and "B".

22.     PETER MATT has met the criteria set forth in 750 ILCS 5/508 for the payment of

prospective attorneys' fees and costs and is requesting that this Court require MEGAN

MATT to make such payments on his behalf in this matter so he can be properly and

fairly represented concerning the matters presently pending before the Court.

DocuSign Envelope ID: 30DE2796-1845-43A5-B7DF-C02CB0419557

# Exhibit C Continued

WHEREFORE, the PETITIONER, PETER MATT, respectfully requests the following relief:

A.      For the entry of an Order pursuant to 750 ILCS 5/508 providing that MEGAN MATT pay the sum of $25,000.00 to the law firm of Katz, Goldstein & Warren as and for PETER MATT's prospective attorney's fees in this matter;

B.      MEGAN MATT pay 100% of the GAL fees going forward, and reimburse PETER MATT the amount of $11,233.96 for the GAL fees he paid to date;

C.      MEGAN MATT pay 100% of the 604.10(b) fees going forward, and reimburse PETER MATT the amount of $8,900.00 for the 604.10(b) fees he has paid to date;

D.      For such other and further relief as this Honorable Court deems just.

_____
PETER MATT

KATZ, GOLDSTEIN & WARREN
Christopher D. Wehrman, Esq.
Firm No: 35921
2345 Waukegan Road, Suite 150
Bannockburn, Illinois 60015
(847) 317-9500

FILED DATE: 6/3/2022 1:31 PM    2016D009534

**Exhibit C Continued**

DocuSign Envelope ID: 30DE2796-1845-43A5-B7DF-C02CB0419557

ATTORNEY NO. 35921

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF: )
PETER MATT, )
       Petitioner, )
                )   No. 2016 D 9534
And )
                )
MEGAN MATT, )
       Respondent. )

**EXHIBIT "A"**
**AFFIDAVIT OF PETER MATT IN SUPPORT OF**
**PETITION FOR PROSPECTIVE ATTORNEYS' FEES,**
**AND FOR ALLOCATION OF EXPERT AND GAL FEES**

I, PETER MATT herein certify under penalty of perjury pursuant to Section 5/1-109 of the
Code of Civil Procedure as to the following:

1.    I am the Petitioner in the above-captioned matter.

2.    I have personal knowledge of the matters stated in my Petition for Prospective
Attorney Fees and For Allocation of Expert and GAL Fees and verify that they are
true and correct, and if called upon to testify would do so consistently with the
allegations contained therein.

**FURTHER AFFIANT SAYETH NOT.**

Under penalties as provided by law pursuant to Section 5/1-109 of the Code of Civil
Procedure I certify that the statements set forth in this instrument are true and correct except as to
matter therein states to on information and belief and as to I certify that I verify believe the same to
be true.

DATED: _6/2/2022_                                         

                                                PETER MATT

FILED DATE: 6/3/2022 1:31 PM  2016D009534

7

## Exhibit C Continued

FILED DATE: 6/3/2022 1:31 PM    2016D009534

ATTORNEY NO. 35921

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) |
| PETER MATT, | ) |
|       Petitioner, | ) |
| | )   No. 2016 D 9534 |
| And | ) |
| | ) |
| MEGAN MATT, | ) |
|       Respondent. | ) |

EXHIBIT "B"
**AFFIDAVIT OF CHRISTOPHER D. WEHRMAN IN SUPPORT OF**
**PETITION FOR PROSPECTIVE ATTORNEYS' FEES,**
**AND ALLOCATION OF EXPERT AND GAL FEES**

I, Christopher D. Wehrman, herein certify under penalty of perjury pursuant to Section 5/1-109 of the Code of Civil Procedure as to the following:

1.     I am the partner primarily responsible for representing PETER MATT in the above captioned matter.

2.     The information stated in the attached Petition for Prospective Attorney Fees and Allocation of Expert and GAL Fees the status of the proceedings in this cause and the estimates of fees and costs PETER MATT is likely to incur to participate adequately in the litigation of this cause are matters within my personal knowledge and expertise which are true and correct to the best of my knowledge, and if called upon to testify in this cause, I would do so consistently with the allegations contained hereinabove.

**FURTHER AFFIANT SAYETH NOT.**

DATED: 6/3/2022 _____

_DocuSigned by:_
*Christopher D. Wehrman*
E99FF188EC8F4AA
CHRISTOPHER D. WEHRMAN

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters I certify that I verily believe the same to be true.

