**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

MEGAN MASON, et al.,

                     Plaintiffs,

    v.

THE CIRCUIT COURT OF COOK COUNTY
et. al.,

                     Defendants.

Case No. 1:22-cv-02315

Judge Charles R. Norgle

## ORDER

       Plaintiff filed a motion [29] to order the U.S. Marshal to serve Defendants who refuse service, or for other method of service of process, and for extension of deadline for service. On June 30, 2022, the Court ordered those Defendants who have been served to respond to Plaintiff's motion for preliminary injunction [10] within 21 days, by July 21, 2022, and Plaintiff to reply within 7 days, by July 28, 2022. Briefing for Plaintiff's new motion [29] is to be included in briefing for the motion for preliminary injunction [10], and the original briefing dates stand. Additionally, the Court dismisses Defendants the Circuit Court of Cook County, Hon. Timothy Evans, Hon. Grace Dickler, Hon. Robert Johnson, and Hon. Matthew Link. Judges are absolutely immune from liability for their judicial acts even if their exercise of authority is flawed by the commission of grave procedural errors. Stump v. Sparkman, 435 U.S. 349, 359 (1978).

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 13, 2022

1