IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Megan Mason, A.D.M., T.M.M.,<br><br>Plaintiff(s),<br><br>v.<br><br>The Circuit Court of Cook County Illinois, Iris Martinez, Dorothy A. Brown, Timothy Evans, Grace Dickler, Robert Johnson, Michael Bender, John Palen, Gerald Blechman, Bradley Trowbridge, Kaye Mason, Laurie Garner, Steven Klein, and Matthew Link,<br><br>Defendant(s). | Case No. 1:22-cv-02315<br>Judge Charles R. Norgle |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court dismisses defendants, The Circuit Court of Cook County, Illinois, Hon. Timothy Evans, Hon. Grace Dickler, Hon. Robert Johnson, and Hon. Matthew Link.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Charles R. Norgle [30].

Date: 7/13/2022

Thomas G. Bruton, Clerk of Court

Christina Presslak , Deputy Clerk