**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEGAN MASON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | No. 2022-CV-02315 |
| ) | |
| THE CIRCUIT COURT OF COOK COUNTY ) | Judge Charles R. Norgle |
| ILINOIS, et al., ) | |
| ) | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME TO ANSWER
PLAINTIFF'S AMENDED COMPLAINT AND REQUEST FOR INJUNCTION AND
RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER**

NOW COMES Defendants, IRIS MARTINEZ, DOROTHY BROWN, and KAYE MASON by their counsel, KIMBERLY M. FOXX, State's Attorney of Cook County, and through her assistants, Elizabeth F. Brogan and Joseph M. Hodal , pursuant to Illinois Supreme Court Rules 183, now moves this court for an extension of time to answer Plaintiff's Amended Complaint and Request for Injunction and Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order for good cause shown. In support thereof, Defendants state as follows:

1. On June 21, 2022, the Plaintiff filed her Amended Complaint and Request for Injunction [Docket #8] and her Motion for Preliminary Injunction and Temporary Restraining Order [Docket #10].

2. Per this Honorable Court's Order [Docket #19], Defendant Iris Martinez was served on June 28, 2022, and her answer or responsive pleading is due on July 19, 2022.

3. Defendant Dorothy Brown waived notice on July 11, 2022, and her answer or responsive pleading is due on August 29, 2022.

1

4. Defendant Kaye Mason waived notice on July 13, 2022, and therefore her answer or responsive pleading is due August 30, 2022.

5. Defendant requests a thirty-day (30) day extension of time to respond to Plaintiff's Amended Complaint and Request for Injunction [Docket #8] as well as and Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order [Docket #10].

6. Defendant has worked diligently to comply with the deadline for responding to Plaintiff's Amended Complaint and Request for Injunction [Docket #8] and Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order [Docket #10]. Both the Complaint [Docket #8] and Motion are extensive, with hundreds of pages in substance and exhibits. Due to the matters involved, as well as other professional obligations on the part of Defendant's counsels, and the content of the Responsive Pleading and Response to the Motion will be similar in nature, Defendant requires a thirty (30) day extension of time to respond to these matters.

7. This is Defendant's first request for an extension of time.

8. On July 7, 2022, counsels for the Defendants and Plaintiff, who is pro se conferred by electronic mail and Plaintiff opposed Defendant's proposed extension.

9. Defendant now requests a 30-day extension from the date the Response to the Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order was due, to August 20, 2022.

WHEREFORE, Defendant requests that this Honorable Court enter an order:

a. Finding good cause shown to extend Defendant's deadline to answer Plaintiff's Amended Complaint [Docket #8] and Request for Injunction and Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order [Docket #10];

b.  Extending the deadline for Defendant to answer or otherwise plead to Plaintiff's Amended Complaint [Docket #8] and Motion for Preliminary Injunction and Temporary Restraining Order [Docket #10] to August 20, 2022; and

c.  For any other relief this Court deems just and proper.

        Respectfully submitted,

        KIMBERLY FOXX
        State's Attorney of Cook County

By:    /s/ *Elizabeth F. Brogan*
        Elizabeth F. Brogan
        Joseph A. Hodal
        Assistant State's Attorneys
        Cook County State's Attorney's Office
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        elizabeth.brogan@cookcountyil.gov
        joseph.hodal@cookcountyil.gov
        (312) 603-6638
        (312) 603-5440