# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 22 CV 02315

MEGAN MASON,
        Plaintiff,
  v.

THE CIRCUIT COURT OF COOK
COUNTY ILLINOIS, et al.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants Lorie Garner

| | |
|---|---|
| Name  Elizabeth F Brogan | |
| SIGNATURE  */s/ Elizabeth F. Brogan* | |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS  500 RICHARD J. DALEY CENTER | |
| CITY/STATE/ZIP  CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6298657 | TELEPHONE NUMBER  (312) 603-6638 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Elizabeth F. Brogan, Assistant State's Attorney, hereby certify that copies of the foregoing *Appearance* were served pursuant to the District Court's ECF system as to ECF filers, including Plaintiff's counsel, on July 14, 2022.

By: */s/ Elizabeth F. Brogan*
Elizabeth F. Brogan