Exhibit A



CIRCUIT COURT OF COOK COUNTY
DOM REL DIV. RM. 802 DALEY CTR.
CHICAGO, IL 60602-1305

03-26-

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 60602 $ 000.27
02 1W
0001375666 MAR. 24. 2020

FILED
2020 APR 14 AM 8:46
DOROTHY BROWN
CLERK OF CIRCUIT COURT
DOMESTIC RELATIONS

MATT            MEGAN
423 LINDA APT 2E
CHICAGO,                    IL   68097

16D009534

16D9534

04/14/2020

CIRCUIT COURT OF COOK COUNTY
DOM REL DIV. RM. 802 DALEY
CHICAGO, IL 60602-1305

U.S. POSTAGE >> PITNEY BOWES

ZIP 60602
02 4W
0000360973 MAY 14 2020

$ 000.35⁰

MATT          MEGAN
423 LINDA APT 2E
CHICAGO,              IL  68091

1

Exhibit C

16D09534

CIRCUIT COURT OF COOK COUNTY
DOM REL DIV. RM. 802 DALEY CTR.
CHICAGO, IL. 60602-1305



PRESORTED
FIRST CLASS



MATT          MEGAN
423 LINDA APT 2E
CHICAGO,                    IL   60891



FIRST CLASS

 Gmail

**Megan M <megan42@gmail.com>**

---

## Re: New Bill from Caesar & Bender, LLP
13 messages

---

**Brad Trowbridge** <brad@bradtrowbridge.com>                                    Mon, Jul 13, 2020 at 12:37 PM
To: Megan Mason <megan42@gmail.com>

We had a zoom court date of July 6 that I had on my calendar as July 7. That could have only have been for a short time. I also don't know how much preparation there could have been. It looks like a lot of activities have been lumped into one line item. The next zoom date is July 20 at 9 AM. Anything I need to know?


On Sun, Jul 12, 2020, 12:25 PM Megan Mason <megan42@gmail.com> wrote:
Zoom court? What?

---------- Forwarded message ---------
From: **Caesar & Bender, LLP** <notifications@clio.com>
Date: Sun, Jul 12, 2020 at 12:18 PM
Subject: New Bill from Caesar & Bender, LLP
To: Megan Mason <megan42@gmail.com>



**Caesar & Bender, LLP**

Dear Megan Mason,

Your bill is ready. You can view it in the attachment.


### Account summary

**Amount due on Invoice 4768**                                      **$455.00**
Due date: 07/12/2020

**Amount due on 3 other invoices**                                  **$1,333.50**


### Total amount due                                                **$1,788.50**


Pay online now

The payment link will expire in 90 days upon receipt.



© 2020 Themis Solutions Inc.
#300 - 4611 Canada Way, Burnaby, BC, V5G 1K5

---

**Megan Mason** <megan42@gmail.com>                                    Tue, Jul 14, 2020 at 2:40 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Thanks, Brad.

I'd like to do anything in my power to get Michael off my payroll. I thought he was going to step down.

There are a couple issues, but if I raise them I'm worried this will keep going on. Does Peter have anything filed against me?

[Quoted text hidden]

---

**Brad Trowbridge** <brad@bradtrowbridge.com>                          Mon, Jul 20, 2020 at 9:15 AM
To: Megan Mason <megan42@gmail.com>

Peter filed this and it was supposed to be up in April when courts were closed. We were given time today to respond to it so I need input from you about how to respond.

**Brad Trowbridge**
**The Law Offices of Bradley R. Trowbridge**
3257 N. Sheffield Suite 104
Chicago, IL 60657
P: 773-784-9900
E: brad@bradtrowbridge.com

**PRIVACY AND CONFIDENTIALITY NOTICE**
The information contained in this communication is confidential and may be legally privileged. If you are not the intended recipient you are notified that any disclosure, copying, distribution or taking action based on the contents is strictly prohibited. If you received this communication in error, please immediately notify us at (773) 784-9900.

[Quoted text hidden]

 **PRTSC.pdf**
604K

---

**Megan Mason** <megan42@gmail.com>                                    Mon, Jul 20, 2020 at 2:47 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Hi Brad,
Just seeing this, forget my other email. Will write some notes now. What about Michael?
[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                    Mon, Jul 20, 2020 at 3:02 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

I didn't see any evidence. I don't understand what he wants.

Exhibit D Continued

---

**Brad Trowbridge** <brad@bradtrowbridge.com>                    Tue, Jul 21, 2020 at 11:18 AM
To: Megan Mason <megan42@gmail.com>

I need you to go through each paragraph and give your side. I cannot do this since I do not have any idea about what's transpired privately.

**Brad Trowbridge**
**The Law Offices of Bradley R. Trowbridge**
**3257 N. Sheffield Suite 104**
**Chicago, IL 60657**
**P: 773-784-9900**
**E: brad@bradtrowbridge.com**

**PRIVACY AND CONFIDENTIALITY NOTICE**
The information contained in this communication is confidential and may be legally privileged. If you are not the intended recipient you are notified that any disclosure, copying, distribution or taking action based on the contents is strictly prohibited. If you received this communication in error, please immediately notify us at (773) 784-9900.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                    Tue, Jul 21, 2020 at 2:40 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Gotcha. I'll do that tonight and I'll also note what evidence I have in case it's necessary.
[Quoted text hidden]

---

**Brad Trowbridge** <brad@bradtrowbridge.com>                    Tue, Jul 21, 2020 at 2:45 PM
To: Megan Mason <megan42@gmail.com>

Thanks
[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                    Tue, Jul 21, 2020 at 3:20 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Michael Bender has never spoken to the boys' pediatrician of six years, who has ordered the boys removed from Peter's home; to his developmental pediatrician of five years; or to our long-term ABA supervisor.

He's met my children one time. He's billed me for over a year and is trying to force me into therapy with him that he's not authorized to administer.

I thought he was going to ask to be removed. I'm done trying to appease him. I'm filing an ethics complaint. I don't think he'll retaliate any worse that what he's doing now.

I know you don't/wouldn't recommend it. And I'll make sure he knows you didn't recommend it.
[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                    Tue, Jul 21, 2020 at 10:25 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Hi Brad,

Attached are my responses. Please let me know if any evidence is needed.

M

On Mon, Jul 13, 2020 at 12:37 PM Brad Trowbridge <brad@bradtrowbridge.com> wrote:
[Quoted text hidden]

 **Response.docx**
13K

---

**Megan Mason** <megan42@gmail.com>                                    Wed, Jul 22, 2020 at 9:27 AM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Hi Brad,

It also occurred to me that there are interactions/issues from the past with Peter that wouldn't necessarily have come to your attention but are amply documented. From the time of our separation I have tried to have monthly parenting meetings with Peter. He refused to do so, saying that I'm emotionally abusive and he wasn't safe talking to me. The only concrete examples are a couple occasions where I've sworn at him. Not yelled, threatened, but said something like, "fuck off". I realize name calling is not ideal but I have done it on maybe four occasions and it's not characteristic of how I talk to him. I'm not sure how many people could be taken to court six times by someone like Peter and swear that few times.

I said I was fine with him doing whatever he needed to do to feel safe but I would not do meetings in therapy, which is not the appropriate setting. Organizing a carpool is not a clinical issue. This is really the root of his obsession with forcing me into paid therapy, mediation, coaching, etc..

I've offered to Peter to:
*Meet or call with him and his attorney so his attorney can protect him from any mistreatment or note it for further action.
*I've offered to do all our meetings over video so that he could record and address any safety concerns.
*To meet with him and one of his friends, his own therapist or anyone else who would support him

Peter has only agreed to meet with me once. Subsequently there have been no regular meetings or calls and h s steady flow of litigation. Obviously I appear (am) extremely rigid about this issue, but it has to be this way. The only goal of these encounters s is to inflict financial harm, to engage and provoke me or to get another party to order me to do something I have intelligently, calmly and rightfully declined to do.

M

[Quoted text hidden]

---

**Brad Trowbridge** <brad@bradtrowbridge.com>                          Tue, Jul 28, 2020 at 10:26 AM
To: Megan Mason <megan42@gmail.com>

Megan

I tried to draft a response to Peter's petition but found it too time-consuming and confusing. Please go through each paragraph and address each allegation in a paragraph. Many of your answers raise problems co-parenting with Peter but you don't really address the truth of each allegation in the paragraph. We can add the problems with Peter but we have to admit or deny each allegation he raises.

Thanks
Brad

**Brad Trowbridge**
**The Law Offices of Bradley R. Trowbridge**
**3257 N. Sheffield Suite 104**
**Chicago, IL 60657**
**P: 773-784-9900**
**E: brad@bradtrowbridge.com**

**PRIVACY AND CONFIDENTIALITY NOTICE**
The information contained in this communication is confidential and may be legally privileged. If you are not the intended recipient you are notified that any disclosure, copying, distribution or taking action based on the contents is strictly prohibited. If you received this communication in error, please immediately notify us at (773) 784-9900.

[Quoted text hidden]

**Megan Mason** <megan42@gmail.com>                                    Thu, Jul 30, 2020 at 2:13 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

I'm sorry, Brad. Will try to provide more detail. I do have a lot of evidence, but have not seen what he's presenting and
don't want to get too involved in digging through emails if it's not necessary.
[Quoted text hidden]

**EXHIIBIT E**

THE LAW OFFICES OF

# BRADLEY R. TROWBRIDGE

**3257 NORTH SHEFFIELD AVENUE, SUITE 104**
**CHICAGO, ILLINOIS 60657**

**INVOICE: MEGAN MASON**

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|------|-----|----------|-------------|------|-------|------------|
| 6/13/19 | BT | Payment | ███ | | | ███ |
| ███ | ██ | ████ | ████ ████ ████ ███ | ███ | ██ | ███ |
| ███ | ██ | ████ | ████ ████ ████ ████ ███ | ███ | ██ | ███ |
| ███ | ██ | ████ | ████ ████ ███ ████ ████ | ███ | ██ | |
| ███ | ██ | ████ | ████ ████ ████ ████ ██ | | ██ | ███ |
| ███ | ██ | ████ | ███ ████ | ███ | ██ | ███ |
| ███ | ██ | ████ | ████ ███ | ███ | ██ | ███ |
| ███ | ██ | ████ | ████ | ███ | ██ | ███ |
| ███ | ██ | ████ | ████ ████ ███ | ███ | ██ | ███ |
| ███ | ██ | ████ | ██ | ███ | ██ | ███ |
| ███ | ██ | ████ | ████ ███ | ███ | ██ | ███ |
| ███ | ██ | ████ | ███ | ███ | ██ | ███ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ███ | ██ | ████ | ████████ ███ | ███ | █ | ███ |
| ████ | ██ | ████ | █████ | ███ | ██ | ████ |
| ███ | █ | ████ | ██████ ██████ | | █ | ███ |
| ███ | ██ | ████ | ███████ █████ | | | ████ |
| ███ | ██ | ████ | █████ | ███ | ██ | ████ |
| ███ | ██ | ████ | ██████ | | ██ | ███ |
| ███ | ██ | ████ | ██ █████ | ███ | ██ | ████ |
| ████ | ██ | ████ | ████████ | ███ | █ | ███ |
| 3/10/20 | BT | Time Charge | Review Petition for Rule to Show Cause | $300.00 | .10 | -$30.00 |
| | | BALANCE | | | | $200.00 |

 **Gmail**

**Megan M <megan42@gmail.com>**

## Court
1 message

**Megan Mason** <megan42@gmail.com>                                             Mon, Jul 20, 2020 at 2:46 PM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Hi Brad,
Did Michael make a motion to be removed? Anything filed against me?
M

EXHIBIT G

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE:  THE MARRIAGE OF             )
PETER MATT,                         )
     Petitioner,                   )
                               )      Case No.  2016 D 9534
     and                           )
                               )
MEGAN MATT,                         )
     Respondent.                   )

**ORDER**

       This cause coming before the Court for a continued case status hearing, status on Peter Matt's Motion to Quash Subpoena to Swanson, Martin & Bell, and Megan Matt's presentment of i) Motion to Modify Custody; ii) Petition for Rule to Show Cause as the childcare and safety; iii) Petition for Rule to Show Cause as to harassment iv) Petition for Rule to Show cause as to use of residence, both parties appearing remotely, Peter Matt appearing with counsel, and the Guardian Ad Litem appearing, and the Court hearing argument and further being advised,

       **IT IS HEREBY ORDERED:**

1. Megan Matt shall tender to Peter Matt (though counsel) and the GAL electronic copies of each motion and the exhibits identified above in individual subfolders, with each individual subfolder in an electronic folder so that each motion has only the exhibits that have been filed and served from time to time, with seven (7) days.

