**Gmail**                 Megan M <megan42@gmail.com>

## Matt/Mason 2016 D 9534
4 messages

---

**Justyn Brodacz** <JBrodacz@caesarbenderlaw.com>      Fri, Oct 7, 2022 at 4:30 PM
To: "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>, Megan Mason <megan42@gmail.com>, "Christopher D. Wehrman" <CWehrman@kgwlaw.com>

Dear Judge Johnson:

Please see the attached order regarding a 215 Evaluation. I am submitting this in Word in case Your Honor has any changes to the order.

Thank you,

**Justyn Brodacz**

*Associate Attorney*

CAESAR & BENDER, LLP

150 N. Michigan Avenue, Suite 2130

Chicago, IL 60601

(312) 236-1500

---


**2022.10.7 Order - 215.docx**
28K

---

**Christopher D. Wehrman** <CWehrman@kgwlaw.com>      Fri, Oct 7, 2022 at 4:31 PM
To: Justyn Brodacz <JBrodacz@caesarbenderlaw.com>, "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>, Megan Mason <megan42@gmail.com>

Attached is the second order you requested.  Also in Word in the event you have additions or edits.

Chris

Christopher D. Wehrman

KATZ, GOLDSTEIN & WARREN

EXHIBIT CCC

Chicago Office:

410 N. Michigan Ave., Suite 400

Chicago, IL 60611

Telephone: 847-317-9500

Facsimile: 847-317-0286

E-mail: cwehrman@kgwlaw.com

or visit our website at: http://www.kgwlaw.com


Lake County Office:

2345 Waukegan Road, Suite 150

Bannockburn, IL 60015



*This message which contains information from a law firm, and any accompanying documents contain information that is confidential and privileged. If you have received this communication in error (you are not the addressee or authorized to receive this message for the addressee), you may not use, copy, or disclose the message or any information or accompanying documents contained in the message. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please advise the sender by reply e-mail and delete the message. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, lost or destroyed, or contain viruses. Also, please note that it is possible to spoof or fake the return address found in the From section of an Internet email. There is no guarantee that the sender listed in the From section actually sent the email. You are deemed to have accepted these risks if you communicate with us by e-mail.*

[Quoted text hidden]

 **Matt - proposed order 10.7.22.doc**
29K

---

**Megan Mason** <megan42@gmail.com>  Fri, Oct 7, 2022 at 4:41 PM
To: "Christopher D. Wehrman" <CWehrman@kgwlaw.com>
Cc: "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>, Justyn Brodacz <JBrodacz@caesarbenderlaw.com>, Michael I Bender <mbender@caesarbenderlaw.com>

Parties,

I did not appear at a hearing where this was discussed. I did not present my Petition. I did discuss with Ms. K Mason presenting this as well as my newest motion to dismiss Michael Bender but have not done so.

Ms. Mason and Mr. Johnson are both attorneys who have filed appearances in another federal action in which I am plaintiff. I assumed they removed themselves yesterday.

What hearing are you taking about? Why were ex parte proceedings conducted?

Megan

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>  Fri, Oct 7, 2022 at 5:01 PM
To: "Christopher D. Wehrman" <CWehrman@kgwlaw.com>
Cc: "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>, Justyn Brodacz <JBrodacz@caesarbenderlaw.com>, Michael I Bender <mbender@caesarbenderlaw.com>

Sorry, I realized I mistyped. Ms. Mason and Mr. Johnson *have* attorneys: Joseph Hodal and Elizabth Brogan for Ms. Mason. Robert Johnson is represented by Erin Walsh.

[Quoted text hidden]