**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

| | | |
|---|---|---|
| IN RE THE MARRIAGE OF: | ) | |
| | ) | |
| PETER MATT, | ) | No. 2016 D 9534 |
|     *Petitioner*, | ) | |
|   and | ) | |
| | ) | Calendar: 23 |
| MEGAN MASON, | ) | |
|     *Respondent*. | ) | |

**ORDER**

This matter coming to be heard for Megan Mason's presentment of her "Section 2-1401 Petition to Vacate the August 25, 2022 Finding of Contempt and Order," and "Motion to Terminate Guardian Ad Litem Appointment;" Peter Matt appearing through counsel; the Guardian *ad Litem* appearing; the parties having proper notice; Megan Mason failing to appear; the Court being fully advised in the premises; Megan Mason having sent a threatening communication to courtroom personnel; Megan Mason having previously argued to the Court without a rationally explainable basis for her words; and Megan Mason having previously been found to be an endangerment to her children;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Megan Mason is ordered to submit to an Illinois Supreme Court Rule 215 Evaluation (Rule 215).

2. The Rule 215 evaluator is to provide a diagnosis, prognosis, treatment plan, as well as needed safety precautions regarding Megan Mason's risk of harm to other persons including, but not limited to, her children, Peter Matt, the Court, court personnel, attorneys, past and present court appointed persons, and/or the families of any of these persons. Additionally, this evaluation is to include without limitation an assessment of Megan Mason's ability to understand her environment, as well as any psychosis, neurosis, and ability to maintain rational thoughts.

3. The Rule 215 Evaluation shall be paid for by Cook County.

4. The Court will determine who is to conduct the Rule 215 Evaluation.

ENTERED:

CAESAR & BENDER, LLP
*Guardian ad litem*                       _____
150 N. Michigan Ave., Suite 2130         JUDGE                 Date
Chicago, IL 60601
312-236-1500

1

Atty No. 63030
service@caesarbenderlaw.com

2