

Megan M <megan42@gmail.com>

## Matt/Mason 2016 D 9534

**Megan Mason** <megan42@gmail.com>  Wed, Oct 12, 2022 at 8:27 AM
To: "Christopher D. Wehrman" <CWehrman@kgwlaw.com>
Cc: "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>, Justyn Brodacz <JBrodacz@caesarbenderlaw.com>, Michael I Bender <mbender@caesarbenderlaw.com>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "Walsh, Erin" <erin.walsh@ilag.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>

Parties,

Just to clarify, I am still waiting for clarification as to any hearing, ex parte meeting or other discussion between Mr. Matt's counsel and the court wherein a Section 215 evaluation was ordered. Please explain and provide any notes, briefs or documents related to such a side conversation from which any party representing my beneficial interest has been excluded. Also following up because I am concerned about Mr. Matt's interference with my children's right to access their mother. On Friday, October 7th, Mr. Wehrman emailed the below document describing an order that Robert Johnson was instructed to enter using the authority of the court. Since that time I know of no such order having been entered.

As of this filing I have not received an order from a sitting judge in Cook County, or any other Illinois judge, that prevents me from seeing my children. As of this writing I do not see an order revoking my parenting rights entered. Obviously, based on no fact or law, such an order is unwelcome and inappropriate. But to appeal an illegal ruling, it must be entered. Will it be entered? I'm attaching the screenshot below that shows that no such order has been entered as of this morning.

And yet yesterday, on October 11th, 2022, I texted with the court ordered visitation supervisor, Lous Sanchez, to confirm a meeting with my children that evening. By Mr. Matt's prior actions I am only allowed to see them on Tuesdays. Mr. Sanchez said there was a court order from Mr. Matt preventing this. Well I just don't think Mr. Matt or Mr. Wehrman is in fact authorized under Illinois to issue binding court orders. Of course, in my criminal complaints I have alleged that Robert Johnson and Michael Bender, personally, have acted in criminal conspiracy with Mr. Matt and Mr. Wehrman to retaliate against me as a federal witness. Are we in fact dispensing with a pretense of authority and allowing Mr. Matt to write his own court orders?

Are we dispensing with Illinois law entirely? Or do we intend to have orders signed by sitting judges and filed with the clerk?

Thanks,
Megan



[Quoted text hidden]