[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Megan Mason

Plaintiff )
)
) Case Number: 1:22-CV-2315
v. )
Iris Martinez et al ) Judge: Jorge Luis Alonso
)
)
Defendant )

## NOTICE OF MOTION

**TO:** Michael Bender, Bradley Trowbridge, John Palen

Christopher Wehrman, James Murphy-Aguilu

**PLEASE TAKE NOTICE** that on November 1, 2022 at 9:30 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge Luis Alonso or any judge sitting in his or her stead in **Courtroom** 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

PLAINTIFF'S MOTION TO RECUSE THE HONORABLE JUDGE JORGE LUIS ALON

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I provided service to the person or persons listed above by the following means: Mailed by first class mail, seprately, to all defendants listed

Signature: *Megan Mason*     Date: 10/14/2022

Name (Print): Megan Mason

Address: 419 Greenleaf Ave.     Phone: 917.518.1808

Wilmette, IL 60091

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]