Megan M <megan42@gmail.com>

## Matt/Mason 2016 D 9534

**CCC DomRelCR2108 (Chief Judge's Office)** <Ccc.Domrelcr2108@cookcountyil.gov>  Wed, Oct 12, 2022 at 2:59 PM
To: "Christopher D. Wehrman" <CWehrman@kgwlaw.com>, Justyn Brodacz <JBrodacz@caesarbenderlaw.com>
Cc: Michael I Bender <mbender@caesarbenderlaw.com>, Megan Mason <megan42@gmail.com>

Good afternoon:

Attached please find signed/stamped copies of the orders entered by the court on the captioned case.

Have a nice evening.

CALENDAR 23, COURTROOM 2108 Daley Center
**HOURS OF OPERATION: 8:30 am to 4:30 pm MONDAY THROUGH FRIDAY**
**Emails received outside of these hours will be responded to on the next business day.**

**EMAIL COMMUNICATION** to court personnel and judges shall be limited to scheduling and administrative purposes and shall not include information relating to the substantive matters or the issues on the merits. If email communication includes any language that could be construed as impermissible ex parte communication, neither court personnel nor judges will respond to the email.

**From:** Christopher D. Wehrman <CWehrman@kgwlaw.com>
**Sent:** Friday, October 7, 2022 4:31 PM
**To:** Justyn Brodacz <JBrodacz@caesarbenderlaw.com>; CCC DomRelCR2108 (Chief Judge's Office) <Ccc.Domrelcr2108@cookcountyil.gov>
**Cc:** Michael I Bender <mbender@caesarbenderlaw.com>; Megan Mason <megan42@gmail.com>
**Subject:** RE: Matt/Mason 2016 D 9534

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

---

[Quoted text hidden]

**2 attachments**

 **Matt 16 D 9534 Status Order.pdf**
285K

 **Matt v Mason 16 D 9534 Order.pdf**
286K