Gmail                                 **Megan M &lt;megan42@gmail.com&gt;**

## Matt/Mason 2016 D 9534

**Megan Mason** &lt;megan42@gmail.com&gt;                           Fri, Oct 14, 2022 at 9:04 PM
To: "Christopher D. Wehrman" &lt;cwehrman@kgwlaw.com&gt;, Michael I Bender &lt;mbender@caesarbenderlaw.com&gt;
Cc: Justyn Brodacz &lt;JBrodacz@caesarbenderlaw.com&gt;, "ELIZABETH BROGAN (States Attorney)" &lt;elizabeth.brogan@cookcountyil.gov&gt;, "Walsh, Erin" &lt;erin.walsh@ilag.gov&gt;, "JOSEPH HODAL (States Attorney)" &lt;joseph.hodal@cookcountyil.gov&gt;

Parties,

I remain unaware of any proceedings, discussions or facts in support of orders received. I intend, as ever, to follow Illinois to the best of my ability. At the same time, I do believe I have a right to understand why there has been no fact submitted, basis stated, or fact alleged that would suggest I am a danger to any party. I deny any such allegations.

Please provide me with any evidence, facts or basis for the rulings. Please advise me of any hearings, ex parte conversations or other proceedings in the past two weeks, as referenced in the docket from The Circuit Court of Cook County. Please comply, as ever, with requirements to disclose ex parte communications (an example would be a hearing involving Mr. Matt and/or individuals representing his interest and Judge Robert Johnson, but excluding myself or anyone representing my beneficial interest). I do not know about a hearing on October 7th or any other date between September 13th, 2022 and the present date.

I am attaching a screenshot of the docket showing activity between October 5th, 2022 and the present date of which I am unaware. Please advise.

Kind Regards,
Megan Mason

I am attaching a recently updated Docket view of case 2016 D 9534.

Online Case Search | Clerk of the Circuit Court of Cook County      Clerk's Home Page      Select a Search Types ▼

**Full Electronic Docket Search** for Chancery, Domestic/Child Support, Civil and Law Searches

[Print View] [Search Again]

Activity Date: 10/06/2022                                                            Participant:
Affidavit Filed

Activity Date: 10/06/2022                                                            Participant:
Notice Filed

Activity Date: 10/07/2022                                                            Participant:
Notice Filed

Activity Date: 10/07/2022                                                        Participant: Mason, Megan (Matt)
Submit For Medical Examination - Allowed -
Judge: JOHNSON, ROBERT W.

Activity Date: 10/07/2022                                                        Participant: Mason, Megan (Matt)
Strike Or Withdraw Motion Or Petition - Allowed -
Judge: JOHNSON, ROBERT W.

Activity Date: 10/07/2022                                                        Participant: MATT, PETER
Case Set On Progress Call
Date: 11/15/2022                                                     Judge: JOHNSON, ROBERT W.
Court Time: 0930                                                Attorney: SWANSON MARTIN BELL LLP
Court Room: 2108

Activity Date: 10/07/2022                                                        Participant: MATT, PETER
Strike Future Court Date

[Quoted text hidden]