IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: THE MARRIAGE OF )
PETER MATT, )
    Petitioner, )
) Case No. 2016 D 9534
and )
)
MEGAN MATT, )
    Respondent. )

**ENTERED**
Judge Robert Johnson-2156
OCT 07 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**ORDER**

This cause coming before the Court for Megan Matt's presentment of her Section 2-1401 Petition to Vacate the August 25, 2020 Finding of Contempt and Order and Motion to Terminate Guardian Ad Litem Appointment, Peter Matt appearing through counsel and the GAL appearing, but Megan Matt failing to appear, and the Court being advised,

IT IS ORDERED:

1. Megan Matt's Section 2-1401 Petition to Vacate the August 25, 2020 Finding of Contempt and Order and Motion to Terminate Guardian Ad Litem appointment are stricken.

2. On the Court's motion, based on the communications, threats, and misbehavior of Megan Matt, a Rule 215 examination is hereby ordered by separate order.

3. Megan Matt's parenting time and contact by any means with the children is stayed pending further court order after the Rule 215 examination is completed based on her communications, threats, and misbehavior which poses a serious endangerment to the minor children.

4. The October 14, 2022 court date is stricken.

5. This matter is set for status on the Court's Rule 215 examination on November 15, 2022 at 9:30 a.m via Zoom. All other pending motions are entered and continued to said date.

#35921
Christopher D. Wehrman
Katz, Goldstein & Warren
410 N. Michigan Ave., Ste. 400
Chicago, IL 60611
847/317-9500
Attorneys for Peter Matt
pleadings@kgwlaw.com
Respondent: megan42@gmail.com
GAL: mbender@caesarbenderlaw.com

ENTERED:

_____
JUDGE

1