## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE THE MARRIAGE OF: | ) | |
| | ) | |
| PETER MATT, | ) | No. 2016 D 9534 |
| *Petitioner*, | ) | |
| and | ) | |
| | ) | Calendar: 23 |
| MEGAN MASON, | ) | |
| *Respondent*. | ) | |

ENTERED
Judge Robert Johnson-2156
OCT 07 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

### ORDER FOR SUPREME COURT RULE 215(D) IMPARTIAL PHYSICAL OR MENTAL EXAMINATION

This matter coming to be heard for Megan Mason's presentment of her "Section 2-1401 Petition to Vacate the August 25, 2022 Finding of Contempt and Order," and "Motion to Terminate Guardian Ad Litem Appointment;" Peter Matt appearing through counsel; the Guardian *ad Litem* appearing; the parties having proper notice; Megan Mason failing to appear; the Court being fully advised in the premises; Megan Mason having sent a threatening communication to courtroom personnel; Megan Mason having previously argued to the Court without a rationally explainable basis for her words; and Megan Mason having previously been found to be an endangerment to her children;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Megan Mason is ordered to submit to an Illinois Supreme Court Rule 215 Evaluation (Rule 215).

2. The Rule 215 evaluator is to provide a diagnosis, prognosis, treatment plan, as well as needed safety precautions regarding Megan Mason's risk of harm to other persons including, but not limited to, her children, Peter Matt, the Court, court personnel, attorneys, past and present court appointed persons, and/or the families of any of these persons. Additionally, this evaluation is to include without limitation an assessment of Megan Mason's ability to understand her environment, as well as any psychosis, neurosis, and ability to maintain rational thoughts.

3. Respondent shall appear for the examination with a physician chosen by the Administrative Office of the Illinois Courts, at a time, date and place arranged by the Administrative Office of the Illinois Courts, unless otherwise ordered by this Court.

4. The physician within twenty-one (21) days of the examination, shall file their report with the Administrative Office of the Illinois Courts. The Administrative Office shall make and distribute copies of the report to this court and the attorneys for the parties.

5. The Respondent's failure to appear for the examination and evaluation on the date, time and place arranged by the Administrative Office of the Illinois Courts may subject the Respondent to sanctions ordered by this court under Supreme Court Rule 219(c).

EXHIBIT JJJ

6. A signed copy of this order shall be sent to Ms. Monica Allen, Court Services Manager and the Administrative Office of the Illinois Courts located at 3101 Old Jackson Road, Springfield, IL 62704-6488 or via email to Mallen@illinoiscourts.gov.

7. The Rule 215 Evaluation shall be paid for by Cook County.

8. The Court will determine who is to conduct the Rule 215 Evaluation.

ENTERED:

_____
JUDGE                        Date

2