# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of            Case Number: 22 CV 02315

MEGAN MASON,
        Plaintiff,
   v.

THE CIRCUIT COURT OF COOK
COUNTY ILLINOIS, et al.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant James Murphy-Aguilu

| |
|---|
| Name   Elizabeth F Brogan |
| SIGNATURE   */s/ Elizabeth F. Brogan* |
| FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS   500 RICHARD J. DALEY CENTER |
| CITY/STATE/ZIP   CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6298657 | (312) 603-6638 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Elizabeth F. Brogan, Assistant State's Attorney, hereby certify that copies of the foregoing *Appearance* were served pursuant to the District Court's ECF system as to ECF filers, including Plaintiff's counsel, on October 17, 2022.

By: */s/ Elizabeth F. Brogan*
Elizabeth F. Brogan