

**United States District Court**
**Northern District of Illinois**

<span style="color:red">Judge Martha M. Pacold</span>

In the Matter of

Megan Mason et al

    v.

The Circuit Court of Cook County Illinois et al

Case No. 22-CV-2315

Designated Magistrate Judge
Young B. Kim

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

    I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.



**Judge Jorge L. Alonso**

Date: Friday, October 14, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, October 17, 2022

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

Based on a relationship with a Defendant.

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot