## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Megan Mason, et al.
                          Plaintiff,

v.                                                       Case No.: 1:22–cv–02315
                                                              Honorable Martha M. Pacold

Iris Martinez, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The parties are directed to file a reassignment joint status report by 11/15/2022. The parties should make all reasonable efforts to coordinate the preparation of a joint report. If the parties cannot communicate effectively to do so, however, then each party may file their own report. The parties should also file by 10/21/2022 a brief (1–page) joint status report (or, if they cannot reasonably file a joint status report, separate status reports) proposing a briefing schedule on plaintiff's emergency motion for temporary restraining order and permanent injunction [40]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.