# STATUS REPORT FOR REASSIGNED CASE

This case has been reassigned to the calendar of District Judge Martha M. Pacold. To help the court learn about the case, counsel shall confer, prepare, and file a joint status report, not to exceed five pages. If defense counsel has not yet filed an appearance, plaintiff's counsel should prepare the status report. The report shall provide the following information in the following format:

I. **Nature of the Case**

    A. Identify the attorneys of record for each party. Note the lead trial attorney and any local counsel.

    B. State the basis for federal jurisdiction. If based on diversity, state the domicile of all parties. Note: if any party is a partnership or a limited liability company and the basis of jurisdiction is diversity, counsel must identify the name and domicile(s) of each and every partner/member of each such entity.

    C. Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims and/or affirmative defenses.

    D. Describe the relief sought by the plaintiff(s).

    E. List the names of any parties who have not yet been served.

II. **Discovery and Pending Motions**

    A. Briefly describe all pending motions, including the date the motion was filed and the briefing schedule, if any. State whether any of the pending motions have been mooted or no longer require a ruling for any other reason.

    B. State whether the case was in the "Mandatory Initial Discovery Pilot" (MIDP) Project. (Information about the MIDP can be found on the Northern District of Illinois home webpage, under "Resources & Information"; the assignment of new cases into the MIDP concluded as of June 1, 2020). If the case was subject to MIDP, describe the status of compliance with the MIDP.

    C. Briefly describe all discovery that the parties have conducted, including any electronic discovery or whether any discovery has been bifurcated. Include in the description any discovery that remains, discovery schedules that have been set, the status of expert discovery, if

applicable, and whether the parties anticipate that they will complete discovery according to the current deadlines.

D. Briefly summarize all substantive rulings issued in the case.

E. Briefly describe any anticipated motions.

III. **Trial**

A. State whether there has been a jury demand.

B. State whether a trial date has been set; if not, provide the date by which the parties anticipate being ready for trial.

C. State whether a final pretrial order has been filed; if not, state whether there is a deadline for filing such an order.

D. Estimate the length of trial.

IV. **Settlement, Referrals, and Consent**

A. State whether the case has been referred to the Magistrate Judge for discovery supervision and/or a settlement conference.

B. State whether any settlement discussions have occurred and the status of any settlement discussions. (Do not provide any particulars of any demands or offers that have been made.)

C. State whether the parties request a settlement conference at this time before this court or the Magistrate Judge.

D. State whether counsel have informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment, and whether all parties unanimously consent to that procedure. The court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge.

V. **Reassignment Status Conference**

A. State whether the parties would like to participate in a reassignment status conference.

B. If so, please provide dates and times for the conference amenable to the parties.