# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

MEGAN MASON,
Plaintiff;

**Vs.**

Iris Martinez, Defendant, et al;

Case Number: 1:22-CV-2315

## PLAINTIFF'S PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR TEMPORARY

## RESTRAINING ORDER AND PRELIMINARY INJUNCTION

| Event | Date |
|---|---|
| Plaintiff filed and served parties with a Motion for Preliminary Injunction and Temporary Restraining Order including an affidavit stating specific facts that clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition | October 5, 2022 |
| The court issues a ruling on plaintiff's Motion for Temporary Restraining order | October 24, 2022 |
| Any defendant wishing to oppose the Motion for Preliminary Injunction files a response | On or before October 26, 2022 |
| Plaintiff files her response to any responses by defendants to the Motion for Preliminary Injunction | On or before November 3, 2022 |
| The court hears oral arguments on the Motion for Preliminary injunction and issues ruling | November 10, 2022 |

Respectfully Submitted by,

/S/ Megan Mason

Plaintiff Pro Se