Megan M <megan42@gmail.com>

## Status on order vacating Section 215 Evaluation
3 messages

---

**Megan Mason** <megan42@gmail.com>  Thu, Oct 20, 2022 at 1:31 PM
To: "Walsh, Erin" <erin.walsh@ilag.gov>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Christopher D. Wehrman" <CWehrman@kgwlaw.com>, Michael I Bender <mbender@caesarbenderlaw.com>

Dear Ms. Walsh,

Yesterday I was informed that Robert Johnson, having been advised by The Administrative Court of Illinois that the attached order is without legal basis, agreed to reverse or vacate this order. I am requesting the status on your client's reversal of this order.

Kind Regards,
Megan Mason

 DM1_2016D009534_10_07_2022_Mason  Megan (Matt)_9d723aa0-ac32-43d2-b1ba-0f351ad39715 (8).pdf
445K

---

**Walsh, Erin** <Erin.Walsh@ilag.gov>  Thu, Oct 20, 2022 at 2:35 PM
To: Megan Mason <megan42@gmail.com>
Cc: "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "Christopher D. Wehrman" <CWehrman@kgwlaw.com>, Michael I Bender <mbender@caesarbenderlaw.com>

Ms. Mason,


I do not represent Judge Johnson in connection with this state court case.


Erin Walsh

Assistant Attorney General
General Law Bureau

Office of the Illinois Attorney General
100 West Randolph St

Chicago, IL 60601
Office: (312) 814-6122

Cell: (773) 590-7803
E-mail: erin.walsh@ilag.gov

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>  Thu, Oct 20, 2022 at 4:23 PM
To: "Walsh, Erin" <Erin.Walsh@ilag.gov>
Cc: "Christopher D. Wehrman" <CWehrman@kgwlaw.com>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, Michael I Bender <mbender@caesarbenderlaw.com>

**EXHIBIT K3**

Ms. Walsh,

I respectfully disagree. It is my belief that Mr. Johnson's intent and purpose in issuing this order was wholly personal in nature and in issuing this order he acted in furtherance of ongoing violations of my civil rights that are the basis of both my civil complaint, in which Mr. Johnson is a defendant, and ongoing federal criminal investigations, in which Mr. Johnson is a target. It is also my belief that Ms. Kaye Mason engaged in activities in furtherance of her conspiracy in the same. It is for this reason that I must also include Mr. Hodal and Ms. Brogan, as representatives of defendant Kaye Mason.

According to Rule 4.2 of The Federal Rules of Civil Procedure I must address you as Mr. Johnson's attorney in matters related to the complaint in which I am a plaintiff pro se.

I understand that it can be a challenge in cases involving judicial corruption to determine whether an act was personal in nature, related to ongoing or past criminal acts, or a legitimate judicial act. I believe a court of law is the appropriate place to make these determinations. Until such time I must act in accordance with my understanding of the law and facts.

Yesterday Mr. Johnson received a phone call from Ms. Monica Allen, an employee of The Illinois Administrative Law Court. During this call Ms. Allen informed Mr. Johnson that his order could not be followed under Illinois law and was on the face of it illegal. Ms. Allen called me soon after speaking to Mr. Johnson and informed me he agreed to vacate the order.

Mr. Johnson violated Illinois law in issuing this order, which is defamatory, cruel and utterly unsubstantiated by fact. I am told that Mr. Johnson and Ms. Mason issued the order following an ex parte meeting on October 7th, 2022 at which neither myself nor any party representing my interest was present. To my knowledge no facts or evidence was presented to support the illegal order.

When she called me yesterday, I was specifically told by Ms. Allen that I do not need to appeal this illegal order based on Mr. Johnson's commitment to vacate the order. As the appeals process in Illinois is subject to very strict deadlines, it is unjust to perpetuate confusion or to in any way delay my right to access appeal.

Please instruct your client to vacate this order. Pease advise me when Mr. Johnson will follow Illinois law in this matter and vacate the order. If it is your client's intent to not vacate the order, I would like to be informed immediately.

Kindly,
Megan Mason

As Mr. Johnson's attorney I ask that you please advise me when Mr. Johnson will follow Illinois law.
[Quoted text hidden]