## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MEGAN MASON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 22-cv-2315 |
| | ) | |
| v. | ) | Honorable Martha M. Pacold |
| | ) | |
| THE CIRCUIT COURT OF COOK | ) | |
| COUNTY ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' JOINT STATUS REPORT

Defendants, IRIS MARTINEZ, DOROTHY A. BROWN, JAMES MURPHY-AGUILU, ROBERT W. JOHNSON, KAYE MASON, LORI GARNER, and TALITHA MILLER, by and through their respective counsel, hereby submit the following joint status report Pursuant to *Dkt 51*:

1. The Defendants were unable to reach an agreement with Plaintiff, Megan Mason, with regard to a briefing schedule. Iris Martinez, Dorothy A. Brown, James Murphy-Aguilu, Kaye Mason, Lori Garner, and Talitha Miller (hereinafter "Cook County Defendants") believe it may be helpful for the Court to consider appointing counsel to represent Plaintiff in this matter moving forward for judicial economy and to assist Plaintiff in drafting a cohesive and intelligible complaint.[1]

2. Defendant Robert W. Johnson was previously dismissed and judgment was entered

---

[1] The Honorable Judge Norgle previously dismissed Plaintiff's Amended Complaint as lacking basic coherence and organization creating "an unintelligible web of factual assertions and legal theories that make it impossible for the fifteen named defendants or the Court to ascertain which facts are relevant to which claims and to which defendant(s). Plaintiffs' blunderbuss complaint is emblematic of the 'kitchen sink approach' to pleading that frustrated Rule 8's objective of framing the issues and proving the basis for informed pretrial proceedings." *See* Dkt 37.

accordingly on July 13, 2022 [Dkt. 33]. In light of this dismissal, Judge Johnson does not intend to respond to Plaintiff's Motion for Preliminary Injunction or Second Amended Complaint unless the Court directs otherwise.

3. Cook County Defendants request thirty days (30) days to respond to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order [Dkt #40], given the numerosity of the parties, the relief sought, and that the matter is not truly urgent. Furthermore, Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order [Dkt #40] and the Second Amended Complaint [Dkt #38] are extensive, with hundreds of pages in substance and exhibits.

4. Cook County Defendants suggest fourteen days (14) for Plaintiff to reply to Cook County Defendants response.

Dated: October 21, 2022

Respectfully submitted,

/s/ *Erin Walsh*
Erin Walsh
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph St
Chicago, IL 60601
erin.walsh@ilag.gov
*Attorney for Defendant Robert W. Johnson*


By: *s/ Elizabeth F. Brogan*
Elizabeth Brogan
Joseph A. Hodal
Cook County State's Attorney's Office
50 W. Washington St., 5th Floor
Chicago, IL 60602
elizabeth.brogan@cookcountyil.gov
joseph.hodal@cookcountyil.gov
*Attorneys for Cook County Defendant*