

Megan M <megan42@gmail.com>

## IRMO MATT 2016 D 9534

4 messages

---

**CCC DomRelCR2108 (Chief Judge's Office)** <Ccc.Domrelcr2108@cookcountyil.gov>  Mon, Oct 24, 2022 at 9:10 AM
To: "Christopher D. Wehrman" <CWehrman@kgwlaw.com>, Michael I Bender <mbender@caesarbenderlaw.com>
Cc: Justyn Brodacz <JBrodacz@caesarbenderlaw.com>, Megan Mason <megan42@gmail.com>

Good morning:

The court is requesting your appearance on Zoom on Friday, October 28, 2022 at 8:30 am. regarding the captioned case.

Kindly acknowledge/confirm your availability.

Thank you

Zoom ID: 934 9022 2003
Password: 543296

---

**Justyn Brodacz** <JBrodacz@caesarbenderlaw.com>  Mon, Oct 24, 2022 at 9:39 AM
To: "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>
Cc: Megan Mason <megan42@gmail.com>, "Christopher D. Wehrman" <CWehrman@kgwlaw.com>

Mr. Bender will be available.

Thank you,

**Justyn Brodacz**

*Associate Attorney*

CAESAR & BENDER, LLP

150 N. Michigan Avenue, Suite 2130

Chicago, IL 60601

(312) 236-1500

[Quoted text hidden]

---

**Christopher D. Wehrman** <CWehrman@kgwlaw.com>  Mon, Oct 24, 2022 at 10:09 AM
To: "CCC DomRelCR2108 (Chief Judge's Office)" <Ccc.Domrelcr2108@cookcountyil.gov>, Michael I Bender <mbender@caesarbenderlaw.com>
Cc: Justyn Brodacz <JBrodacz@caesarbenderlaw.com>, Megan Mason <megan42@gmail.com>

I will be available.

Chris

Christopher D. Wehrman

**KATZ, GOLDSTEIN & WARREN**

Chicago Office:

410 N. Michigan Ave., Suite 400

Chicago, IL 60611

Telephone: 847-317-9500

Facsimile: 847-317-0286

E-mail: cwehrman@kgwlaw.com

or visit our website at: http://www.kgwlaw.com

Lake County Office:

2345 Waukegan Road, Suite 150

Bannockburn, IL 60015



*This message which contains information from a law firm, and any accompanying documents contain information that is confidential and privileged. If you have received this communication in error (you are not the addressee or authorized to receive this message for the addressee), you may not use, copy, or disclose the message or any information or accompanying documents contained in the message. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please advise the sender by reply e-mail and delete the message. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, lost or destroyed, or contain viruses. Also, please note that it is possible to spoof or fake the return address found in the From section of an Internet email. There is no guarantee that the sender listed in the From section actually sent the email. You are deemed to have accepted these risks if you communicate with us by e-mail.*

---

**From:** CCC DomRelCR2108 (Chief Judge's Office) <Ccc.Domrelcr2108@cookcountyil.gov>
**Sent:** Monday, October 24, 2022 9:10 AM
**To:** Christopher D. Wehrman <CWehrman@kgwlaw.com>; Michael I Bender <mbender@caesarbenderlaw.com>

**Cc:** Justyn Brodacz <JBrodacz@caesarbenderlaw.com>; Megan Mason <megan42@gmail.com>
**Subject:** IRMO MATT 2016 D 9534

**EXHIBIT LLL Continued**

## Good morning:

[Quoted text hidden]

---

**Megan Mason** <megan42@gmail.com>  Mon, Oct 24, 2022 at 11:43 AM
To: "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "Walsh, Erin" <erin.walsh@ilag.gov>

Please ask your clients to not communicate with me directly.

---------- Forwarded message ---------
From: **CCC DomRelCR2108 (Chief Judge's Office)** <Ccc.Domrelcr2108@cookcountyil.gov>
Date: Mon, Oct 24, 2022 at 9:10 AM
Subject: IRMO MATT 2016 D 9534

[Quoted text hidden]
[Quoted text hidden]