**Megan M <megan42@gmail.com>**

## Record on Appeal Required Urgently for Case 22-14005, 2016 D 9534
4 messages

---

**Megan Mason** <megan42@gmail.com>      Wed, Nov 2, 2022 at 3:53 PM
To: "Gretchen L. Peterson (Circuit Court)" <glpeterson@cookcountycourt.com>
Cc: annette@amf-famliylaw.com, "ELIZABETH BROGAN (States Attorney)" <ELIZABETH.BROGAN@cookcountyil.gov>, "JOSEPH HODAL (States Attorney)" <joseph.hodal@cookcountyil.gov>, "oig (Circuit Court)" <oig@cookcountycourt.com>, talisha.davis@ilag.gov

Ms. Peterson,

I am again requesting your urgent and timely assistance in providing the Record on Appeal requested for appellate case 22-14005 on September 19, 2022. You promised this record on October 12, 2022, though as I stated this matter is urgent and impacts parenting time. As of this writing it is November 1st and I have still not received the full record. I have received what was labeled Record 1/3 on October 19, 2022. I require the full record. This record I've been provided ends at January 21, 2021. My appeal is for a ruling on September 13, 2022.

An employee of your department, Matthew Irvin, submitted an electronic notice on October 19, 2022 at 11:53 am with a link to a document called 22-1405 1 of 3 CLR. At 12:52 Matthew Irvin sent electronic notice to this same document, called 22-1405 1 of 3 CLR. I require volumes 2 and 3 immediately. I'm also copying Ms. Annette Fernholz who I understand is representing Mr. Matt in this matter. Ms. Fernholz, please do provide me with a copy of the records if you are able. I'm sure the last thing any of us wants is for any party in this case to be unfairly denied access to court documents. I will certainly reciprocate if The Clerk complies with Illinois law and provides me with a record.

Ms. Peterson, I need this now. Please do your duty.

Kind Regards,
Megan Mason

 **Record Requested September 19, 2022.pdf**
295K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>      Wed, Nov 2, 2022 at 3:53 PM
To: megan42@gmail.com



**Address not found**

Your message wasn't delivered to **annette@amf-famliylaw.com** because the domain **amf-famliylaw.com** couldn't be found.
Check for typos or unnecessary spaces and try again.

**LEARN MORE**

The response was: