

Megan M &lt;megan42@gmail.com&gt;

## New Docket Errors Case 2016 D 9534 Explanation Required
1 message

**Megan Mason** &lt;megan42@gmail.com&gt;     Wed, Nov 2, 2022 at 4:09 PM
To: "DomesticRelDiv Services (Circuit Court)" &lt;domesticreldivservices@cookcountycourt.com&gt;
Cc: Michael I Bender &lt;mbender@caesarbenderlaw.com&gt;, "JOSEPH HODAL (States Attorney)" &lt;joseph.hodal@cookcountyil.gov&gt;, "ELIZABETH BROGAN (States Attorney)" &lt;ELIZABETH.BROGAN@cookcountyil.gov&gt;, "Christopher D. Wehrman" &lt;cwehrman@kgwlaw.com&gt;, Adrian.Chata@ilag.gov, "Walsh, Erin" &lt;erin.walsh@ilag.gov&gt;

Dear Domestic Relations Division Clerks:

I require urgent assistance and explanation regarding my domestic relations case 2016 D 9534. In addition to my service process continuing to be corrupted -wrong address and email, extra attorneys - I have discovered two alarming issues and I require a swift answer.

1. I am only a party in one case in Cook County Circuit Court, Domestic Relations Case 2-16 D 9534. Mr. Matt, my ex husband filed the initial divorce action and is petitioner. I am respondent. And yet in recent weeks Mr. Matt has been labeled Plaintiff, as opposed to Petitioner. I have been labeled Defendant, as opposed to Respondent. Has Illinois law changed? I believe in divorce cases the parties are petitioner and respondent. Please correct.



2. On October 25, 2022 a docket entry called "Docket Correction" was entered. Who made the "correction"? What was the correction?

**Online Case Search | Clerk of the Circuit Court of Cook County**  Clerk's Home Page | Select a Search Types ▾

## Full Electronic Docket Search for Chancery, Domestic/Child Support, Civil and Law Searches

[Print View] [Search Again]

**Strike Or Withdraw Motion Or Petition - Allowed -**

Judge: JOHNSON, ROBERT W.

---

Activity Date: 10/07/2022 — Participant: MATT, PETER

**Case Set On Progress Call**

Date: 11/15/2022
Court Time: 0930
Court Room: 2108

Judge: JOHNSON, ROBERT W.
Attorney: SWANSON MARTIN BELL LLP

---

Activity Date: 10/07/2022 — Participant: MATT, PETER

**Strike Future Court Date**

Judge: JOHNSON, ROBERT W.
Attorney: SWANSON MARTIN BELL LLP

---

Activity Date: 10/07/2022 — Participant: Mason, Megan (Matt)

**Issue Of Parenting Time - Reserved**

Judge: JOHNSON, ROBERT W.

---

Activity Date: 10/25/2022 — Participant:

**Docket Correction**

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

Kind Regards,
Megan Mason