# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Megan Mason, et al.

                Plaintiff,

v.
                                                Case No.: 1:22–cv–02315
                                                Honorable Martha M. Pacold

Iris Martinez, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: In its order dated 11/7/2022 [59], the court gave plaintiff until 12/2/2022 to file an amended complaint. Plaintiff has not done so. Consistent with the court's admonition in its previous order, [59], final judgment will be entered. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.