# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Megan Mason,

Plaintiff(s),

v.

Iris Martinez, et al.,

Defendant(s).

Case No. 22-cv-2315
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants Iris Martinez, Dorothy A. Brown, Michael Bender, John Palen, Bradley Trowbridge, Christopher Wehrman, Kaye Mason, Abby Diaz Tyler Technologies, Lori Garner, James Murphy-Aguilu. Talitha Miller, Robert W. Johnson, Unknow Clerk Employees, The Circuit Court of Cook County, Timothy Evans, Grace Dickler, Robert Johnson, Gerald Blechman, Steven Klein, and Matthew Link, and against plaintiff Megan Mason.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion

Date:  12/8/2022                                             Thomas G. Bruton, Clerk of Court

/s/ Ruth O'Shea, Deputy Clerk