_DocuSigned by:_
*Christopher D. Wehrman*
E99FF188EC8F4AA
CHRISTOPHER D. WEHRMAN

FILED DATE: 6/3/2022 1:31 PM    2016D009534

## ATTORNEY'S STATEMENT

I, the undersigned, state that I am one of the attorneys employed by the firm of KATZ, GOLDSTEIN & WARREN and representing the party who has signed the foregoing pleading. I certify that I have read the foregoing pleading and that to the best of my knowledge, information and belief, formed after reasonable inquiry of my client, said pleading is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and that said pleading is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

KATZ, GOLDSTEIN & WARREN

By: *Christopher D. Wehrman*
DocuSigned by:
E99FF188EC8F4AA...

One of the attorneys for PETER MATT

## CLIENT'S VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters I certify that I verily believe the same to be true.

PETER MATT

Christopher D. Wehrman (cwehrman@kgwlaw.com)
Katz, Goldstein & Warren
410 N. Michigan Ave., Ste. 400
Chicago, Illinois 60611
(847) 317-9500
#35921

9

**Exhibit D**

**Affidavit of Diane Mason Regarding Attempted Service of Process on Mr. Michael Bender**

On Wednesday July 6th at approximately 1:15pm I attempted to provide service of summons and complaint in Case Number: 1:22-CV-2315 upon defendant Michael Bender at the address I believed to be his residence, 7328 Keystone, Skokie, IL . In the driveway was parked a red late model Jaguar with the license plate V63 7319.

I rang the button for the intercom and received no response. Megan Mason accompanied me. Megan Mason pressed the intercom button and said, "We have a delivery for Michael Bender". Nobody responded or answered the door. We left the premises.

Respectfully Submitted by,

/S/ _____Diane Mason_ 7/8/22___

Diane Mason
217 W. 11th St.
Holland, Michigan 49423
(616) 396-6202



**Exhibit D Continued**

## Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

|  |  |  |
|---|---|---|
| Plaintiff | ) | |
| | ) | Case Number: 1:22-CV-2315 |
| v. | ) | |
| Circuit Court of Cook County | ) | Judge: Charles Norgle |
| Illinois | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF MOTION

**TO:**  Mr. Michael Bender

150 N. Michigan Ave., #2130

Chicago, IL 60601

~~**PLEASE TAKE NOTICE** that on~~ ~~Friday, July 1, 2022~~ ~~**at** 9:30 am , or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Charles Norgle or any judge sitting in his or her stead in **Courtroom** 2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**~~

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022 , I provided service to the person or persons listed

above by the following means: I left the notice of motion and motion in clear site at the security desk of 150 N. Michigan Ave. and Mr. Bender was notified by a phone call from security and an email from me that a package was delivered for him

Signature: /S/ Megan Mason           Date: 7/11/2022

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.                    Phone: 917.518.1808

Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**Exhibit F**

 Gmail

**Megan M <megan42@gmail.com>**

---

## PROPOSED ORDER; Matt; 16 D 9534
6 messages

---

**Christopher D. Wehrman** <CWehrman@kgwlaw.com>                    Mon, Apr 4, 2022 at 5:02 PM
To: "CCC.DomRelCR2108@cookcountyil.gov" <CCC.DomRelCR2108@cookcountyil.gov>
Cc: Megan Mason <megan42@gmail.com>, Michael I Bender <mbender@caesarbenderlaw.com>, Justyn Brodacz
<JBrodacz@caesarbenderlaw.com>, Aneta Sniadala <ASniadala@kgwlaw.com>

Please find attached the proposed order from this afternoon.


If Ms. Mason has any comments as to your ruling, she may provide them here.


Chris


Christopher D. Wehrman


KATZ, GOLDSTEIN & WARREN

Chicago Office:

410 N. Michigan, Suite 400

Chicago, IL 60611

Telephone: 847-317-9500

Facsimile: 847-317-0286

E-mail: cwehrman@kgwlaw.com

or visit our website at: http://www.kgwlaw.com


Lake County Office:

2345 Waukegan Road, Suite 150

Bannockburn, IL 60015

**Exhbit G**

One of the attorneys for PETER MATT

## CLIENT'S VERIFICATION

UPON PENALTY OF PERJURY, I, the undersigned, state that I have read the foregoing pleading. I further state that this pleading is being filed with my consent and as part of my attorney's required duties in representing me. I further state that my attorney has explained to me that by signing this pleading and this verification, I am acknowledging that my attorney is acting with my consent and at my direction and that my attorney has based his statement on the factual information provided to him by me, as well as upon his investigation thereof.