2. Peter Matt shall respond to the pleadings set forth in Paragraph 1 within twenty-eight (28) days.

3. Peter Matt's Motion to Quash Subpoena to Swanson, Martin & Bell is entered and continued to the next court date.

4. This matter is set for status on the GAL's investigation and report on parties consideration of a 604.10(b) on May 24, 2021 at 10:00 a.m.

Counsel for Petitioner: cwehrman@smbtrials.com
Counsel for Respondent: megan42@gmail.com     ENTERED:
GAL: mbender@caesarbenderlaw.com

                                             JUDGE

#29558
Christopher D. Wehrman (cwehrman@smbtrials.com)
Swanson, Martin & Bell, LLP
330 N. Wabash #3300
Chicago, IL 60611
312/321-9100

1

 Gmail

**Megan M <megan42@gmail.com>**

---

## IRMO Matt; 2016 D 9534; COURT ORDER

**John Palen** <jpalen@johnpalenphd.com>                                           Sat, Dec 5, 2020 at 1:53 PM
To: "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>, Megan Mason <megan42@gmail.com>,
Christopher Wehrman <cwehrman@smbtrials.com>
Cc: Laura Fried <lfried@smbtrials.com>, Michael I Bender <mbender@caesarbenderlaw.com>

I want to be paid. It is as simple as that

JOHN M. PALEN, PH.D., LCSW

http://www.johnpalenphd.com

- Psychotherapy with Older Children, Adolescents, Adults and Families

- Therapy with Children Resisting Contact with a Parent

- Co-Parenting Counseling

- Parenting Plan Consultation/Child Custody Evaluation

- Individual and Family Counseling with Members of the LGBTQ Community and their Families.

- Consultation with Men attempting to become better Partners, Husbands and Fathers

5225 Old Orchard Road, Suite One

Skokie, Illinois 60077

T: 847-967-1695

Please be advised that because e-mail is not a secure form of communication I cannot ensure confidentiality of any information sent by email. Nevertheless, this message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended to be confidential, and may be privileged.  If you are not the intended recipient, please be aware that any retention, dissemination or distribution is prohibited, . Please reply to sender if you have received this message in error, then kindly delete it.  Thank you for helping to maintain privacy.



**Megan M <megan42@gmail.com>**

---

## IRMO Matt; 2016 D 9534; COURT ORDER

---

**John Palen** <jpalen@johnpalenphd.com>                                      Sat, Dec 5, 2020 at 1:58 PM
To: "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>, Megan Mason <megan42@gmail.com>,
Christopher Wehrman <cwehrman@smbtrials.com>
Cc: Laura Fried <lfried@smbtrials.com>, Michael I Bender <mbender@caesarbenderlaw.com>

    Sorry- this was meant for another case. I had not noticed Ms. Mason on the list of recipients.


    Regards,


    John Palen

    [Quoted text hidden]





 **EXHIBIT K**                                    **Megan M <megan42@gmail.com>**

---

## Invoice

---

**Megan Mason** <megan42@gmail.com>                          Wed, Apr 15, 2020 at 10:31 AM
To: Brad Trowbridge <brad@bradtrowbridge.com>

Hi Brad,

I hope you're well and your clients are not suffering too badly from the quarantine. I'm personally quite pleased that no motions are being filed right now, a nice break =).

Please run the attached cc for the $200 balance.

Thanks,
Megan
[Quoted text hidden]



Exhibit L

Megan M <megan42@gmail.com>

---

## Invoice

**Brad Trowbridge** <brad@bradtrowbridge.com>                                    Wed, Apr 15, 2020 at 11:19 AM
To: Megan Mason <megan42@gmail.com>

Hi Megan. Yes, unfortunately, it took a pandemic to stop Peter's legal abuse of you! I don't think there's a cc attached unless there's a glitch on my end. Stay well!

**Brad Trowbridge**
**The Law Offices of Bradley R. Trowbridge**
**3257 N. Sheffield Suite 104**
**Chicago, IL 60657**
**P: 773-784-9900**
**E: brad@bradtrowbridge.com**

**PRIVACY AND CONFIDENTIALITY NOTICE**
The information contained in this communication is confidential and may be legally privileged. If you are not the intended recipient you are notified that any disclosure, copying, distribution or taking action based on the contents is strictly prohibited. If you received this communication in error, please immediately notify us at (773) 784-9900.

[Quoted text hidden]



Megan M <megan42@gmail.com>

---

## Subpoena and Transfer Order
2 messages

---

**Megan Mason** <megan42@gmail.com>                                                                 Thu, Feb 17, 2022 at 10:06 AM
To: "CCC DomRelCR2108 (Chief Judge's Office)" <ccc.domrelcr2108@cookcountyil.gov>
Cc: "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>, Christopher Wehrman <cwehrman@smbtrials.com>, "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>, civilrights@ilag.gov, CivilRightsDivision@usdoj.gov, aemmanuel@injusticewatch.org

Dear Ms. Mason,

I have submitted a document subpoena, awaiting a stamp, to yourself personally to disclose emails with Christopher Wehrman, conducted on computer servers owned by the people of Cook County, which ought legally to be disclosed to me according to the rules of ex parte communication and which are specifically requested in support of my pending motion to transfer venue. These subpoenas have also been sent to the Circuit Court of Chicago and to the Clerk of the Circuit Court of Chicago.

Both the requested documents and the Motion to Transfer require urgent consideration in the interest of justice. Judge Johnson, due to his relationship with you, cannot be asked to consider the subpoena. And further, Motions to transfer are heard by Presiding Judge Grace Dickler. To that end, I am also attaching an order for Judge Johnson to enter, transferring this case to Judge Dickler's calendar.

I appreciate your timely support in this matter. I'm sure we all want to maintain the dignity of the court and it would be impossible to do so without first addressing my urgent appeal for justice as presented in the Motion for Transfer and addressing my heretofore unmet right to transparency in communications between Mr. Wehrman, yourself, and Judge Johnson. If there is any question of legality, I insist on my constitutionally protected right to have legal questions heard in open court.

Kind Regards,
Megan Mason

---

**2 attachments**

 **Transfer order.pdf**
520K

 **Mason Subpoena .pdf**
411K

---

**postmaster@smbtrials.com** <postmaster@smbtrials.com>                                             Thu, Feb 17, 2022 at 10:07 AM
To: megan42@gmail.com

**::** Office 365

Your message to cwehrman@smbtrials.com couldn't be delivered.

# Security or policy settings at smbtrials.com have rejected your message.

| **megan42** | **Office 365** | **smbtrials.com** |
|---|---|---|
| Sender | | **Action Required** |
| | | Security or policy violation |

## How to Fix It
The recipient's email server rejected your message because it appears to violate a security or policy setting the recipient's email admin has set up. A common reason for rejection is that your message might have been suspected as spam. To try to fix this issue, try one or more of the following:

- Modify your message, or change how you're sending the message, using the guidance in this article: Bulk E-mailing Best Practices for Senders Using Forefront Online Protection for Exchange. Then resend your message.

**EXHIBIT N**

 Gmail

Megan M <megan42@gmail.com>

___

## Matt/Mason 2016 D 9534

**CCC DomRelCR2108 (Chief Judge's Office)** <Ccc.Domrelcr2108@cookcountyil.gov>        Fri, Feb 18, 2022 at 2:58 PM
To: Justyn Brodacz <JBrodacz@caesarbenderlaw.com>
Cc: Megan Mason <megan42@gmail.com>, "Christopher D. Wehrman" <CWehrman@kgwlaw.com>, Michael I Bender <mbender@caesarbenderlaw.com>

Good afternoon

The court would like you to check your availability to log on briefly on Tuesday February 22, 2022 at 9:00 am regarding the captioned case.

Kindly advise

CALENDAR 23, COURTROOM 2108 Daley Center
**HOURS OF OPERATION: 8:30 am to 4:30 pm MONDAY THROUGH FRIDAY**
**Emails received outside of these hours will be responded to on the next business day.**

**EMAIL COMMUNICATION** to court personnel and judges shall be limited to scheduling and administrative purposes and shall not include information relating to the substantive matters or the issues on the merits. If email communication includes any language that could be construed as impermissible ex parte communication, neither court personnel nor judges will respond to the email.

___

**From:** Justyn Brodacz <JBrodacz@caesarbenderlaw.com>
**Sent:** Monday, February 7, 2022 12:02 PM
**To:** CCC DomRelCR2108 (Chief Judge's Office) <Ccc.Domrelcr2108@cookcountyil.gov>
**Cc:** Megan Mason <megan42@gmail.com>; Christopher D. Wehrman <CWehrman@kgwlaw.com>; Michael I Bender <mbender@caesarbenderlaw.com>
**Subject:** Matt/Mason 2016 D 9534

___

<table>
<tr><td align="center"><b>External Message Disclaimer</b><br><br>This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.</td></tr>
</table>

[Quoted text hidden]

**EXHIBIT O**

 Gmail

**Megan M <megan42@gmail.com>**

---

## Matt/Mason 2016 D 9534

---

**Megan Mason** <megan42@gmail.com>                                      Fri, Feb 18, 2022 at 4:39 PM
To: "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>
Cc: "Christopher D. Wehrman" <CWehrman@kgwlaw.com>, Justyn Brodacz <JBrodacz@caesarbenderlaw.com>, Michael I
Bender <mbender@caesarbenderlaw.com>

Hi, I'm unavailable. Please propose something after February 28th.

Regards,
Megan Mason
[Quoted text hidden]

**EXHIBIT P**

 Gmail

Megan M <megan42@gmail.com>

---

**On Vacation Re: Matt/Mason 2016 D 9534**
5 messages

---

**Megan Mason** <megan42@gmail.com>                                          Fri, Feb 18, 2022 at 2:58 PM
To: Ccc.Domreicr2108@cookcountyil.gov

Thanks for your note. I'm on vacation between February 18th and February 27th and will have limited access to email. Please write back or call after February 27th if any response is needed.

Thanks,
Megan

---

**CCC DomRelCR2108 (Chief Judge's Office)** <Ccc.Domrelcr2108@cookcountyil.gov>          Fri, Feb 18, 2022 at 3:16 PM
To: Megan Mason <megan42@gmail.com>
Cc: Christopher Wehrman <cwehrman@smbtrials.com>, Michael I Bender <mbender@caesarbenderlaw.com>, Justyn Brodacz
<JBrodacz@caesarbenderlaw.com>

Good afternoon Ms Mson:

As this will be via zoom and not in person, the court is requesting that you log on at the requested time

CALENDAR 23, COURTROOM 2108 Daley Center
**HOURS OF OPERATION: 8:30 am to 4:30 pm MONDAY THROUGH FRIDAY**
**Emails received outside of these hours will be responded to on the next business day.**

**EMAIL COMMUNICATION** to court personnel and judges shall be limited to scheduling and administrative purposes and shall not include information relating to the substantive matters or the issues on the merits. If email communication includes any language that could be construed as impermissible ex parte communication, neither court personnel nor judges will respond to the email.