_____
PETER MATT

Christopher D. Wehrman (cwehrman@kgwlaw.com)
Katz, Goldstein & Warren
410 N. Michigan Ave., Ste. 400
Chicago, Illinois 60611
(847) 317-9500
#35921

Exhbit



**Exhibit I**





**Exhibit J**



Exhibit



Exhibit L

# Christopher David Wehrman

as of 6/30/2022 4:46:53 AM

---

| | |
|---|---|
| **Full Licensed Name** | Christopher David Wehrman |
| **Full Former Name(s)** | None |
| **Registered Address** | Katz, Goldstein & Warren, P.C.<br>2345 Waukegan Road, Suite 150<br>Bannockburn, Illinois 60015-1552 |
| **Registered Phone** | Not available |

| | |
|---|---|
| **Date Admitted** | November 07, 2002 |
| **Illinois Registration Status** | Active and authorized to practice law – Last Registered Year: 2022 |
| **Malpractice Insurance** | In annual registration, the attorney reported that the attorney, or the attorney's firm, maintains malpractice insurance. |

---

## Public Record of Discipline and Pending Proceedings

None

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Exhibit M

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason, et al.

| | |
|---|---|
| Plaintiff | ) |
| | ) |
| | ) Case Number: 1:22-CV-2315 |
| v. | ) |
| Circuit Court of Cook County | ) Judge: Charles Norgle |
| Illinois | ) |
| | ) |
| Defendant | ) |

## NOTICE OF MOTION

**TO:**  Mr. Christopher Wehrman

~~KGW Law~~      Katz, Goldstein & Warren
~~410 N. Michigan Ave., Suite 400~~   2345 Waukegan Rd Suite 150, Bannockburn, IL 60015
~~Chicago, IL 60611~~

**PLEASE TAKE NOTICE** ~~that on~~ ~~Friday, July 1, 2022~~ ~~**at**~~ ~~9:30 am~~  ~~, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge~~ Charles Norgle ~~or any judge sitting in his or her stead in~~ **~~Courtroom~~** ~~2341~~   ~~of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present~~ **the following motion attached hereto:**

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order

## CERTIFICATE OF SERVICE

I hereby certify that on  6/30/22    , I  provided service to the person or persons listed

above by the following means:  I placed the motion and notice of motion in plain sight on the desk of the receptionist
At KGW Law

Signature:  /S/ Megan Mason      Date:    7/1/22

Name (Print): Megan Mason

Address:  419 Greenleaf Ave.       Phone:  917.518.1808

  Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Exhibit M Continued



# Exhibit N

**Affidavit of Diane Mason Regarding Attempted Service of Process on Dr. Gerald Blechman**

On Tuesday July 5th at approximately 2pm I attempted to provide service of summons and complaint in Case Number: 1:22-CV-2315 upon defendant Gerald Blechman. I visited Dr. Blechman's business address at  1751 S Naperville Rd, Suite 206 Wheaton, IL 60189. I found Dr. Blechman's front door locked and the lobby and main offices of his business, named Psycare, darkened. I observed notes piling up on his door. I knocked on the door and knocked on the window to the office.

Megan Mason accompanied me . After I knocked on the door and received no response Ms. Mason said "I'm going to call him". I observed Ms. Mason making a phone call. She left a voicemail stating to Dr. Blechman that she was at his office and would like to schedule a delivery to him and to please call her back.

I then observed Ms. Mason to slide the Motion for Preliminary Injunction and Temporary Restraining Order and Notice of Motion under Dr. Blechman's door, to the lobby floor in plain sight.