---

**From:** Megan Mason <megan42@gmail.com>
**Sent:** Friday, February 18, 2022 2:58 PM
**To:** CCC DomRelCR2108 (Chief Judge's Office) <Ccc.Domrelcr2108@cookcountyil.gov>
**Subject:** On Vacation Re: Matt/Mason 2016 D 9534

---

> **External Message Disclaimer**
>
> This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

[Quoted text hidden]

---

**CCC DomRelCR2108 (Chief Judge's Office)** <Ccc.Domrelcr2108@cookcountyil.gov>          Fri, Feb 18, 2022 at 3:16 PM
To: Megan Mason <megan42@gmail.com>
Cc: Christopher Wehrman <cwehrman@smbtrials.com>, Michael I Bender <mbender@caesarbenderlaw.com>, Justyn Brodacz
<JBrodacz@caesarbenderlaw.com>

My apologies

Ms. Mason

CALENDAR 23, COURTROOM 2108 Daley Center

**EMAIL COMMUNICATION** to court personnel and judges shall be limited to scheduling and administrative purposes and shall not include information relating to the substantive matters or the issues on the merits. If email communication includes any language that could be construed as impermissible ex parte communication, neither court personnel nor judges will respond to the email.

---

**From:** Megan Mason <megan42@gmail.com>
**Sent:** Friday, February 18, 2022 2:58 PM
**To:** CCC DomRelCR2108 (Chief Judge's Office) <Ccc.Domrelcr2108@cookcountyil.gov>
**Subject:** On Vacation Re: Matt/Mason 2016 D 9534

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thanks for your note. I'm on vacation between February 18th and February 27th and will have limited access to email. Please write back or call after February 27th if any response is needed.

Thanks,
Megan

**EXHIBIT Q**

 Gmail

**Megan M <megan42@gmail.com>**

## Re: MATT 16 D 9534 Request for Hearing Date

8 messages

**Kaye Mason (Chief Judge's Office)** <kaye.mason@cookcountyil.gov>
To: Megan Mason <megan42@gmail.com>
Cc: Christopher Wehrman <cwehrman@smbtrials.com>

Thu, May 27, 2021 at 12:56 PM

Hi again

Please remember to include your case name and number on all submissions to the court.

The first available hearing date is July 27 at 11 am.  Kindly advise of your availability

Kaye Mason, Coordinator
Calendar 23 - Judge Robert W. Johnson
Domestic Relations Division

**EMAIL COMMUNICATION** to court personnel and judges shall be limited to scheduling and administrative purposes and shall not include information relating to the substantive matters or the issues on the merits. If email communication includes any language that could be construed as impermissible ex parte communication, neither court personnel nor judges will respond to the email.

**From:** Megan Mason <megan42@gmail.com>
**Sent:** Thursday, May 27, 2021 12:41 PM
**To:** Kaye Mason (Chief Judge's Office) <kaye.mason@cookcountyil.gov>
**Cc:** Christopher Wehrman <cwehrman@smbtrials.com>; DomesticRelDiv Services (Circuit Court)
<DomesticRelDivservices@cookcountycourt.gov>
**Subject:** Re: Hearing Date

┌──────────────────────────────────────────────────────────────────────┐
│ **External Message Disclaimer** │
│ │
│ This message originated from an external source. Please use proper judgment and caution when opening │
│ attachments, clicking links, or responding to this email. │
└──────────────────────────────────────────────────────────────────────┘

Hi Ms. Mason,

Thanks for your response. I have served OC, OC has responded, I have responded to the affirmative defense. I am copying Mr. Wehrman here as I believe we are at this step:

"After the time to reply expires, the movant shall submit the non-emergency motion and any responses

and replies to the Circuit Court (along with all necessary and referenced exhibits) via e-mail
transmission with all counsel of record or self-represented parties included as recipients of the e-mail
to the following individuals at the date that time to reply expires:
the Court Coordinator for any judge who maintains an individual calendar, or
i. the Division Administrator for any judge who does not have a Court Coordinator, or;
ii. any other method directed by the judge assigned to the matter."

May I please have a date to present the pleadings?

Thanks,
Megan Mason

On Thu, May 27, 2021 at 12:25 PM Kaye Mason (Chief Judge's Office) <kaye.mason@cookcountyil.gov> wrote:

Good afternoon Ms Mason

Please be guided by the attached Administrative Order for guidelines on requesting
dates for newly filed Motions

Best,

Kaye Mason, Coordinator
Calendar 23 - Judge Robert W. Johnson
Domestic Relations Division

**EMAIL COMMUNICATION** to court personnel and judges shall be limited to scheduling and administrative purposes
and shall not include information relating to the substantive matters or the issues on the merits. If email
communication includes any language that could be construed as impermissible ex parte communication, neither
court personnel nor judges will respond to the email.

---

**From:** Megan Mason <megan42@gmail.com>
**Sent:** Thursday, May 27, 2021 12:16 PM
**To:** Kaye Mason (Chief Judge's Office) <kaye.mason@cookcountyil.gov>
**Cc:** DomesticRelDiv Services (Circuit Court) <DomesticRelDivservices@cookcountycourt.com>
**Subject:** Hearing Date

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when
opening attachments, clicking links, or responding to this email.

---

Hi Ms. Mason,

I would like a date to present three petitions and one motion to Judge Johnson and to schedule a hearing date.
Attached are the petitions and motion, responses from OC and my responses to OC. These matters are separate from
other issues being brought for status in the near future and related to ongoing, clear violation of the parenting plan, so I
would greatly appreciate the opportunity to present them and set a trial in the near future.

EXHIBIT 10 Continued

Does Judge Johnson have any availability the week of June 7?

Kindly,
Megan Mason
2016 D

---

**Megan Mason** <megan42@gmail.com>                           Thu, May 27, 2021 at 1:06 PM
To: "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>
Cc: Christopher Wehrman <cwehrman@smbtrials.com>

Hi Ms. Mason,

Yes, July 27 at 11am is great for me. I will provide notice to Mr. Wehrman and Mr. Bender.

Kindly,
Megan Mason
[Quoted text hidden]

---

**Christopher Wehrman** <cwehrman@smbtrials.com>               Thu, May 27, 2021 at 1:08 PM
To: Megan Mason <megan42@gmail.com>, "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>

Kaye:


When we were before the Judge on Monday, he appointed at 604 evaluator and set everything for status on July 13, 2021. I do not believe Judge Johnson is having any hearings on this case at this time.


Chris


Christopher D. Wehrman | Partner

Swanson, Martin & Bell, LLP

330 N. Wabash #3300

Chicago, IL 60611

Office: 312/321-9100

Direct: 312/222-8534

Fax: 312/321-0990

[Quoted text hidden]


## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Kaye Mason (Chief Judge's Office)** <kaye.mason@cookcountyil.gov>                Thu, May 27, 2021 at 1:15 PM
To: Christopher Wehrman <cwehrman@smbtrials.com>, Megan Mason <megan42@gmail.com>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>

The judge is in a hearing but I will verify before the end of the day

Kaye Mason, Coordinator
Calendar 23 - Judge Robert W. Johnson
Domestic Relations Division

**EMAIL COMMUNICATION** to court personnel and judges shall be limited to scheduling and administrative purposes and shall not include information relating to the substantive matters or the issues on the merits. If email communication includes any language that could be construed as impermissible ex parte communication, neither court personnel nor judges will respond to the email.

---

**From:** Christopher Wehrman <cwehrman@smbtrials.com>
**Sent:** Thursday, May 27, 2021 1:08 PM
**To:** Megan Mason <megan42@gmail.com>; Kaye Mason (Chief Judge's Office) <kaye.mason@cookcountyil.gov>
**Cc:** Michael I Bender <mbender@caesarbenderlaw.com>
**Subject:** RE: MATT 16 D 9534 Request for Hearing Date

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                            Thu, May 27, 2021 at 1:53 PM
To: Christopher Wehrman <cwehrman@smbtrials.com>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>
Bcc: "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>

Confirming the July 27 hearing and notice was just filed.

I believe it's unfair to Ms. Mason to include her in arguments between parties, which she has explicitly asked us not to do. So dropping Ms. Mason to bcc. But I do wish to confirm that I have filed notice before receiving this communication and plan to have my pleadings heard at that date and time.

Mr. Wehrman, I think you are able to move to dismiss, counter the motions, or use any variety of methods to oppose my pleadings. I believe you and Mr. Bender must be aware that these are prima facie matters. Put simply: He did it. Over and over again. It's not ok to try to intimidate me into not accessing due process.

1. I do not recall my pleadings being dismissed or ruled upon at the least court status. They are legitimate and I am entitled to due process.

2. The custody evaluation process would not change the fact that one party or another violated the parenting plan prior to the custody evaluation process so this is a separate issue. If a party violated the parenting plan at the time, that's a violation. Future modifications do not change past violations.

3. It would be extremely prejudicial to the custody evaluation process to impede one party from filing a pleading so as to hide the other parties extensive misconduct. Given that I am pro se and openly opposed to Mr. Bender's outsized influence on this case, it's in everyone's best interest that a semblance of fairness and objectivity is maintained. If I'm not allowed to tell the truth, how can I possibly believe in the legitimacy of these proceedings?

Megan

[Quoted text hidden]

---

**Kaye Mason (Chief Judge's Office)** <kaye.mason@cookcountyil.gov>          Thu, May 27, 2021 at 2:10 PM
To: Megan Mason <megan42@gmail.com>, Christopher Wehrman <cwehrman@smbtrials.com>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>

Ms Matt

I just spoke with Judge Johnson and he has indicated that he will not be hearing any
other issues on this case until he has heard from the evaluator.

Please be guided accordingly.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>          Thu, May 27, 2021 at 2:22 PM
To: "Kaye Mason (Chief Judge's Office)" <kaye.mason@cookcountyil.gov>
Cc: Christopher Wehrman <cwehrman@smbtrials.com>, Michael I Bender <mbender@caesarbenderlaw.com>

Ok, I'll fille motions for summary judgment.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>          Fri, Jun 25, 2021 at 11:36 AM
To: Alexandra Brinkmeier <ABrinkmeier@merelfamilylaw.com>


---------- Forwarded message ---------
From: **Megan Mason** <megan42@gmail.com>
Date: Thu, May 27, 2021 at 2:22 PM
Subject: Re: MATT 16 D 9534 Request for Hearing Date
[Quoted text hidden]
[Quoted text hidden]

**EXHIBIT R**





**Megan M <megan42@gmail.com>**

## Your service contact?
2 messages

---

**Megan Mason** <megan42@gmail.com>　　　　　　　　　　　　　　Thu, Feb 10, 2022 at 3:26 PM
To: Alexandra Brinkmeier <ABrinkmeier@merelfamilylaw.com>

Hi Alex,

I don't know if there's a way to remove you as a contact in Odyssey File. I just can't have loose ends with these guys. Chris just filed something yesterday along with NOF and didn't serve me...just happened to be in the docket so I saw it. So at one point someone changed my mailing address from 423 Linden Wilmette to 423 Linda Chicago. Now you're in there as a service contact and it has the LInda address....

Can you remove your contact so I can have one less thing to worry about? If you have any ideas how it got changed, please let me know.