Respectfully Submitted by,

/S/_____Diane Mason 7/8/22_____

Diane Mason
217 W. 11th St.
Holland, Michigan 49423
(616) 396-6202

Exhibt N Continued



 Gmail

**Megan M <megan42@gmail.com>**

---

## your subpoena
11 messages

---

**gablechman@aol.com** <gablechman@aol.com>                          Fri, Apr 8, 2022 at 4:08 PM
Reply-To: gablechman@aol.com
To: "megan42@gmail.com" <megan42@gmail.com>, "pleadings@kgwlaw.com" <pleadings@kgwlaw.com>,
"bender@caesarbenderlawcomcast.com" <bender@caesarbenderlawcomcast.com>

Dear Ms. Mason
I am in receipt of your Subpoena for Documents in case number 2016 D 9534.  Please be advised that I cannot honor
your subpoena for the following reasons:
1. I do not release information in my file before the report is written
2. It appears your Subpoena is ex parte.  No notice was given to the other attorneys in this case.
3. Raw psychological data cannot by law be released to a client.  It must be released to a licensed mental health
professional
4.  And, apart from the initial retainer of $2000 that you tendered at the beginning of the evaluation, you have not paid
the remaining $2000
5. I would appreciate also a statement from you indicating you are still actively involved in the evaluation as your prior
email makes it appear you are no longer involved


Gerald A. Blechman, Ph.D..

---

**Megan Mason** <megan42@gmail.com>                                  Sat, Apr 9, 2022 at 7:03 AM
To: gablechman@aol.com
Cc: "bender@caesarbenderlawcomcast.com" <bender@caesarbenderlawcomcast.com>, "pleadings@kgwlaw.com"
<pleadings@kgwlaw.com>

Hi Dr. Blechman,

I find this email confusing. Are you indicating that you believe I owe you funds? I paid the amount required. Any unpaid
invoices are news to me. Please use US Postal service to present to me any invoices you feel are owed. My address is:
419 Greenleaf Ave.
Wilmette, IL 60091

I will not pay them but I will pass them to the bankruptcy trustees.

If you have specific requests for outstanding issues related to the activities referred to as. Custody evaluation please let
me know. I was ordered by court to participate. I did and do.

I never indicated I wished to end the activities referred to as a custody evaluation, Dr. Blechman. I simply must make
efforts to protect myself and my children. To that end I will not meet/speak alone with individuals where I fear there may be
further instances of witness intimidation and whistleblower retaliation regarding litigation in federal and appellate court.

To that end I simply require a civil rights observer, attorney or my own therapist in attendance should you have a need to
speak or meet with me privately. Alternately we can both give consent to record future interactions. The same applies to
the honorable Mr. Bender.

Thanks,

Megan
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>          Sat, Apr 9, 2022 at 7:03 AM
To: megan42@gmail.com

Exhibit O Continued



## Address not found

Your message wasn't delivered to
**bender@caesarbenderlawcomcast.com** because the domain
caesarbenderlawcomcast.com couldn't be found. Check for
typos or unnecessary spaces and try again.

The response was:

```
DNS Error: DNS type 'mx' lookup of caesarbenderlawcomcast.com responded with code NXDOMAIN
Domain name not found: caesarbenderlawcomcast.com
```

Final-Recipient: rfc822; bender@caesarbenderlawcomcast.com
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of caesarbenderlawcomcast.com responded with code
NXDOMAIN
 Domain name not found: caesarbenderlawcomcast.com
Last-Attempt-Date: Sat, 09 Apr 2022 05:03:46 -0700 (PDT)

---------- Forwarded message ----------
From: Megan Mason <megan42@gmail.com>
To: gablechman@aol.com
Cc: "bender@caesarbenderlawcomcast.com" <bender@caesarbenderlawcomcast.com>, "pleadings@kgwlaw.com"
<pleadings@kgwlaw.com>
Bcc:
Date: Sat, 9 Apr 2022 07:03:35 -0500
Subject: Re: your subpoena
----- Message truncated -----

---

**Megan Mason** <megan42@gmail.com>                                    Fri, Apr 15, 2022 at 7:36 AM
To: gablechman <gablechman@aol.com>

Hi Dr. Blechman,

I would kindly appreciate a response.
1. What is the basis for your request for money? Did you mail an invoice?
2. Do you need to speak to me, if so, are you able to accommodate my request to not meet alone?