Thanks,
Megan

---

**Alexandra Brinkmeier** <ABrinkmeier@merelfamilylaw.com>　　　　　Thu, Feb 10, 2022 at 3:47 PM
To: Megan Mason <megan42@gmail.com>

Hi Megan,


So I believe the Clerk's Office is the only one who can change that – I checked on my end of things and there isn't any option to remove ourselves. I'm sorry I can't be of more help.




**Alexandra Brinkmeier** | Attorney at Law

EXHIBIT C CONTINUED

**Law Offices of Jonathan Merel, P.C.** | 2 Prudential Plaza, 180 N. Stetson Avenue, Suite 1300, Chicago, Illinois 60601

Phone: 312.408.7000 | Fax: 312.819.4001 | abrinkmeier@merelfamilylaw.com | www.merelfamilylaw.com

Suburbs (By Appointment Only)

5225 Old Orchard Road, Suite 50, Skokie, Illinois 60077

595 Elm Place, Suite 225, Highland Park, Illinois 60035

Disclaimer: This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or the Law Offices of Jonathan Merel, P.C.

---

**From:** Megan Mason <megan42@gmail.com>
**Sent:** Thursday, February 10, 2022 3:27 PM
**To:** Alexandra Brinkmeier <ABrinkmeier@merelfamilylaw.com>
**Subject:** Your service contact?

Hi Alex,

I don't know if there's a way to remove you as a contact in Odyssey File. I just can't have loose ends with these guys. Chris just filed something yesterday along with NOF and didn't serve me...just happened to be in the docket so I saw it. So at one point someone changed my mailing address from 423 Linden Wilmette to 423 Linda Chicago. Now you're in there as a service contact and it has the LInda address....

Can you remove your contact so I can have one less thing to worry about? If you have any ideas how it got changed, please let me know.



Thanks,

**EXHIBIT T**

CIRCUIT COURT OF COOK COUNTY

**IRIS Y. MARTINEZ**
CLERK OF THE CIRCUIT COURT



OFFICE OF THE INSPECTOR GENERAL
CIRCUIT COURT OF COOK COUNTY

**JAMES MURPHY-AGUILÚ**
INSPECTOR GENERAL

March 29, 2022

Megan Matt

Re:   Case File CF# 2022-03-145

Dear Megan Matt,

Thank you for submitting your inquiry. We have opened a case under number CF# 2022-03-145.

Should you have any further questions regarding this matter, please feel free to contact our office at 312-603-3424.

Respectfully,

Shawn Hallinan
Deputy Chief
Office of the Inspector General

**EXHIBIT U**

 Gmail                                                    **Megan M <megan42@gmail.com>**

---

## Filing Returned for Envelope Number: 17138374 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Exhibits Filed
10 messages

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>          Fri, Mar 18, 2022 at 2:09 PM
To: megan42@gmail.com

                                             # Filing Returned

Envelope Number: 17138374
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations |
| Returned Reason | Rejected |
| Returned Comments | The correct code is proof of service |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 3/18/2022 8:23 AM CST |
| Filing Type | EFileAndServe |
| Filing Description | Exhibit A |
| Activity Requested | Exhibits Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>          Fri, Mar 18, 2022 at 2:09 PM
To: megan42@gmail.com

                                             # Filing Returned

Envelope Number: 17138374
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Court** | Cook County - Domestic Relations |
| **Returned Reason** | Rejected |
| **Returned Comments** | The correct code is proof of service |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| **Case Number** | 2016D009534 |
| **Case Style** | PETER MATT-vs-MEGAN MATT |
| **Date/Time Submitted** | 3/18/2022 8:23 AM CST |
| **Filing Type** | EFileAndServe |
| **Filing Description** | Exhibit B |
| **Activity Requested** | Exhibits Filed |
| **Filed By** | Megan Mason |
| **Filing Attorney** | |

[Quoted text hidden]

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>     Fri, Mar 18, 2022 at 2:09 PM
To: megan42@gmail.com



# Filing Returned

Envelope Number: 17138374
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Court** | Cook County - Domestic Relations |
| **Returned Reason** | Rejected |
| **Returned Comments** | The correct code is proof of service |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| **Case Number** | 2016D009534 |
| **Case Style** | PETER MATT-vs-MEGAN MATT |
| **Date/Time Submitted** | 3/18/2022 8:23 AM CST |
| **Filing Type** | EFile |
| **Filing Description** | Exhibit C |
| **Activity Requested** | Exhibits Filed |
| **Filed By** | Megan Mason |
| **Filing Attorney** | |

[Quoted text hidden]

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>     Fri, Mar 18, 2022 at 2:09 PM
To: megan42@gmail.com



# Filing Returned

Envelope Number: 17138374
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Court** | Cook County - Domestic Relations |
| **Returned Reason** | Rejected |
| **Returned Comments** | The correct code is proof of service |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| **Case Number** | 2016D009534 |
| **Case Style** | PETER MATT-vs-MEGAN MATT |
| **Date/Time Submitted** | 3/18/2022 8:23 AM CST |
| **Filing Type** | EFileAndServe |
| **Filing Description** | Exhibit D |
| **Activity Requested** | Exhibits Filed |
| **Filed By** | Megan Mason |
| **Filing Attorney** | |

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>     Mon, Mar 21, 2022 at 2:17 PM
To: "DomesticRelDiv Services (Circuit Court)" <domesticreldivservices@cookcountycourt.com>
Cc: "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>, civilrights@ilag.gov,
CivilRightsDivision@usdoj.gov

This is not a proof of service. It is an exhibit you received March 18, 2022. Kindly enter it according to law and your duty as a civil servant.

Kind Regards,
Megan Mason
[Quoted text hidden]

 **Exhibit D Petition to Transfer Venue  .pdf**
358K

---

**Megan Mason** <megan42@gmail.com>     Mon, Mar 21, 2022 at 2:18 PM
To: "DomesticRelDiv Services (Circuit Court)" <domesticreldivservices@cookcountycourt.com>
Cc: "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>, civilrights@ilag.gov,
CivilRightsDivision@usdoj.gov

This is not a proof of service. It is an exhibit you received March 18, 2022. Kindly enter it according to law and your duty as a civil servant.

Kind Regards,
Megan Mason
---------- Forwarded message ---------
From: <no-reply@efilingmail.tylertech.cloud>
Date: Fri, Mar 18, 2022 at 2:09 PM
Subject: Filing Returned for Envelope Number: 17138374 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Exhibits Filed
To: <megan42@gmail.com>

[Quoted text hidden]

 **EXHIBIT C FIRST PBS DISCUSSION - Google Docs.pdf**
194K

---

**Megan Mason** <megan42@gmail.com>                                    Mon, Mar 21, 2022 at 2:19 PM
To: "DomesticRelDiv Services (Circuit Court)" <domesticreldivservices@cookcountycourt.com>
Cc: civilrights@ilag.gov, CivilRightsDivision@usdoj.gov, "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>

This is not a proof of service. It is an exhibit you received March 18, 2022. Kindly enter it according to law and your duty as a civil servant.

Kind Regards,
Megan Mason

---------- Forwarded message ---------
From: <no-reply@efilingmail.tylertech.cloud>
Date: Fri, Mar 18, 2022 at 2:09 PM
Subject: Filing Returned for Envelope Number: 17138374 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Exhibits Filed
To: <megan42@gmail.com>

[Quoted text hidden]

 **Exhibit B Workforce Shortage Email.pdf**
101K

---

**Megan Mason** <megan42@gmail.com>                                    Mon, Mar 21, 2022 at 2:20 PM
To: "DomesticRelDiv Services (Circuit Court)" <domesticreldivservices@cookcountycourt.com>
Cc: "Brianna Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>, civilrights@ilag.gov, CivilRightsDivision@usdoj.gov

This is not a proof of service. It is an exhibit you received March 18, 2022. Kindly enter it according to law and your duty as a civil servant.

Kind Regards,
Megan Mason
---------- Forwarded message ---------
From: <no-reply@efilingmail.tylertech.cloud>
Date: Fri, Mar 18, 2022 at 2:09 PM
Subject: Filing Returned for Envelope Number: 17138374 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Exhibits Filed
To: <megan42@gmail.com>



Megan M <megan42@gmail.com>

---

## Filing Returned for Envelope Number: 17324002 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Subpoena - Returned - Personally Served

8 messages

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Apr 1, 2022 at 9:05 AM



# Filing Returned

Envelope Number: 17324002
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations |
| Returned Reason | Rejected |
| Returned Comments | document unreadable upon refiling please amke sure all documents are legible |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 3/31/2022 4:32 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Document Subpoena Blechman |
| Activity Requested | Subpoena - Returned - Personally Served |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Apr 1, 2022 at 9:05 AM



# Filing Returned

Envelope Number: 17324002
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

**EXHIBIT V CONTINUED**

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations |
| Returned Reason | Rejected |
| Returned Comments | No rejection comment was provided. Please contact the court into which you are filing for more information. |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 3/31/2022 4:32 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Document Subpoena Wehrman |
| Activity Requested | Subpoena - Returned - Personally Served |
| Filed By | Megan Mason |
| Filing Attorney | |

[Quoted text hidden]

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Apr 1, 2022 at 9:05 AM



**EXHIBIT V CONTINUED**

# Filing Returned

Envelope Number: 17324002
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations |
| Returned Reason | Rejected |
| Returned Comments | No rejection comment was provided. Please contact the court into which you are filing for more information. |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 3/31/2022 4:32 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Document Subpoena Martinez |
| Activity Requested | Subpoena - Returned - Personally Served |

| Filed By | Megan Mason | **EXHIBIT V CONTINUED** |
|---|---|---|
| **Filing Attorney** | | |

[Quoted text hidden]

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>          Fri, Apr 1, 2022 at 9:05 AM
To: megan42@gmail.com



# Filing Returned

Envelope Number: 17324002
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office ||
|---|---|
| **Court** | Cook County - Domestic Relations |
| **Returned Reason** | Rejected |
| **Returned Comments** | No rejection comment was provided. Please contact the court into which you are filing for more information. |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details ||
|---|---|
| **Case Number** | 2016D009534 |
| **Case Style** | PETER MATT-vs-MEGAN MATT |
| **Date/Time Submitted** | 3/31/2022 4:32 PM CST |
| **Filing Type** | EFileAndServe |
| **Filing Description** | Document Subpoena Bender |
| **Activity Requested** | Subpoena - Returned - Personally Served |
| **Filed By** | Megan Mason |
| **Filing Attorney** | |

[Quoted text hidden]

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>          Fri, Apr 1, 2022 at 9:05 AM
To: megan42@gmail.com



# Filing Returned

Envelope Number: 17324002
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office ||
|---|---|
| **Court** | Cook County - Domestic Relations |
| | |

**EXHIBIT V CONTINUED**

| Returned Reason | Single Filing submitted as multiple transactions |
|---|---|
| Returned Comments | No rejection comment was provided. Please contact the court into which you are filing for more information. |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 3/31/2022 4:32 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Subpoena Bender |
| Activity Requested | Subpoena - Returned - Personally Served |
| Filed By | Megan Mason |
| Filing Attorney | |

[Quoted text hidden]

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>     Fri, Apr 1, 2022 at 9:05 AM
To: megan42@gmail.com



**EXHIBIT V CONTINUED**

# Filing Returned

Envelope Number: 17324002
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations |
| Returned Reason | Rejected |
| Returned Comments | No rejection comment was provided. Please contact the court into which you are filing for more information. |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 3/31/2022 4:32 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Document Subpoena Trowbridge |
| Activity Requested | Subpoena - Returned - Personally Served |
| Filed By | Megan Mason |
| Filing Attorney | |

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>     Fri, Apr 1, 2022 at 9:36 AM

Exhibit W

 Gmail

**Megan M <megan42@gmail.com>**

---

## Subpoena's To Certify
5 messages

---

**Megan Mason** <megan42@gmail.com>                              Thu, Feb 17, 2022 at 10:23 AM
To: "DomesticRelDiv Services (Circuit Court)" <DomesticRelDivServices@cookcountycourt.com>

Dear Domestic Relation Division Clerk,

Please stamp the attached document subpoenas, urgently required in support of my Motion to Transfer Venue. As a pro se litigant I am unable to self certify and therefore rely upon your timely support in this matter.