Thanks,
Megan
[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                    Tue, Apr 19, 2022 at 11:34 AM
To: gablechman <gablechman@aol.com>

Why were you soliciting a payment of $2,000?
[Quoted text hidden]

**gablechman** <gablechman@aol.com>                                      Tue, Apr 19, 2022 at 11:53 AM
To: Megan Mason <megan42@gmail.com>

Megan:
I apologize for payment request.  I forgot your evaluation was a604.10(b) and therefore you would be responsible for half the fee.  I believe Mr Matt has paid, so therefore, reimbursement is between you and him.
I would like to meet with you but it is not my practice to include a 3rd party or record the session. If you accept these terms, let me know so we can schedule an appointment.

Gerald A. Blechman, Ph.D.


Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                      Tue, Apr 19, 2022 at 12:02 PM
To: gablechman <gablechman@aol.com>

Hi Dr. Blechman,

What would you like to meet about? We have had several meetings together. I would like to understand the basis. Your office is more than an hour away and I work full time. I don't understand why your report wasn't submitted months ago and any clarification would be appreciated, including a demand for further contact.

Why are you opposed to having a third party present? I believe it's a pretty simple accommodation to facilitate my comfort and feeling of security. This accommodation requires no expense or inconvenience to you. I fail to see why you would be opposed. Please explain.

Thanks,
Megan
[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                      Fri, Jun 17, 2022 at 5:56 PM
To: gablechman <gablechman@aol.com>

Hi Dr. Blechman,

I am a bit confused about the below conversation. I was told at the time of your appointment that your fee is $4,000 for which I was responsible for half. I received an invoice at your office and paid your $2,000 in May or June of last year. On April 8 you wrote to me, "apart from the initial retainer of $2000 that you tendered at the beginning of the evaluation, you have not paid the remaining $2000".

I then wrote to indicate I was not aware of an outstanding invoice. I indicated that I wished for you to mail any outstanding invoices to my address and provided my address for your reference.

You then wrote back,"I apologize for payment request.  I forgot your evaluation was a604.10(b) and therefore you would be responsible for half the fee." You have not since this time provided an invoice.

In a motion for fees filed by Christopher Wehrman he wrote, "Through April 11, 2022, Peter Matt has paid $8,900 to Dr. Blechman for Dr. Blechman's investigation and appearances in this matter."

Again, do you believe funds are owed to you? Have you invoiced me?  Why do you not want to put your own name on the motion for fees if you believe the claim is truthful?

Megan

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                      Thu, Jul 7, 2022 at 8:45 AM
To: gablechman <gablechman@aol.com>

Exhibit O Continued

Hi Dr. Blechman,

Yesterday I stopped at your office around 1 and found it darkened and vacant. I've emailed you repeatedly and called repeatedly with no response. I called you yesterday to arrange a court ordered meeting and again received no response.

I reached out to your friend Michael Bender and your colleague Christopher Wehrman to make sure you're ok. Please respond in some manner today or I'll need to contact Wheaton Police Department to do a wellness check.

Thanks,
Megan

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                                      Fri, Jul 8, 2022 at 11:59 AM
To: gablechman <gablechman@aol.com>

Hi Dr. Blechman,

Please respond by phone or email to confirm you are well and available to provide services as per court order.

Thanks,
Megan Mason

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                                        Fri, Jul 8, 2022 at 1:03 PM
To: gablechman <gablechman@aol.com>

Hi Dr. Blechman,

Please advise your attorney contact information. Please instruct your attorney to file an appearance if you wish for me to communicate with him or her regarding this matter. I understand that you do not wish for any personal contact with me, which I take to mean phone calls, personal visits or appointments. However I must communicate on some matters as required by federal law and procedures. Going forward I will attempt to reduce contact to the minimum necessary email or postal correspondence to conduct legal matters. If you could provide your counsel's information and have that person file an appearance you would be able to eliminate contact that includes necessary correspondence as required by federal law.

Because you have stated to Officer Justin Sanchez of the Wheaton Police that you refuse to act as Custody Evaluator in case 2016 D 9534 by communicating with parties in that case, namely me, the children's mother, you are unable to fulfill this role. Please inform the Court immediately

Thanks,
Megan

[Quoted text hidden]

# Exhibit P

**Affidavit of Robert Frank Regarding Attempted Service of Process on Bradley Trowbridge**

On  Friday July 8th at approximately 7:00am  I attempted to provide service of summons and complaint in Case Number: 1:22-CV-2315 upon defendant Bradley Trowbridge at the address I believed to be his residence and business address, 3257 N. Sheffield Ave., Chicago,  IL 60657.