Kind Regards,
Megan Mason
2016 D 9534

---

**3 attachments**

 **Martinez Subpoena.pdf**
389K

 **Steger Subpoena .pdf**
398K

 **Mason Subpoena .pdf**
411K

---

**DomesticRelDiv Services (Circuit Court)** <DomesticRelDivservices@cookcountycourt.com>   Thu, Feb 17, 2022 at 5:41 PM
To: Megan Mason <megan42@gmail.com>

Ms. Mason,


Thanks for your email request.  Your request has been forwarded to the Customer Care.  Once completed you will be notified regarding further instructions.  Please allow two to three weeks to process.


Sincerely,

---

**From:** Megan Mason [mailto:megan42@gmail.com]
**Sent:** Thursday, February 17, 2022 10:23 AM
**To:** DomesticRelDiv Services (Circuit Court) <DomesticRelDivservices@cookcountycourt.com>
**Subject:** Subpoena's To Certify

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                  Fri, Feb 18, 2022 at 8:33 AM
To: "DomesticRelDiv Services (Circuit Court)" <DomesticRelDivservices@cookcountycourt.com>
Cc: civilrights@ilag.gov, CivilRightsDivision@usdoj.gov, aemmanuel@injusticewatch.org

Dear Anonymous Sir or Madam,

I apologize but as a pro se litigant I am not familiar with "the Customer Care". I have already attempted to submit the
pleadings to Odyssey File. There is not a file type "Subponea". I submitted the subpoenas under a related category and
asked in my notes to be advised of the correct file type. No advice was given. I then emailed the documents to you and
was advised that they have been passed along to "the Customer Care".

1. Who are you?
2. Who is "the Customer Care"?
3. Why have my subpoenas not been stamped?
4. Is there an error in the way my subpoenas were written? If so, please advise how I may correct this.
5. Is there a legal reason my subpoenas have not been stamped?

Kind Regards,
Megan Mason

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                  Mon, Mar 28, 2022 at 12:20 PM
To: "DomesticRelDiv Services (Circuit Court)" <DomesticRelDivservices@cookcountycourt.com>
Cc: CivilRights <civilrights@ilag.gov>, CivilRightsDivision@usdoj.gov, "Pond, Laura J." <Laura.Pond@ilag.gov>, "Brianna
Steger (Chief Judge's Office)" <brianna.steger@cookcountyil.gov>, "courtclerk (Circuit Court)"
<courtclerk@cookcountycourt.com>

Dear Anonymous Sir or Madam,

I am writing as a pro se litigant who wishes to have multiple document subpoenas certified. On a prior occasion you wrote
to me that you had forwarded my request to "The Customer Care". Would you be so kind as to provide me with the
"Customer care" contact? I still have not received those stamps as shocking as that may sound. Please advise
their status.

I have more subpoenas I require to be stamped. Please let me know how I may please have the attached subpoenas
certified? I have the right to access justice. It is your obligation as an employee of the people of Cook County to support
the people of Cook County in equal access to justice. Help me get these certified, please.

Thanks,
Megan Mason, Respondent, Pro Se, 2016 D 9534

[Quoted text hidden]

---

**5 attachments**

📄 **Doc Subpoena Martinez.pdf**
    363K

📄 **Doc Subpoena Mr. Bradley Trowbridge.pdf**
    344K

📄 **Doc Subpoena Wehrman.pdf**
    307K

📄 **Document Subpoena Bender.pdf**
    370K

📄 **Doc Subpoena Blechman.pdf**
    699K

All Domestic Relations cases will be heard by phone or video.
Go to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7A8KAcSi8E%3d&portalid=0
to get more information and Zoom Meeting ID.
Remote Court Date: No hearing scheduled

**EXHIBIT X**

FILED
11/15/2021 6:36 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2016D009534
Calendar, 23
15592432

FILED DATE: 11/15/2021 6:36 AM    2016D009534

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF:                )
                                      )
PETER MATT,                           )
                                      )
               Petitioner,            )
                                      )
        and                           )         No.  16 D 9534
                                      )
MEGAN MATT n/k/a MASON,               )
                                      )
               Respondent.            )

<u>AFFIDAVIT OF MEGAN MATT N/K/A MASON IN OPPOSITION TO ALEXANDRA
BRINKMEIER'S MOTION TO WITHDRAW AS COUNSEL</u>

I, MEGAN MATT n/k/a MASON, hereby submit this affidavit under penalties provided
by law pursuant to section 1-109 of the Illinois Code of Civil Procedure and certify that the
statement set forth in this affidavit are true and correct.

I am submitting this affidavit to express my opposition to the withdrawal of Alexandra Brinkmeier
as my attorney. I ask this Court to please deny Ms. Brinkmeier's removal at this late juncture as
such an abrupt change would cause material harm to me as her client. We are nearing the end
of a custody evaluation and it would be unconscionable to deny me as a mother access to legal
representation through a process that is so impactful to me and my children. I have no way of
knowing that I will be able to obtain counsel in a timely manner who is able to familiarize him or
herself with the matters of this case and give me the representation that I am entitled to.

Furthermore, as Ms. Brinkmeier is well aware, there are extremely sensitive and unusual factors
in this case that I have reason to believe put me and my children in peril.  Ms. Brinkmeier must
not be allowed to put her convenience above her client's well being. This is antithetical to the
lawyer-client relationship.

Ms. Brinkmeier stated the reason for her wish to withdraw is a difference of principle. At no point
has Ms. Brinkmeier ever stated to me that she had concerns about differences of principle. In
fact, the first I heard about her wish to withdraw was on Friday, November 12th at 3pm in the

afternoon. At that time Ms. Brinkmeier explained she has a very heavy caseload and that two attorneys have left her firm. I told her I objected to her leaving and had concerns about my well being and that of my children if we are not provided competent legal counsel.

Having never discussed any concerns about principle, I can only attempt to guess what Ms. Brinkmeier might mean by such a claim. I can only think of one instance of dispute between Ms. Brinkmeier and myself. As it happens I politely followed Ms. Brinkmeier's advice in this matter, so it would appear that the difference of principle was easily resolved through normal client-attorney proceedings.

However, given the abrupt attempt to remove herself from my case I feel compelled to point out that I believe she is doing so in order to extricate herself from a complicated situation. In other words, I desperately need help and so she is trying to get out o f helping me.

When it comes to the one difference of opinion I can recall, shortly before retaining Ms. Brinkmeier as my attorney I came to have strong reason to believe that an individual formerly involved in my case had sabotaged my case resulting in an unfounded contempt finding. I had asked Ms. Brinkmeier to file for a motion to reconsider because of the misconduct of this individual.

I provided Ms. Brinkmeier with extensive evidence supporting my suspicion and invited her to provide me with an alternative explanation. I specifically presented evidence of attorney malfeasance, deceit, fraud upon the court, sabotage, identity theft and internet fraud. Ms. Brinkmeier was unable to provide me with an alternative explanation to the events I documented and described.

I fully appreciate how serious such allegations are and therefore I have also brought my concerns to other attorneys in an informal advisory capacity hoping that I, as a lay person, might learn of an explanation other than fraud for the events that I detailed. Specifically I have consulted with and disclosed to Michael Sharp, the General Counsel of Jefferies Financial LLC; The Honorable Judge Judy Harris Kluger, founder of Sanctuary for Families; and Dorchen Leidholdt, lead attorney for Sanctuary for Families. In addition to the several attorneys I've disclosed to I have consulted with a mental health therapist on a regular basis. I know of no claims that my allegations ar deceitful or misguided, even by Ms. Brinkmeier herself.

FILED DATE: 11/15/2021 6:36 AM   2016D009534

FILED DATE: 11/15/2021 6:36 AM   2016D009534

Because I believe I was found in contempt in August of 2020 as a direct result of the misconduct just mentioned I asked Ms. Brinkmeier to file a motion to reconsider in this Court. I thought that fraud could be the basis. She said the time that had lapsed was too long and that the suspected crimes were not a basis. I accepted her decision.

However, I reported my suspicions to The Department of Justice's Task Force on Internet Crime and other Federal authorities. On November 8th, four days before her abrupt decision to withdraw, I wrote to tell Ms. Brinkmeier that I had submitted complaints to the Department of Justice alleging internet fraud, fraud upon the court and identity theft by this individual. I also disclosed other reports to federal law enforcement that I fear put me at peril of retaliation or attempts to evade prosecution by others who may be involved in these matters.

I beg this Court to deny Ms. Brinkmeier's motion to withdraw. If the court does grant this motion against my strong objection, I ask that Ms. Brinkmeier only do so after she has presented me with three attorneys who are willing and able to accept my case.

MEGAN MATT n/k/a MASON

EXHIBIT Y



**Megan M <megan42@gmail.com>**

---

## Filing Returned for Envelope Number: 18531696 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Answer/Response/Reply Filed

2 messages

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Tue, Jul 5, 2022 at 2:41 PM

EXHIBIT Y



# Filing Rejected

Envelope Number: 18531696
Case Number: 2016D009534
Case Name: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Returned Reason | Rejected |
| Returned Comments | Exhibit has its own filing code |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|
| **Document Details** | |
| Case Number | 2016D009534 |
| Case Name | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 7/3/2022 10:47 AM CST |
| Filing Type | EFileAndServe |
| Filing Description | Defendant's Response to Michael Bender's PRTSC filed 20 June 2022 |
| Filing Code | Answer/Response/Reply Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

---

**Megan Mason** <megan42@gmail.com>
To: Megan M <megan42@gmail.com>

Wed, Jul 6, 2022 at 6:37 AM

It is standard procedure for litigants to affix exhibits to the response or motion being filed. Your office has a long history of abuse toward pro se litigants. I therefore demand an explanation for this rejection. I believe it is in furtherance of efforts to obstruct justice, by artificially delaying the entry of just filings into the court record.

Please bring this to a supervisor's attention who may explain to me:

1. What local rule prevents me from affixing exhibits to a pleading?

2. Please explain why in the last two months attorneys Christopher Wehrman and Michael Bender were allowed to file exhibits affixed to their pleading.

3. Is this policy based on gender or economic status?

4. Please provide the name of the clerk employee who rejected this pleading.


Thanks,
Megan Mason

[Quoted text hidden]

EXHIBIT Z

 Gmail

**Megan M <megan42@gmail.com>**

---

## Filing Returned for Envelope Number: 19274485 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Petition Filed

1 message

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Tue, Aug 30, 2022 at 10:57 AM



# Filing Rejected

Envelope Number: 19274485
Case Number: 2016D009534
Case Name: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Returned Reason | Multiple filings submitted as one transaction |
| Returned Comments | Each filing has its own filing code<br>affidavits and exhibit |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|
| **Document Details** | |
| Case Number | 2016D009534 |
| Case Name | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 8/29/2022 12:25 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | (2nd Attempt to File) Megan Mason's Section 2-1401 Petition to Vacate the Ausut 28, 2022 Finding of Contempt and Order |
| Filing Code | Petition Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

 Gmail

**EXHIBIT AA**

Megan M <megan42@gmail.com>

---

## Filing Returned for Envelope Number: 19429461 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Notice Of Filing Filed

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Sep 9, 2022 at 3:49 PM



# Filing Rejected

Envelope Number: 19429461
Case Number: 2016D009534
Case Name: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Returned Reason | Rejected |
| Returned Comments | This Petition is a Fee |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|
| **Document Details** | |
| Case Number | 2016D009534 |
| Case Name | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 9/9/2022 1:00 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | NOF Megan Mason's Section 2-1401 Petition |
| Filing Code | Notice Of Filing Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.