I rang the bell and was directed to a voicemail service. I waited for someone to come to the door for a minute. When nobody came to the door I left.

Respectfully Submitted by,


/S/_____Robert Frank 7/9/22_____

Robert Frank
175 W. Jackson Blvd., #200
Chicago, IL 60604
(773) 849-3378

 Gmail

**Megan M <megan42@gmail.com>**

---

## Courtesy Copies of Plaintffs' Motion for Preliminary Injunction and Temporary Restraining Order and Amended Complaint Federal Case 1:22-CV-2315

---

**Brad Trowbridge** <brad@bradtrowbridge.com>                    Wed, Jun 29, 2022 at 6:13 AM
To: megan42@gmail.com

I will be out of the office from June 18, 2022, through June 29, 2022. My assistant will be checking my email frequently. Thank you.


--
**Brad Trowbridge**
**The Law Offices of Bradley R. Trowbridge**
**3257 N. Sheffield Suite 104**
**Chicago, IL 60657**
**P: 773-784-9900**
**E: brad@bradtrowbridge.com**

**PRIVACY AND CONFIDENTIALITY NOTICE**
The information contained in this communication is confidential and may be legally privileged. If you are not the intended recipient you are notified that any disclosure, copying, distribution or taking action based on the contents is strictly prohibited. If you received this communication in error, please immediately notify us at (773) 784-9900.

 Gmail

**Megan M <megan42@gmail.com>**

---

## Please confirm service contact

**Megan Mason** <megan42@gmail.com>                    Tue, May 3, 2022 at 11:25 AM
To: "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>
Cc: "oig (Circuit Court)" <oig@cookcountycourt.com>

Hi Ms. Steger,

Would you please provide the full contact for the Attorney Representing the Court in the Northern District of Illinois on matters relating to Color of Law violations by and within the Circuit Court? Would you also please provide the contact information for the firm representing the Clerk of The Circuit Court?

Thanks,
Megan Mason

Exhibit S





AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Illinois

Megan Mason et al )
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:22-CV-2315
)
)
The Circuit Court of Cook County )
et al )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Circuit Court of Cook County Illinois
Attn. Brianna Steger, Attorney Domestic Relations Division
50 W. Washington St., Rm. 1905
Chicago, IL 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Mason
419 Greenleaf Ave.
Wilmette, IL 60091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 7 2022

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

x I served the summons on *(name of individual).*    *Betty in Chief Judge Timothy Evans's Office* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*    The Circuit Court of Cook County Illinois,
Grace Dickler, Timothy Evans, and Robert Johnson    on *(date)*    June 28, 2022    ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ___June 29, 2022___

_____
*Server's signature*

_____Robert Frank_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Please see affixed description of service.

# Exhibit T

On Tuesday, June 28, 2022 at approximately 12:50 pm I entered courtroom 1905 of the Circuit Court Cook County at the Daley Center. I was accompanied by Megan Mason, plaintiff.

Upon entering the courtroom we were told by a young woman, "Court is in recess, we'll be back at 1:00pm". Ms. Mason said, "We're not here for court, we need to serve Judge Dickler a summons. The young lady said, I don't know where Judge Dickler is.

Ms. Mason asked the young lady what her name is. She replied, "Olivia". Ms. Mason asked, "What's your last name?". The young lady replied, "I'm not going to tell you. I just work here.".

Eventually a woman came from behind the courtroom and said, "You need to go to Judge Evans's office on the 26th floor, they can receive service there." Ms. Mason asked the woman her name, she replied, "Patricia Kelly".

I accompanied Ms. Mason to Judge Timothy Evans's office on the 26th floor. A man with the id "Franklin" opened the door. We explained that we needed to serve summonses on behalf of the Circuit Court of Cook County, Grace Dickler, Timothy Evans, and Robert Johnson. The man named Franklin told us to wait outside the door.

A woman came to the door of Judge Evans's office and said, "I can take those". Ms. Mason asked her her name. She replied, "Betty". Ms. Mason asked for her last name. The woman calling herself Betty said, "I don't give my last name".

I personally handed to the woman, on the instruction of Patricia Kelly and Franklin, the summonses affixed here.

Respectfully Submitted,

/S/ Robert Frank

_____

Robert Frank
June 30, 2022

175 W Jackson Blvd #200,
Chicago, IL 60604
(773) 849-3378