Megan M <megan42@gmail.com>

---

## Filing Returned for Envelope Number: 19429461 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Affidavit Filed

1 message

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Sep 9, 2022 at 3:49 PM



# Filing Rejected

Envelope Number: 19429461
Case Number: 2016D009534
Case Name: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Returned Reason | Rejected |
| Returned Comments | This Petition is a Fee |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|
| **Document Details** | |
| Case Number | 2016D009534 |
| Case Name | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 9/9/2022 1:00 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Affidavit in Support of Megan Mason's Section 2-1401 Petition |
| Filing Code | Affidavit Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

**EXHIBIT CC**



Megan M <megan42@gmail.com>

---

## Filing Returned for Envelope Number: 19429461 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Petition Filed

1 message

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Sep 9, 2022 at 3:49 PM



# Filing Rejected

Envelope Number: 19429461
Case Number: 2016D009534
Case Name: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Returned Reason | Rejected |
| Returned Comments | This Petition is a Fee |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|
| **Document Details** | |
| Case Number | 2016D009534 |
| Case Name | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 9/9/2022 1:00 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Megan Masons Section 2-1401 Petition to Vacate the August 28, 2022 Finding of Contempt and Order |
| Filing Code | Petition Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

**EXHIBIT DD**



Megan M <megan42@gmail.com>

---

## Filing Returned for Envelope Number: 19427774 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Exhibits Filed

3 messages

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Sep 9, 2022 at 2:44 PM



# Filing Rejected

Envelope Number: 19427774
Case Number: 2016D009534
Case Name: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Court** | Cook County - Domestic Relations - District 1 - Chicago |
| **Returned Reason** | Rejected |
| **Returned Comments** | The first page of the first pdf is blank, we do not file blank documents. Also, multiple documents were filed with the lead document |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|
| **Document Details** | |
| **Case Number** | 2016D009534 |
| **Case Name** | PETER MATT-vs-MEGAN MATT |
| **Date/Time Submitted** | 9/9/2022 12:21 PM CST |
| **Filing Type** | EFileAndServe |
| **Filing Description** | Exhibit E (Notice of Bankruptcy Stay of Proceedings) Response to Michael Benders PRTSC Fees |
| **Filing Code** | Exhibits Filed |
| **Filed By** | Megan Mason |
| **Filing Attorney** | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Fri, Sep 9, 2022 at 2:44 PM



# Filing Rejected

Envelope Number: 19427774
Case Number: 2016D009534
Case Name: PETER MATT -vs- MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Returned Reason | Rejected |
| Returned Comments | The first page of the first pdf is blank, we do not file blank documents. Also, multiple documents were filed with the lead document |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Name | PETER MATT -vs- MEGAN MATT |
| Date/Time Submitted | 9/9/2022 12:21 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | Exhibit A Response to Bender's PRTSC Fees |
| Filing Code | Exhibits Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

[Quoted text hidden]

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>          Fri, Sep 9, 2022 at 2:44 PM
To: megan42@gmail.com



# Filing Rejected

Envelope Number: 19427774
Case Number: 2016D009534
Case Name: PETER MATT -vs- MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please contact your local court clerk for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Returned Reason | Rejected |
| Returned Comments | The first page of the first pdf is blank, we do not file blank documents. Also, multiple documents were filed with the lead document |

| To learn how to copy the rejected filing so that you can make changes to refile, click here | |
|---|---|
| **Document Details** | |
| **Case Number** | 2016D009534 |
| **Case Name** | PETER MATT-vs-MEGAN MATT |
| **Date/Time Submitted** | 9/9/2022 12:21 PM CST |
| **Filing Type** | EFileAndServe |
| **Filing Description** | Exhibit F (Meeting of Creditors Scheduled) Response to Michael Bender's PRTSC Fees |
| **Filing Code** | Exhibits Filed |
| **Filed By** | Megan Mason |
| **Filing Attorney** | |

[Quoted text hidden]

**EXHIBIT EE**



Megan M <megan42@gmail.com>

---

## Filing Returned for Envelope Number: 16422640 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Brief Filed
1 message

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Tue, Jan 25, 2022 at 12:35 PM



# Filing Returned

Envelope Number: 16422640
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations |
| Returned Reason | Rejected Rejected |
| Returned Comments | No rejection comment was provided. Please contact the court into which you are filing for more information.<br><br>We can not accept the instruction sheets. |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 1/25/2022 6:31 AM CST |
| Filing Type | EFileAndServe |
| Filing Description | |
| Activity Requested | Brief Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.



Megan M <megan42@gmail.com>

---

## Filing Returned for Envelope Number: 16422640 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Report Or Record Of Proceedings Filed

1 message

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Tue, Jan 25, 2022 at 12:35 PM



# Filing Returned

Envelope Number: 16422640
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | Cook County - Domestic Relations |
| Returned Reason | Rejected Rejected |
| Returned Comments | The wrong filing code, this is not the appelate court.<br><br>We can not accept the instruction sheets. This is a appellate document, this is not the appellate court |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 1/25/2022 6:31 AM CST |
| Filing Type | EFileAndServe |
| Filing Description | Bystander Report |
| Activity Requested | Report Or Record Of Proceedings Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

 Gmail

**Megan M <megan42@gmail.com>**

---

## Filing Returned for Envelope Number: 16422640 in Case: 2016D009534, PETER MATT-vs-MEGAN MATT for filing Motion Filed

1 message

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Tue, Jan 25, 2022 at 12:35 PM



# Filing Returned

Envelope Number: 16422640
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Court** | Cook County - Domestic Relations |
| **Returned Reason** | Rejected |
| **Returned Comments** | We can not accept the instruction sheets. This is a appellate document, this is not the appellate court |

To learn how to copy the rejected filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| **Case Number** | 2016D009534 |
| **Case Style** | PETER MATT-vs-MEGAN MATT |
| **Date/Time Submitted** | 1/25/2022 6:31 AM CST |
| **Filing Type** | EFileAndServe |
| **Filing Description** | Motion to enter Bystander Brief |
| **Activity Requested** | Motion Filed |
| **Filed By** | Megan Mason |
| **Filing Attorney** | |

If you are not represented by a lawyer, we want to improve your e-filing experience. Please click here to fill out a short survey.

EXHIBIT HH

 Gmail

**Megan M <megan42@gmail.com>**

---

## Witness this am at 8:30?

---

**Megan Mason** <megan42@gmail.com>                                  Sat, Mar 5, 2022 at 8:56 AM
To: Megan Mason <megan42@gmail.com>
Bcc: Michael Woolf <minister@lakestreet.org>, Jillian Westerfield <jwesterfield@lakestreet.org>, Barb Vaughan
<barb.vaughan@yahoo.com>, Delane Haro <delanewharo@gmail.com>

Friends, I just wanted to share with you a little good news and offer up a prayer of thanksgiving for Ms. Janice Thompson, an employee in the Clerk of the Circuit Court of Chicago! I reached out to you earlier this week because you are folks who are familiar with my case and who have the types of jobs that sometimes allow daytime zoom calls. But you also happen to be people I consider part of my own faith community and with whom I can be open about my spiritual journey.

As I prepared for Court I prayed that God would please send me some sign that someone can help me. I believe both spiritually and intellectually that if I can keep loudly and clearly telling the truth about the wrongs I witness that I can help bring change. But I also know this might take two, five, ten years. I just prayed to have some small sign that I am being heard, that my work on this matters.

I believe my prayers were answered. On Thursday I received a phone call from a woman named Janice Thompson. Ms. Thompson works in the Civil Appeals Division of the Circuit Court. She prepares the record for the Appeals court, it's a very important part of the process.  I can't file my actual appellate brief (case) until the Appeals Court has the official record from the Circuit Court. The appeals process is complicated with lots of deadlines and I've always known that the other attorneys would try to make me miss deadlines. Ms. Thompson informed me that she works for the Circuit Court and prepares the record. Although I'd submitted my request and it was approved (stamped) on January 24th, she didn't get it on her desk until February 28th. The deadline for her to transfer the record had been February 9th. I asked her if I had made any errors to cause this and she answered (the truth!!!!!) that no, there had been some mixups with the other clerks. It wasn't my fault.

Ms. Thompson further gave me advice on how to file a motion for an extension. Then yesterday, when I had the deadline extended to March 18th, Ms. Thompson called me again and mentioned that all of my exhibits were missing labels. I'm new to this, obviously, and I submitted the exhibits (evidence) electronically, with the required format in the file name (Exhibit A, Exhibit B....). But Ms. Thompson had received printed copies and hadn't written titles. She went through my file and personally added labels to more than twenty documents. She didn't need to do this. She did this because she is a woman of integrity who wants to do her job right.

I can't express to you how good it felt to be on the phone with this polite, calm woman, talking to me as if I'm a human being who matters, speaking truthfully and doing her job. I'm just filled with gratitude for this reminder of how many good, decent people there are and what good it does for all of us to have professional civil servants. I wanted to share this with you because you've been there for me to hear the "bad" but I also want to share the good. I know my faith that there is more goodness to be found has been strengthened.

Love,
Megan

[Quoted text hidden]





**Megan M <megan42@gmail.com>**

## Filing Accepted for Case: 2016D009534; PETER MATT-vs-MEGAN MATT; Envelope Number: 19542841

4 messages

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: megan42@gmail.com

Mon, Sep 19, 2022 at 11:50 AM



# Filing Accepted

Envelope Number: 19542841
Case Number: 2016D009534
Case Style: PETER MATT-vs-MEGAN MATT

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| Court | Cook County - Domestic Relations |
| Case Number | 2016D009534 |
| Case Style | PETER MATT-vs-MEGAN MATT |
| Date/Time Submitted | 9/19/2022 11:42 AM CST |
| Date/Time Accepted | 9/19/2022 11:50 AM CST |
| Accepted Comments | |
| Filing Type | EFileAndServe |
| Filing Description | Request for record on appeal filed on Sept. 15, 2022 |
| Activity Requested | Request For Preparation Of The Record |
| Filed By | Megan Mason |
| Filing Attorney | |
| Hearing Date | No hearing scheduled |
| Court Room Number | No hearing scheduled |
| Court Address | No hearing scheduled |

| Document Details | |
|---|---|
| Lead Document | Request for Record on Appeal Matt.pdf |
| Lead Document Page Count | 1 |
| File Stamped Copy | Download Document |
| This link is active for 45 days. | |

If the link above is not accessible, copy this URL into your browser's address bar to view the document:
https://illinois.tylerhost.net/ViewDocuments.aspx?FID=8bbcee6a-ca1f-4a10-8d45-00f57a55d6cc

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

---

**Megan Mason** <megan42@gmail.com>                                Mon, Sep 19, 2022 at 12:37 PM
To: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>
Cc: "Janice L. Thompson (Circuit Court)" <jlthompson@cookcountycourt.com>

Hi. Ms. Peterson,

I just wanted to follow up on a phone call I received from a member of your staff at 12:25pm today. She said her name was "Ms. Sung". The phone number she called me from was (312) 603- 5500. Your staff member informed me that she had received a filing from me and that she would not be able to assist me. She said, "your request was filed in the Domestic Relations Court, this is for the Apellate Court". I informed your staff person that no, the trial court (in this case Domestic Relations Division of the Circuit Court) prepares the record on appeal. I, as the appellant am required under Illinois to file a request with your office (The Clerk of the Circuit Court) and your office (The Clerk of the Circuit Court) is required to prepare the record.

This is the second appeal I have filed in this district. The first time, due to reasons that have never been explained to me, the request was received by your office and misplaced and delayed for over a month. The record was not delivered to the Apellate Court on time. For this reason I have paid attention to the minutest detail of the process for requesting the record on appeal. I have prepayed the $70, though I do maintain the fee is due one the record is prepared, not prior to commencement. I have filed my request twice. I have attempted to call you three times. I have emailed you and other staff multiple times.

The person on the phone who identified herself as Ms. Sung said that "I have this envelope from you and I don't know what to do with it". I said, I did not give you an envelope. I efiled a request to prepare the record on appeal". I efiled it September 15th, again on September 19th. I am attaching it here, Ms. Peterson. Please take the necessary steps to prepare the record on appeal now.

Kind Regards,
Megan Mason
[Quoted text hidden]

 **Stamped Request for Record on Appeal Matt (2).pdf**
269K

---

**Gretchen L. Peterson (Circuit Court)** <glpeterson@cookcountycourt.com>          Mon, Sep 19, 2022 at 1:11 PM
To: Megan Mason <megan42@gmail.com>
Cc: "Janice L. Thompson (Circuit Court)" <jlthompson@cookcountycourt.com>

Good Afternoon,


That call did not come from the Civil Appeals Division & I do not know who called you. We have your request and will process for the date due.


Gretchen Peterson

Chief Deputy Clerk

Civil Appeals Division

50 W Washington

Chicago, Il. 60602

Room 801

312-603-5523 (Office)

312-603-5714 (Fax)

glpeterson@cookcountycourt.com

www.cookcountyclerkofcourt.org



**From:** Megan Mason <megan42@gmail.com>
**Sent:** Monday, September 19, 2022 12:38 PM
**To:** Gretchen L. Peterson (Circuit Court) <glpeterson@cookcountycourt.com>
**Cc:** Janice L. Thompson (Circuit Court) <jlthompson@cookcountycourt.com>
**Subject:** Fwd: Filing Accepted for Case: 2016D009534; PETER MATT-vs-MEGAN MATT; Envelope
Number: 19542841

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking
links, or responding to this email.

---

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                   Wed, Sep 21, 2022 at 10:56 AM
To: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>
Cc: "Janice L. Thompson (Circuit Court)" <jlthompson@cookcountycourt.com>, "JOSEPH HODAL (States Attorney)"
<joseph.hodal@cookcountyil.gov>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>

Hi Ms. Peterson,

Given my concerns about inconsistencies and inaccuracies by some of your employees, I also wanted to follow up to
make sure my response to the original petition for the order under appeal, in the form of duly filed motion to dismiss the
action, is included in the record. I'm attaching here the document filed on July 5th and the receipt from when your clerks
accepted it three business days later.

Kind Regards,
Megan Mason
[Quoted text hidden]

---

**2 attachments**

 **Gmail - Filing Accepted for Case_ 2016D009534; PETER MATT-vs-MEGAN MATT; Envelope Number_
18532371.pdf**
123K

 **Megan M <megan42@gmail.com>**

---

## Filing Submitted for Case: 2016D009534; PETER MATT-vs-MEGAN MATT; Envelope Number: 19510572

2 messages

---

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>    Thu, Sep 15, 2022 at 2:36 PM
To: megan42@gmail.com



# Filing Submitted

Envelope Number: 19510572
Case Number: 2016D009534
Case Name: PETER MATT-vs-MEGAN MATT

The filing below has been submitted to the clerk's office for review and assigned **Envelope Number: 19510572**. You will be notified by email in 24-48 hours if your filing has been accepted or rejected.

| Filing Details | |
|---|---|
| Court | Cook County - Domestic Relations - District 1 - Chicago |
| Date/Time Submitted | 9/15/2022 2:34 PM CST |
| Filing Type | EFileAndServe |
| Filing Description | |
| Filing Code | Request Filed |
| Filed By | Megan Mason |
| Filing Attorney | |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay. |
| If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |

| This envelope is pending review and fees may change. | |
|---|---|
| Case Fee Information | $0.00 |
| Request Filed | $0.00 |
| Request Filed | $0.00 |

**Total:**$0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| Lead Document | Request for Record on Appeal Matt.pdf |
| Lead Document Page Count | 1 |
| File Copy | Download Document |
| This link is active for 45 days. | |

EXHIBIT LL

**ODYSSEY eFileIL**

3. Once you select the Filing Code, you have the option of filling out four boxes, but they are not required.
   a. Filing Description (optional)
      i. This is just for you to remember what you are filing.
   b. Client Reference Number (optional)
      i. This is a tracking number for lawyers to use to know which client's case they are filing in. Since you are representing yourself, you won't use this box.
   c. Comments to Court (optional)
      i. These comments are for the court reviewer to read when assessing your document.
   d. Courtesy Copies (optional)
      i. You may enter a list of email addresses (separated by a comma) for where you want the document sent.
         ℹ️ **Note: this is a courtesy and does NOT qualify for service of process or proper notice.**

## Explanation of Lead Documents, Attachments, and Document Size

**What is a Lead Document?**
➢ Any document that you need the court to look at to be able to give you what you want.
   o For example, if you want the court to grant your request to move your court date, upload your Motion for a Continuance as a Lead Document.
➢ All notice documents (such as a Notice for Court Date, Notice of Motion) are Lead Documents.
➢ You can file more than one Lead Document at a time.
   o For example, you could have Lead Document 1: Notice of Motion; Lead Document 2: Motion for a Continuance; and Lead Document 3: Application for Waiver of Court Fees.
   o An *Application for Waiver of Court Fees* is always a Lead Document and should be filed at the same time as your other documents. If the court already approved your Application for Waiver of Court Fees, you should file a copy of the approved *Order* as an attachment to anything you file after that.

**What are Attachments?**
➢ A category of filing that is only an option in some counties and for some types of Filing Codes. If you don't see Attachments as an option, file everything in the Lead Document section. You can do that by making the Lead Document and any attachments/exhibits one PDF, and upload as a Lead Document.
➢ Any document that you reference in your Lead Document, but is not technically part of the Lead Document. They are usually called exhibits or attachments.
   o For example, if you write an Answer in an eviction case saying why you shouldn't be evicted, that written explanation is the Lead Document. In the Answer, you reference a receipt for paying rent. The copy of the receipt could be labeled Exhibit or Attachment 1 and would be an Attachment, not a Lead Document.

**What are the Document Size Limits?**
➢ For Trial Courts, each document cannot be larger than 25MB and a combined total of 50MB per filing.
➢ For the Supreme Court and the Appellate Courts the file size limit is to 150MB.

**Need Help? Call Odyssey's Filer Support Number: 1-800-297-5377**

EF-U 3708.2                    Page 3 of 7                    (07/18)

**EXHIBIT MM**

                                                        Megan M <megan42@gmail.com>

---

## Refusal of clerks to certify documents
14 messages

---

**Megan Mason** <megan42@gmail.com>                                     Tue, Aug 30, 2022 at 2:10 PM
To: tzmiller@cookcountycourt.com
Cc: "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "ELIZABETH BROGAN (States Attorney)"
<ELIZABETH.BROGAN@cookcountyil.gov>

Ms. Miller,

Last month I raised the issue of your clerks inappropriately rejecting my pleadings. Again, I have filed a petition with
affidavit and certificate of service affixed. This is standard procedure and I believe allowable under Illinois law. Please
protect my constitutional right to access the judicial process as protected under federal and state law. Please confirm that
this petition has been filed or offer a legal basis for refusal. Please advise your staff to cease and desist harassing me and
interfering with my necessary legal actions.

Sincerely,
Megan Mason, Pro Se Respondent 2016 D 9534

---

**2 attachments**

 **Refusal to file 29Aug22.pdf**
129K

 **Megan Mason's Section 2-1401 Petition to Vacate the August 28, 2022 Finding of Contempt and Order .pdf**
3055K

---

**Talitha Z. Miller (Circuit Court)** <tzmiller@cookcountycourt.com>          Tue, Aug 30, 2022 at 3:51 PM
To: Megan Mason <megan42@gmail.com>
Cc: "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "ELIZABETH BROGAN (States Attorney)"
<ELIZABETH.BROGAN@cookcountyil.gov>

Good Afternoon Ms. Mason,


Please provide a contact number for the process to be properly explained to you.


# Talitha Miller

## Assistant Chief Deputy Clerk

## Domestic Relations Division

## Iris Y. Martinez , Clerk of the Circuit Court of Cook County

## Richard J Daley Center

50 W. Washington, Room 802

Chicago, IL  60602     **EXHIBIT MM**

312-603-6986-Ph.

tzmiller@cookcountycourt.com -Email

www.cookcountyclerkofcourt.org –Website


Clerk of the Circuit Court
Cook County
First Judicial District
State of Illinois

---

**From:** Megan Mason [mailto:megan42@gmail.com]
**Sent:** Tuesday, August 30, 2022 2:11 PM
**To:** Talitha Z. Miller (Circuit Court) <tzmiller@cookcountycourt.com>
**Cc:** JOSEPH HODAL (States Attorney) <joseph.hodal@cookcountyil.gov>; ELIZABETH BROGAN (States Attorney) <ELIZABETH.BROGAN@cookcountyil.gov>
**Subject:** Refusal of clerks to certify documents

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                    Tue, Aug 30, 2022 at 4:37 PM
To: "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>

Ms. Miller,

I require a written response. Enter the pleading or provide a writen "explanation", please. You may continue communicating with me using the email of record: megan42@gmail.com.

Kind Regards,
Megan Mason
[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                    Tue, Aug 30, 2022 at 4:48 PM
To: "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>

EXHIBIT MM

Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>

And, Ms. Miller, I understand you are not authorized in your authority to make determinations under Illinois law. This is why your obstinate refusal to file a document is puzzling - clerks are to file documents promptly for pro se litigants as with any attorney. I would like to draw your attention to Illinois rule `735 ILCS 5/2-606) (from Ch. 110, par. 2-606` which reads:

```
"Sec. 2-606. Exhibits. If a claim or defense is founded upon a written instrument, a copy
thereof, or of so much of the same as is relevant, must be attached to the pleading as an
exhibit or recited therein, unless the pleader attaches to his or her pleading an
affidavit stating facts showing that the instrument is not accessible to him or her. In
pleading any written instrument a copy thereof may be attached to the pleading as an
exhibit. In either case the exhibit constitutes a part of the pleading for all purposes.
(Source: P.A. 82-280.)".
```

I would like to specifically note that Mr. Christopher Wehrman, my prior counsel and every other attorney I've observed using Odyssey file is in the habit of filing the pleading with the certificate of services and exhibits affixed. Yes I may enter an individual exhibit or other document. I may also affix it to the pleading.

I want to be clear that I am copying your attorneys here because you, along with Ms. Iris Martinez, Lori Garner, Dorothy Brown and other colleagues are named in a complaint I am presently filing in the Northern District of Illinois. The main concern is my ongoing civil rights violations. I am copying them here to make them aware that the violations are ongoing as they will, within the next two weeks, be in receipt of a motion for injunctive relief to stop what you're doing.

It's not your job to interpret the law or decide to deny me justice, it's your job to file the document and to protect my rights. Do it, ma'am.

[Quoted text hidden]

---

**Talitha Z. Miller (Circuit Court)** <tzmiller@cookcountycourt.com>          Tue, Aug 30, 2022 at 6:15 PM
To: Megan Mason <megan42@gmail.com>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Turyia T. Clay (Circuit Court)" <ttclay@cookcountycourt.com>

Good Evening Ms. Mason,


You cannot file multiple documents in the eFiling system. Every document has a code in the eFiling system.  If you look at the document that you sent to me in a previous email it tells you what you should use.



Kind Regards,

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>          Fri, Sep 9, 2022 at 11:49 AM
To: "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Turyia T. Clay (Circuit Court)" <ttclay@cookcountycourt.com>

That is not the standard applied to attorneys. That is not codified. That is discriminatory and intended to curb my right to access justice. You cannot apply different standards to different classes of litigants. Shame on you. The one duty you have is to protect the fair operation of our courts and you cannot do that. You and your colleagues disgrace the state of Illinois.

[Quoted text hidden]

**EXHIBIT MM**

---

**Megan Mason** <megan42@gmail.com>                                    Fri, Sep 23, 2022 at 3:30 PM
To: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States
Attorney)" <joseph.hodal@cookcountyil.gov>, "Turyia T. Clay (Circuit Court)" <ttclay@cookcountycourt.com>, "Talitha Z. Miller
(Circuit Court)" <tzmiller@cookcountycourt.com>

Ms. Peterson,

Will you kindly clarify the Clerk's Policy on below and settle a disagreement between myself and Ms. Miller,
an employee in your office. Ms. Miller asserts that I must submit all documents, including exhibits, as
separate files. I allege that Ms. Miller is causing unnecessary delay and interfering with my right to access
justice in your division. I allege that she is imposing a separate policy on me that is more burdensome than
that of other litigants. I have been faced with delays of as long as a week to get pleadings filed, with no
legitimate basis for the delay given.

I don't believe I should have a separate policy for filing documents than that of others. I know from common
practice among attorneys that I've observed, Odyssey File Users often submit documents as one PDF with
the exhibits appended to the file.

In fact, if you refer to the attached document from The Illinois Court Website, called, "E-filing Guide for Self-
Represented Litigants", it reads on page 3:
*"What are Attachments?  A category of filing that is only an option in some counties and for some types of
Filing Codes. If you don't see Attachments as an option, file everything in the Lead Document section. You
can do that by making the Lead Document and any attachments/exhibits one PDF, and upload as a Lead
Document.  Any document that you reference in your Lead Document, but is not technically part of the Lead
Document.  **They are usually called exhibits or attachments.  For example, if you write an Answer in
an eviction case saying why you shouldn't be evicted, that written explanation is the Lead
Document. In the Answer, you reference a receipt for paying rent. The copy of the receipt could be
labeled Exhibit or Attachment 1 and would be an Attachment, not a Lead Document."***

Please clarify the exact policy and assure me that I am given appropriate acccess to justice.

Kind Regards,
Megan Mason

[Quoted text hidden]

---

 **Odyssey File Instructions.pdf**
761K

---

**Turyia T. Clay (Circuit Court)** <ttclay@cookcountycourt.com>                    Tue, Sep 27, 2022 at 11:10 AM
To: Megan Mason <megan42@gmail.com>, "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States
Attorney)" <joseph.hodal@cookcountyil.gov>, "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>, "Samuel Z.
Williams Jr (Circuit Court)" <szwilliams@cookcountycourt.com>

Good morning Ms. Mason:

EXHIBIT MM

Can you please provide a contact number, so we may assist you with your filings? Thank you.

Kind regards,

## Turyia Clay

Chief Deputy Clerk

Domestic Relations Division

Iris Martinez, Clerk of the Circuit Court of Cook County

50 W Washington, Rm 802

Chicago, IL 60602

Tel: 312-603-6352  Fax: 312.603.6336

ttclay@cookcountycourt.com

Website: www.cookcountyclerkofcourt.org



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                      Tue, Sep 27, 2022 at 11:58 AM
To: "Turyia T. Clay (Circuit Court)" <ttclay@cookcountycourt.com>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Samuel Z. Williams Jr (Circuit Court)" <szwilliams@cookcountycourt.com>, "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>

Hi Ms. Clay,

I don't require assistance, I require my First Amendment right to petition the government. Please confirm the Record on Appeal will be ready on Thursday. If you have a question or would like to share resources you are welcome to do so by email.

Kindly,
Megan Mason

[Quoted text hidden]

---

**Turyia T. Clay (Circuit Court)** <ttclay@cookcountycourt.com>          Tue, Sep 27, 2022 at 1:37 PM
To: Megan Mason <megan42@gmail.com>, "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>

**EXHIBIT MM**

Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Samuel Z. Williams Jr (Circuit Court)" <szwilliams@cookcountycourt.com>, "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>

Hi Gretchen:

Please see email below re: confirmation of Record of Appeal.

Ms. Mason, if you need assistance with eFiling, please provide a contact number; so we may assist you and answer any questions you may have regarding your filing. You can also call me at 312-603-6352.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                          Tue, Sep 27, 2022 at 2:12 PM
To: "Turyia T. Clay (Circuit Court)" <ttclay@cookcountycourt.com>
Cc: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Samuel Z. Williams Jr (Circuit Court)" <szwilliams@cookcountycourt.com>, "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>

Hi Ms. Clay,

I want a written policy regarding attaching exhibits to motions, petitions and responses. I believe I am allowed to do it, as are other Odyssey File Users. Is it a policy that I may not? You are attempting to avoid answering this question because, I imagine, your employee unjustly refused to file my documents that were filed according to rules. I'm not interested in you "explaining" what *my* policy is, I'm demanding that you provide the written policy of The Clerk of the Circuit Court of Cook County.

May all users, including pro se users, attach exhibits to pleadings when uploading to Odyssey File or may they not?

May attorneys attach exhibits to pleadings when uploading to Odyssey File or may they not?

Are you refusing to provide a written policy?

Sincerely,
Megan Mason
[Quoted text hidden]

---

**Turyia T. Clay (Circuit Court)** <ttclay@cookcountycourt.com>              Tue, Sep 27, 2022 at 2:48 PM
To: Megan Mason <megan42@gmail.com>
Cc: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Samuel Z. Williams Jr (Circuit Court)" <szwilliams@cookcountycourt.com>, "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>

Hi Ms. Mason:

In response to your email below, you should separate your documents and not include multiple documents as one filing. For example, if you are filing a Notice of Motion, Motion and Exhibits you should file each document as such. The documents should be uploaded separately, but can be filed within the same envelope, by selecting the correct filing code for each filing.

It is not the desire of the Clerk's Office to prohibit anyone from filing their documents; however, we just want to ensure that all filings are reflected on the docket correctly. This will allow our office to locate documents

easily in the event that an appeal or audit is requested on the case and we need to prepare the file. Hopefully, I have addressed all of your concerns and this matter is resolved. If not, please do not hesitate to contact me directly to further discuss any pending issues and/or concerns.

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>                                                    Tue, Sep 27, 2022 at 3:16 PM
To: "Turyia T. Clay (Circuit Court)" <ttclay@cookcountycourt.com>
Cc: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Samuel Z. Williams Jr (Circuit Court)" <szwilliams@cookcountycourt.com>, "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>

Hi Ms. Clay,

Unfortunately the matter is not resolved. To make it clearer, I am putting my question in bold:

**May users of Odyssey File attach an exhibit to a pleading such as a motion, petition or response or is it prohibited by rule?**

Ms. Clay you are right to point out that I may not file a notice of filing attached to a pleading. This is information that I was able to learn reading the instructions from the state of Illinois attached here again for your reference. If your employee were to reject a pleading for attaching a lead document, which I learned a NOF is, then they should note as much. And then I could correct it. I'm talking about when they rejected a pleading because an exhibit was attached.

I just filed a Docketing Statement with the First Appellate Court and noticed the option to add an attachment. As referenced in the instructions attached, in that case I could add exhibits to the document. The option is not available in the Domestic Relations Division Odyssey File. version According to the rules as written in the attached we are allowed to add the exhibits to the pleading in one pdf.

Please confirm that I may add exhibits to pleadings and please ensure your staff follow the law in this and all matters.

Kindly,
Megan Mason
[Quoted text hidden]

 **Odyssey File Instructions (1).pdf**
761K

---

**Turyia T. Clay (Circuit Court)** <ttclay@cookcountycourt.com>                        Tue, Sep 27, 2022 at 3:45 PM
To: Megan Mason <megan42@gmail.com>
Cc: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Samuel Z. Williams Jr (Circuit Court)" <szwilliams@cookcountycourt.com>, "Talitha Z. Miller (Circuit Court)" <tzmiller@cookcountycourt.com>

Ms. Mason:

According to your email below, you have indicated that that: *As referenced in the instructions attached, in that case I could add exhibits to the document. The option is not available in the Domestic Relations Division Odyssey File. version According to the rules as written in the attached we are allowed to add the exhibits to the pleading in one pdf.*

If the option is not available for you the in the Odyssey eFile, you can upload your exhibits as such by selecting *exhibits filed* as the filing type. I will speak to our legal team regarding this matter. Thank you.

[Quoted text hidden]

June 8, 2021 Docket



| Case Information Summary for Case Number 2016D009534 | |
|---|---|

| | |
|---|---|
| Filing Date: 10/13/2016 | Case Type: PETITION FOR DISSOLUTION OF MARRIAGE |
| Division: Domestic Relations Division | District: First Municipal |
| Ad Damnum: $0.00 | Calendar: 23 |

**Party Information**

| **Plaintiff(s)** | | **Attorney(s)** |
|---|---|---|
| MATT PETER | | SWANSON MARTIN BELL LLP |
| | | 330 N WABASH ST |
| | | CHICAGO IL, 60611 |
| | | (312) 321-9100 |
| **Defendant(s)** | **Defendant Date of Service** | **Attorney(s)** |
| MATT MEGAN | | O LONG LAW LLC |
| | | 807 GREENWOOD STREET |
| | | EVANSTON IL, 60201 |
| | | (312) 590-3662 |

Pro Se Appearance on June 8, 2021 Docket

Microfilm: 00000000

Activity Date: 06/12/2020                          Participant: MATT PETER

LETTER RETURNED FILED

Attorney: PRO SE

Microfilm: DR100000000

Activity Date: 07/06/2020                          Participant: MATT PETER

CASE SET ON PROGRESS CALL

Date: 07/20/2020                    Judge: JOHNSON, ROBERT W.
Court Time: 0900                    Microfilm: 100000000

Activity Date: 07/21/2020                          Participant: MATT PETER

CONTINUANCE - ALLOWED -

Date: 08/20/2020                    Judge: JOHNSON, ROBERT W.
Court Time: 1500                    Microfilm: 100000000

Activity Date: 07/21/2020                          Participant: MATT MEGAN

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Judge: JOHNSON, ROBERT W.
Microfilm: 100000000

Activity Date: 08/11/2020                          Participant: MATT MEGAN

EXHIBITS FILED

Attorney: TROWBRIDGE BRADLEY R
Court Time: 1200                    Microfilm: 100000000

Activity Date: 08/11/2020                          Participant: MATT MEGAN

EXHIBITS FILED

Attorney: TROWBRIDGE BRADLEY R
Court Time: 1200                    Microfilm: 100000000

Activity Date: 08/11/2020                          Participant: MATT MEGAN

Exhibit NN Continued

Docket as of September 30, 2022:



July 21, 2020 Pro Se Appearance on September 30, 2022 Docket:

